**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Johnson Publishing Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Fashion Fair Cosmetics |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0347330 |

| | |
|---|---|
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 200 S. Michigan Ave., Suite 900<br>Chicago, IL 60604 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.johnsonpublishing.com; www.fashionfair.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Johnson Publishing Company, LLC                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      <u>4243</u>

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

|          | District _____ | When _____ | Case number _____ |
|----------|---------------------------|-------------|-------------------------------|
|          | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

|          | Debtor _____ |           | Relationship _____ |
|----------|-------------------------|-----------|-------------------------------|
|          | District _____ | When ____ | Case number, if known _____ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Johnson Publishing Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____April 9, 2019____
                    MM / DD / YYYY

X _____          Linda Johnson Rice
Signature of authorized representative of debtor          Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____          Date   April 9, 2019
Signature of attorney for debtor                              MM / DD / YYYY

Howard L. Adelman, Esq. #0015458 IL
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   312-435-1050          Email address   hla@ag-ltd.com

#0015458 IL IL
Bar number and State

## United States Bankruptcy Court
### Northern District of Illinois

In re   Johnson Publishing Company, LLC

Debtor(s)

Case No.
Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 275

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April  9, 2019

Linda Johnson Rice/Chief Executive Officer
Signer/Title

200 S. Michigan LLC
200 South Michigan Ave
Suite 510
Chicago, IL 60604


200 S. Michigan LLC
c/o Illinois Corporation Service C - RA
801 Adlai Stevenson Drive
Springfield, IL 62703


200 S. Michigan, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808


ABA Packaging Corporation
740 Blue Point Road
Holtsville, NY 11742


ABA Packaging Corporation
c/o The CKB Firm
30 North LaSalle Street
Suite 1520
Chicago, IL 60602


ABA Packaging Corporation
Attn: Ralph Agoglia, CEO
38 Old Brook Road
Dix Hills, NY 11746


Adelman & Getleman, Ltd.
53 West Jackson Boulavard
Chicago, IL 60604


ADP, INC.
84 State St
Boston, MA 02109


ADP, LLC
1851 N. Resler Drive
El Paso, TX 79912


ADP, LLC
c/o Lyon Collection Service
7924 West Sahara Avenue
Las Vegas, NV 89117

Advance Distribution Systems
1100 Summer Street
Stamford, CT 06905


Advanced Distribution Systems, Inc.
105-107 Stonehurst Ct.
Northvale, NJ 07647


Ajilon Finance
Dept. CH 14031
Palatine, IL 60055


Ajilon North America, LLC
c/o CT Corporation System - RA
208 S LaSalle St
Chicago, IL 60604


Albea Cosmetics America, Inc.
595 Madison Ave.
10TH Floor
New York, NY 10022


Albea Cosmetics America, Inc.
191 State Route 31 N
Washington, NJ 07882-1529


Alice Rooks
9312 S Justime
Chicago, IL 60620


Alwyns, LLP
Crown House
151 High Road
Loughton
Essex, IG10 4LG


American Eagle Packaging
1645 Todd Farm Drive
Elgin, IL 60123


American Eagle Packaging Corporation
c/o Thomas R Palmer- RA
1515 E Woodfield Rd.
Suite 250
Schaumburg, IL 60173

American Express
1200 W 7th St. L2-200
Los Angeles, CA 90017


American Express
c/o Zwicker & Associates
Attn: Daniel Moken, Esq.
1105 Laurel Oak Rd., Suite 136
Voorhees, NJ 08043


Amy Morajda
716 Parkwood Ave.
Park Ridge, IL 60068


Andre McDearmon Jr.
3353 W. 83rd Place
Chicago, IL 60652


Angelo L Hongo
P.O. Box 1202
Chicago, IL 60690


Arkadin Global Conferencing
P.O. Box 347261
Pittsburgh, PA 15251-4261


Arkadin Global Conferencing
c/o Brennan & Clark
721 East Madison Street
Suite 200
Villa Park, IL 60181


Arlene Noel
3058 Grand Avenue
Baldwin, NY 11510


Asher Gabriel Dordek
2910 W Sherwin Ave
Chicago, IL 60645


Ashley Flowers
605 E. 102nd Street
Chicago, IL 60628

Baker & McKenzie
300 East Randolph Street
Suite 5000
Chicago, IL 60601-6384


Baker & McKenzie LLP
c/o Edward J Zulkey - RA
300 East Randolph Dr.
Suite 4300
Chicago, IL 60601


Beauty Story Corp
4310 Canoga Drive
Woodland Hills, CA 91364


Blue Cross Blue Shield
Health Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255


Branden R. Bell
c/o Oliver Maner, LLP
218 West State St.
Savannah, GA 31401


Brandoe R. Bell
c/o M. Brice Ladson, Esq.
Ladson Law Firm, P.C.
P.O. Box 2819
Richmond Hill, GA 31412


Brian E. Bell
c/o M. Brice Ladson, Esq.
Ladson Law Firm, P.C.
P.O. Box 2819
Richmond Hill, GA 31412


Brian E. Bell
c/o Oliver Maner, LLP
218 West State St.
Savannah, GA 31401


Byron Phillip White
4041 S Michigan Ave
Unit 1S
Chicago, IL 60653

Capital Holldings V, LLC
300 Montgomery Street
#1050
Attn: Natalie D. Talbott
San Francisco, CA 94104


Capital Holldings V, LLC
c/o Dechert LLP
Attn: Jay R. Alicandri, Esq.
1095 Avenue of the Americas.
New York, NY 10036


CareerBuilder Employment Screening, LLC
3800 Golf Road, Ste 120
Atrium Corporate Center
Rolling Meadows, IL 60008


CareerBuilder Employment Screening, LLC
c/o C T Corporation System - RA
208 S LaSalle St.
Suite 814
Chicago, IL 60604


Carlton Fields
P.O. Box 3239
Tampa, FL 33601-3239


CDS Global
Paul Polus, CFO
1901 Bell Avenue
Des Moines, IA 50315-1099


CDS GLOBAL, INC.
c/o CT Corporation System - RA
400 E Court Ave
Des Moines, IA 50309


CenturyLink
P.O. Box 4300
Carol Stream, IL 60197-4300


Centurylink Business Services
100 CenturyLink Drive
Monroe, LA 71203

Centurylink Business Services
Attn: ARMS Payments
1820 Sky Harbor Circle South
Phoenix, AZ 85034-9700


Certified Moving & Storage Co, LLC
286 Madison Avenue
15the Floor
New York, NY 10017


Chase Bank
Mail Code OH1-1272
340 S. Cleveland Ave.
Bldg 370
Westerville, OH 43081


Chicago Office Technology
P.O. Box 5940
Lockbox #20-COE 001
Carol Stream, IL 60197-5940


Chicago Office Technology Group Inc.
c/o CT Corporation System - RA
208 S LaSalle St
Suite 814
Chicago, IL 60604


CHLIC-Chicago
5476 Collection Center Drive
Chicago, IL 60693-0547


Cigna Group Insurance
P.O. Box 20643
Lehigh Valley, PA 84971-9888


Cigna Group Insurance
c/o Leib
P.O. Box 357
Voorhees, NJ 08043


City of Chicago
c/o Harris & Harris
111 West Jackson Blvd
Chicago, IL 60604

City of Chicago
Department of Finance-Tax
333 S. State Street, Suite 300
Chicago, IL 60604-3977


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


ComEd Customer Care Center
P.O. Box 805379
Chicago, IL 60680-5379


Conexis
P.O. Box 8363
Pasadena, CA 91109-8363


Consumer Product Testing Co., Inc.
70 New Dutch Lane
Attn: Accounting Department
Fairfield, NJ 07004-2514


Consumer Product Testing Co., Inc.
c/o The Receivable Man
P.O. Box 361348
Columbus, OH 43236


CSC
251 Little Falls Drive
Philadelphia, PA 19808-1674


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Dana Hampton
11452 S. Bell Ave
Chicago, IL 60643


Dante Disposable Products, LLC
1014 S. Westlake Blvd
#14-265
Westlake Village, CA 91361

David LaPorte
P.O. Box 400
Flossmoor, IL 60422


Dell Business Credit
P.O. Box 5275
Carol Stream,, IL 60197-5275


Desiree Rogers
c/o Randall Klein
Goldberg Kohn
55 East Monroe Street, Suite 3300
Chicago, IL 60603-5792


Dillard's
1600 Cantrell Road
Little Rock, AR 72201


Donald Bufford
5455 Richmond Ave
Apt. 4101
Houston, TX 77056


Dougmar Consultants
305 East 86th St., Apt 4J West
New York, NY 10028


Dougmar Consultants
18 Winwood Ct - RA
P.O. Box 681
West Hampton, NY 11977


Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698


Drinker Biddle & Reath LLP
c/o Illinois Corporation Service  C - RA
Adlai Stevenson Drive
Springfield, IL 62703


Ebony Media Operations, LLC
c/o Parkview Capital Credit, Inc.
1980 Post Oak Blvd.
Houston, TX 77056

Fed Exp - Fashion Fair Account
P.O. Box 94515
Palatine, IL 60094-4515


Federal Express- Johnson Publishing Acco
P.O. Box 94515
Palatine, IL 60094-4515


Federal Express- Johnson Publishing Acco
c/o North Shore Agency
270 Spagnoli Road
Suite 110
Melville, NY 11747


Franklin Capital Holdings LLC
600 Central Avenue, #212
Highland Park, IL 60035


Freedom Models California, Inc.
820 N. Fairfax Ave
West Hollywood, CA 90046


Fry Communications, Inc.
115 W Main St
Mechanicsburg, PA 17055


Fry Communications, Inc.
800 W. Church Road
Mechanicsburg, PA 17055


G.A. Finch
5827 N Kostner Ave
Chicago, IL 60646


Geoffrey Black
689 North Shelby Street
Gary, IN 46403


Grace Kingdom Beauty
106 Lawrence Road
Parsippany, NJ 07054


Green Inc
1718 N Wells
Chicago, IL 60614

Green Inc
c/o Tony Bryant - RA
420 W Grand 1A
Chicago, IL 60610


Greenbaum Rowe Smith & Davis LLP
P.O. Box 5600
Woodbridge, NJ 07095


GXS
c/o J.P. Morgan Lockbox
29144 Network Place
Chicago, IL 60673-1290


GXS
c/o ABC/Amega
500 Seneca Street
Suite 400
Buffalo, NY 14204-1963


GXS, Inc
c/o Illinois Corporation Service C - RA
801 Adlai Stevenson Drive
Springfield, IL 62703


Hall's Magazine Reports
80 Hathaway Dr
Stratford, CT 06615


Health Canada - Sante Canada
Accts Receivable
P/L 1918B - RM-Piece 1804B
161 Godendrod DRWY
Ottawa ON K1A 0K9


Health Care Service Corporation Illinois
c/o Illinois Corporation Service C- RA
801 Adlai Stevenson Drive
Springfield, IL 62703


Herbert Mines Associates, Inc.
600 Lexington Avenue
2nd Floor
New York, NY 10022

Herbert Mines Associates, Inc.
c/o Harold D Reiter - RA
600 Lexington Avenue
2nd Floor
New York, NY 10022


Hi Class Espress, Inc.
334 Totowa Road
Front Left
Totowa, NJ 07512


Hochfelder & Weber, P.C.
525 West Monroe
Suite 910
Chicago, IL 60661-3629


Horizon Media, Inc.
75 Varick Street
New York, NY 10013


Horizon Media, Inc.
Attn: Business & Legal Affairs
75 Varick Street
New York, NY 10013


Hudson Bay
Attn: Legal Department
698 Lawrence Ave West, 1st Floor
Totonto ON M6A 3A5


Hudson Group Retail, LLC
1 Meadowlands Plaza-11th FL
ATTN: Promo Department
East Rutherford, NJ 07073


ICON Group
2747 West Taylor Street
Chicago, IL 60612


Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601


Illinois Department of Revenue
ICS Payment and Correspondence Unit
P.O. Box 19043
Springfield, IL 62794-9043


Infinity Images
5600 NE Hassalo Street
Portland, OR 97213


Infinity Images
Attn: George F. Gross - Authorized Rep.
5600 NE Hassalo St
Portland, OR 97213


Ingrid Phillips
1519 E. 69th Street
Chicago, IL 60637


Internal Revenue Serivce
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
1000 Campus Drive
Collegeville, PA 19426


Isaacson CPA Group, Ltd.
2460 Dundee Road, Unit 365
Northbrook, IL 60065


Iyanna Newborn
5727 8th Avenue
Los Angeles, CA 90043


J.P. Morgan Broker-Dealer Holdings, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Jackie Smith
6218 S. Ada
Chicago, IL 60636


Jacqueline King
22042 Jordan Lane
Richton Park, IL 60471


James Taylor Boyd
2820 Selwyn Ave
Apt #769
Charlotte, NC 28209


Jay Packaging Group
P.O. Box 185
Rockland, MA 02370


Jay Packaging Group
100 Warwick Industrial Dr
Warwick, RI 02886


Jenner & Block LLC
c/o JB Corporate Services, Inc - RA
One IBM Plaza
40th Floor
Chicago, IL 60611


Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456


Joan E. Lopera
30  Third Avenue
#3 N
Brooklyn, NY 11217


John Roach
5931 S. Calumet
2nd Floor
Chicago, IL 60637


John Stewart
10206 S Prospect
Chicago, IL 60643

John Wesley
107 Vassar Avenue
# 2
Newark, NJ 07112


Johnson Holding Company, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801


Jones Day
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601


JPMorgan Chase Bank, N.A.
10 S. Dearborn St.
Mail Code IL1-P001
Chicago, IL 60603-2300


Karyn Pettigrew
8950 S. Claremont
Chicago, IL 60643-6420


Kehinde A Akiwowo
235 W 137th Street
Apartment 2R
New York, NY 10030


Kelly Services, Inc.
1212 Solutions Center
Chicago, IL 60677-1002


Kelly Services, Inc.
c/o CT Corporation System - RA
208 S LaSalle St
Suite 814
Chicago, IL 60604


Kindrick Fletcher
7355 S Crandon Ave
2nd Flr
Chicago, IL 60649

Kolmar Laboratories, Inc.
P.O. Box 95000-4175
Philadelphia, PA 19195-0001


Kolmar Laboratories, Inc.
c/o the Prentice Hall Corporation System
2595 Interstate Drive
Suite 103
Harrisburg, PA 17110


Kolmar Laboratories, Inc.
c/o Knowlton Development
255 Roland-Therrien
Suite 100
Lomgueuil, Quebec J4H 4A6 Canan


Konica Minolta Business Solutions
USA Inc
Dept. CH 19188
Palatine, IL 60055-9188


Konica Minolta Business Solutions
Central Region
500 W Madison St
Suite 400
Chicago, IL 60601


Kroeger Pakaging, Inc.
215M Central Avenue
East Farmingdale, NY 11735


Lavergerae Tyler
5560 Van Buren St
Merrillville, IN 46410


Lee Hecht Harrison LLC
Dept. CH #10544
Palatine, IL 60055-0544


Lee Hecht Harrison LLC
c/o CT Corporation System - RA
208 S LaSalle St
Suite 814
Chicago, IL 60604

Life Insurance Company of North America
P.O. Box 8500 - 110
Philadelphia, PA 19178-0110


Life Insurance Company of North America
1600 Arch Street
Philadelphia, PA 19103


Linda Johnson Rice
c/o Gary Walt, Esq.
Patzik, Frank & Samotny Ltd.
200 South Wacker Drive, Suite 2700
Chicago, IL 60606


Lipschultz Levin & Gray
425 Huehl Rd.
Building 7
Northbrook, IL 60062


Lipschultz Levin & Gray
c/o Bruce Horwitz - RA
425 Huehl Rd Bldg 7
Northbrook, IL 60062


Lord & Taylor
250 Vesey Street
21st Floor
New York, NY 10281


Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201


Louisiana Workforce Commission
UI Tax Operations
P.O. Box 94050
Baton Rouge, LA 70804-9050


Lyssa Vargas Kaufman
1631 Woodlark Drive
Haines City, FL 33844


Macy's
7 West Seventh Street
Attn: Legal Department
Cincinnati, OH 45202

McGuireWoods London LLC
11 Pilgrim Street
London, EC4V 6RN


Mega Media Entertainment
10554 Riverside Dr.
Toluca Lake, CA 91602


Miller Peters
4148 S. Berkeley Ave.
Chicago, IL 60653


MNJ Technologies
P.O. Box 7461
Buffalo Grove, IL 60089


MNJ Technologies Direct Inc
c/o Michael S Strauss - RA
135 Revere Dr
Northbrook, IL 60062


Narcissus Thomas
c/o Alexandria Awad, Esq.
Levy Konisgsberg, LLP
800 3rd Ave
New York, NY 10022


Neal & McDevitt, LLC
1776 Ash Street
Northfield, IL 60093-3001


Neal & McDevitt, LLC
c/o Duggan Bertsch, LLC - RA
303 W Madison St.
Suite 1000
Chicago, IL 60606


New York State Department of Taxation
and Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

New York State Department of Taxation
and Finance
Collections and Civil Division
WA Harriman Campus
Albany, NY 12227-0171


New York State Department of Taxation
and Finance
c/o Performant Recovery
P.O. Box 9056
Pleasanton, CA 94566-9056


Nicole Haynes
2405 Rockefeller Ln
#C
Redondo Beach, CA 90278


NYC Department of Finance
66 John Street, Room 104
New York, NY 10038


NYC Department of Finance
59 Maiden Lane 28th FL
New York, NY 10038-4502


O'Hare Van Lines, Inc.
10800 W. Belmont Ave
Suite 300-B
Franklin Park, IL 60131


O'Hare Van Lines, Inc.
c/o Harry J Fournier - RA
2001 Midwest Rd
Suite 206
Oak Brook, IL 60523


Oak Tree Printing, Inc.
88 Route 303
Tappan,, NY 10983


Oak Tree Printing, Inc.
c/o Paul Andris
6 Dorchester Dr
Glen Head, NY 11545

Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211


Office Depot
c/o Vergroff Willi
P. O. Box 4155
Sarasota, FL 34230-4155


Operative Media, Inc.
Box 200663
Pittsburgh, PA 15251-2662


Operative Media, Inc.
6 East 32nd Street
3rd Floor
New York, NY 10016


Out of the Blue Enterprises, LLC
Rockefeller Center
1270 Avenue of the Americas
Suite 501
New York, NY 10020


Out of the Blue Enterprises, LLC
c/o Loeb & Loeb LLP
Attn: Mark Chamlin, Esq.
345 Park Avenue
New York, NY 10154


Outsource Solutions Group, Inc.
1730 Park Street
Naperville, IL 60563


Outsource Solutions Group, Inc.
c/o Don Sofolo - RA
1730 Park Street
Suite 225
Naperville, IL 60563


Pacific Trial Attorneys
4100 Newport Place
Newport Beach, CA 92660

Pamco Label Company, Inc.
P.O. Box 1000
Dept. 5
Memphis, TN 38148


Pamco Label Company, Inc.
c/o Teller Levit & Silvertrust, PC
19 S LaSalle
Suite 701
Chicago, IL 60603


Pamco Label Company, Inc.
2200 S Wolf Rd
Des Plaines, IL 60018


Pamela Sampson
4500 S Leclaire Ave
Chicago, IL 60638


Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946


Pennsylvania Department of Revenue
P.O. Box 281102
Harrisburg, PA 17128-1102


Pennsylvania Department of Revenue
c/o Penn Credit Corporation
P.O. Box 1259, Department 91047
Oaks, PA 19456


Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101


Perkins Coie LLP
c/o Lawco of Washington Inc - RA
1201 3rd Ave
Suite 4900
Seattle, WA 98101-3095

Pickens-Kane
410 N. Milwaukee Avenue
3rd Floor
Chicago, IL 60654


Pickens-Kane Enterprises, Inc.
c/o John J Hayes - RA
161 N Clark Street
Suite 2700
Chicago, IL 60601


Pilot Freight Services
P.O. Box 654058
Dallas, TX 75265-4058


Pilot Freight Services
c/o Teller Levit & Silvertrust, PC
19 S LaSalle
Suite 701
Chicago, IL 60603


Priority One Clearing Services
1151 NE Cleveland St.
Clearwater, FL 33755


Priority One Clearing Services LLC
c/o Dawn Daugherty - RA
1151 NE Cleveland St
Clearwater, FL 33755


Process Technologies & Packaging Inc
Attn: Craid Godfrey, President
P.O. Box 226
Clarks Summit, PA 18411-0226


Process Technologies & Packaging LLC
102 Life Science Drive
Olyphant, PA 18447


Quantum Corporation
P.O. Box 933085
Cleveland, OH 44193

Quantum Corporation Of Delaware
c/o CT Corporation System - RA
4400 Easton Commons Way
Suite 125
Columbus, OH 43219


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Quill LLC
Attn: Joe Doody, President
#5W 500 Staples Dr
Framingham, MA 01702


R-4 Inc.
c/o Patricia Rooney - RA
1301 W 35th St
Chicago, IL 60609


R4 Services
1301 W. 35th Street
Chicago, IL 60609


Rackspace US, Inc.
JP Morgan Chase
14800 Frye Road, TX1-0029
Fort Worth, TX 76155


Rackspace US, Inc.
c/o Corporation Service Company dba CSC
211 E 7th Street
Suite 620
Austin, TX 78701


Rae Bell
17259 Heritage Drive
South Holland, IL 60473


Raine Bascos
9300 Marmora Ave
Morton Grove, IL 60053


RCPI Cleaning Services LLC
P.O. Box 30156
New York, NY 10087-0156

RCPI Landmark Properties, LLC
P.O. Box 33173
Newark, NJ 07188-3173


RGTS
P.O. Box 4910
Church Street Station
New York, NY 10261-4910


RICHARD PASCHAL
5200 S. Ellis Ave
Unit 119
Chicago, IL 60615


Ricoh USA, Inc.
P.O. Box 802815
Chicago, IL 60680-2815


Ricoh USA, Inc.
c/o CT Corporation System - RA
208 S LaSalle St
Suite 814
Chicago, IL 60604


Salo, LLC
NW 6087
P.O. Box 1450
Minneapolis, MN 55485-6087


Salo, LLC
20 South 13th Street
Suite 200
Minneapolis, MN 55403


Schoenberg Finkel Newman & Rosenberg LLC
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606-6101


Schoenberg Finkel Newman & Rosenberg LLC
c/o Bruce Bell - RA
222 S Riverside Plaza
Suite 2100
Chicago, IL 60606

SHARON RUSSELL
12203 DOWNY BIRCH ROAD
CHARLOTTE, NC 28227


Sharon Tarkington
9038 S Colfax
Chicago, IL 60617


Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603


Sidley Austin LLP
c/o Timothy F Bergen - RA
1 South Dearbotn Street
Chicago, IL 60603


Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Dr
Chicago, IL 60606


Skadden, Arps, Slate, Meagher & Flom LLP
c/o Karen A Zydrom - RA
155 N Wacker Drive
Suite 2700
Chicago, IL 60606-1720


Sonya Booker
3319 Birchwood Drive
Hazel Crest, IL 60429


Spoor Fisher Jersey
P.O. Box 281
Africa House 11 Castle Street
St. Helier, Jersey, J34 9TW


SPS Commerce, Inc.
P.O. Box 205782
Dallas, TX 75320-5782


SPS Commerce, INC.
c/o CT Corporation System - RA
350 N St Paul St.
Dallas, TX 75201

State of Alabama
Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001


State of Alabama
Department of Revenue
50 North Ripley Street
Montgomery, AL 36132


State of California
Bankruptcy Section: MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


State of California
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511


State of Maryland
Attn: Collections/Compliance
110 Carroll Street
Annapolis, MD 21411


State of Maryland
Revenue Administration Department
110 Carroll Street
Annapolis, MD 21411-0001


State of New Jersey
Division of Employ Accounts:
Legal Processes
P.O. Box 379
Trenton, NJ 08625


State of New Jersey
Department of Labor and Workforce
Development
P.O. Box 059
Trenton, NJ 08646-0059


State of Texas
LBJ Building
111 E 17th, First Floor
Austin, TX 78774-0100

Steven Isaacson
2460 Dundee Road, Unit 365
Northbrook, IL 60065


Subscription Data Processing, LLC
P.O. Box 661
Morrison, CO 80465


Subscription Data Processing, LLC
c/o Anthony Vincent Piscopo - RA
5499 Willow Springs Dr
Morrison, CO 80465


Subscription Data Processing, LLC
c/o Daniel J Abrahamy, Esq.
One Boca Place
2255 Glades Road, Suite 400-E
Boca Raton, FL 33431


Teresa Gipson
1171 Cannon
Memphis, TN 38106


Texas Capital Bank, N.A.
Two Conway Park
150 North Field Drive
Suite 190
Lake Forest, IL 60045


The Executive Leadership Council, Inc.
1001 N. Fairfax Street
Suite 300
Alexandria, VA 22314


The Executive Leadership Council, Inc.
c/o National Registered Agents, Inc - RA
4701 Cox Road
Suite 285
Glen Allen, VA 23060


The Icon Group, Inc.
2747 W. Taylor St.
Chicago, IL 60612

The Icon Group, Inc.
c/o Donald M Leibsker - RA
10 S LaSalle St
# 1230
Chicago, IL 60603


The ICON Group, Inc.
c/o Donald M Leibsker
10 S. LaSalle St. #1230
Chicago, IL 60603


The Royal Promotion Group, Inc.
119  West 57th Street
New York, NY 10019


The Royal Promotion Group, Inc.
c/o Allen J Dolstein, ESQ. - RA
333 East 38th Street
12th Floor
New York, NY 10016


Three Z Printing Company
902 West Main
Teutopolis, IL 62467


Three-Z Printing Co.
c/o William Zerrusen - RA
902 West Main Street
Teutopolis, IL 62467


Tiffany Jones
777 Carter Road
Jonesboro, GA 30238


TNG GP
1955 Lake Park
Suite 400
Smyrna, GA 30080


Tracey Barney
19539 Walnut Street
Mokena, IL 60448


U-Line Shipping Supply Specialists
P.O. Box 88741
Chicago, IL 60680-1741

U-Line Shipping Supply Specialists
12355 Uline Way
Kenosha, WI 53144


U-Line Shipping Supply Specialists
c/o AGA Adjustments
740 Walt Whitman Road
Melville, NY 11747-9090


Umar Abbasparker
11 John Street
Sayerville, NJ 08872


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


United States Department of Labor
P.O. Box 1914
Attn: Stacey E. Elias
Plan Benefits Security Division
Washington, DC 20013


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280


UPS Supply Chain Solutions, Inc.
c/o Illinois Corporation Service C - RA
Adlai Stevenson Drive
Springfield, IL 62703


Vickie R Wilson
13242 S Riverside Ave
Chicago, IL 60827


Vision Service Plan
P.O. Box 742135
Los Angeles, CA 90074-2135


Walden Macht & Haran LLP
One Battery Park Plaza
34th Floor
New York, NY 10004

Walter White, Jr
50 The Rosler Building
85 Ewer Street
London SE1 0FT, UK


Whitney Gray Zollner
619 S. LaSalle
Unit 312
Chicago, IL 60605


Wilhelmina International Inc.
300 Park Avenue South
Fl. 2
New York, NY 10010


Winston & Strawn LLC
c/o C T Corporation System - RA
208 S LaSalle St
Suite 814
Chicago, IL 60604


Winston & Strawn LLP
36235 Treasury Center
Chicago, IL 60694-6200


World Wide Packaging, LLC
15 Vreeland Road
Suite #4
Florham Park, NJ 07932-2201


World Wide Packaging, LLC
c/o John M. George, Esq.
Katten & Temple LLP
209 South LaSalle Street, Suite 950
Chicago, IL 60604


Wormser Corporation
150 Coolidge Avenue
P.O. Box 5209
Englewood, NJ 07631


Zlato Digital
c/o Blagica Bottigliero - R.A.
622 Lyman Avenue
Oak Park, IL 60304

# United States Bankruptcy Court
## Northern District of Illinois

In re   Johnson Publishing Company, LLC

                            Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Johnson Publishing Company, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

J.P. Morgan Broker-Dealer Holdings, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Johnson Holding Company, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

☐ None [*Check if applicable*]

April 9, 2019
Date

Howard L. Adelman, Esq. #0015458 IL
Signature of Attorney or Litigant
Counsel for   Johnson Publishing Company, LLC
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
312-435-1050 Fax:312-435-1059
hla@ag-ltd.com