**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: In re Johnson Publishing Co., LLC    Case Number: 19-10236

An appearance is hereby filed by the undersigned as attorney for:
Desiree G. Rogers

Attorney name (type or print): Randall L. Klein

Firm: Goldberg Kohn Ltd.

Street address: 55 East Monroe Street, Suite 3300

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6204582    Telephone Number: 312-201-4000
(See item 3 in instructions)

Email Address: Randall.Klein@GoldbergKohn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 10, 2019

Attorney signature:    S/ Randall L. Klein
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015