UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10236 |
| | ) | |
| Johnson Publishing Company, LLC, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION OF THE DEBTOR FOR EXTENSION
OF DEADLINES TO FILES SCHEDULES AND STATEMENTS**

THIS CAUSE coming to be heard on the motion (the "Motion") of Johnson Publishing Company, LLC, debtor herein (the "Debtor"), pursuant to 11 U.S.C. § 521 and Federal Rules of Bankruptcy Procedure 1007 and 9006, for an order granting an extension of the time to file schedules and statements in its bankruptcy case; the Court having reviewed the Motion and having determined that cause exists to grant the relief requested therein; it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having jurisdiction over the parties and the subject matter of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion be and hereby is granted as provided herein; and

2. The deadline on or before which the Debtor must file the documents required by Federal Rule of Bankruptcy Procedure 1007(b)(1) be and hereby is extended to May 10, 2019.

3. ~~The prevailing party will forthwith serve a copy of this order on all parties~~ *[handwritten: To longest the secured and all secured creditors and the IRS]*

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 4/18/19

**Prepared by:**
HOWARD L. ADELMAN (ARDC #0015458)
STEVEN B. CHAIKEN (ARDC #6272045)
ALEXANDER F. BERK (ARDC # 6329444)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
Counsel for the Debtor