**Fill in this information to identify the case:**

Debtor name: Johnson Publishing Company, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 19-10236

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ 13,405,845.95

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ 13,405,845.95

   (Plus unknown)

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 19,811,372.78

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 941,975.73

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 15,779,292.71

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b    $ 36,532,641.22