DISCLAIMER OF LINDA JOHNSON RICE REGARDING
BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Johnson Publishing Company, LLC ("JPC"), the debtor herein, has roots dating back to 1942 encompassing a rich history in both Chicago and the United States as a whole. At its height, JPC was at the forefront of documenting African American history in such publications as Ebony Magazine and Jet Magazine. In addition to its publishing business, over the last eight decades JPC compiled and maintained an archive of approximately four (4) million images and thousands of hours of audio/visual recordings (the "Archive"). Over the years, various contents of the Archive were licensed by JPC to a broad range of individuals and entities.

Additionally, in 1973, JPC entered the cosmetics industry and launched the iconic Fashion Fair Cosmetics brand ("Fashion Fair")—which was also deeply rooted in the African American experience. Fashion Fair products have remained a staple of the African American beauty industry since JPC launched the brand.

For much of its existence, JPC operated out of its historic offices located at 820 South Michigan Avenue. However, due to financial difficulties, in 2010, JPC sold this property and moved to substantially smaller rented office space located at 200 South Michigan Avenue (the "2010 Relocation"). As a result of the 2010 Relocation, many of JPC's records that existed prior to 1980 were discarded or destroyed. Most, if not all, of the remaining records that existed prior to 2010 have not been fully digitized and are stored in their original, paper form along with the Archive.

Given the extensive and vast collection of images and recordings comprising the Archive, intellectual property rights are one of JPC's most significant assets. Due to JPC's long history and the 2010 Relocation, many records that could be used to corroborate JPC's ownership of certain of the contents of the Archive are unavailable. Moreover, given JPC's acute financial difficulties, it is not feasible to digitize and make available the extensive records that are known to exist. As such, fully and completely documenting JPC's rights over the contents of the Archive (i.e. by compiling and/or identifying complete records of: (i) contracts between JPC and its staff and free-lance photographers; (ii) subject releases for the photographs, audio recordings, and video recordings; and (iii) licensees and sub-licensees of the Archive's contents) is not feasible in spite of JPC having made all reasonable efforts under the circumstances to do so.

A confluence of adverse events and factors outside of the JPC's control led to the filing of this chapter 7 bankruptcy case, including: (i) the failure of the purchaser of the media division of JPC to make required payments; (ii) the bankruptcy of one of the largest retailers of JPC; (iii) increasing competition from e-commerce in the cosmetic business; and (iv) a costly recall resulting from receiving products with quality issues from one of its manufacturers. JPC made many unsuccessful attempts to restructure, obtain alternative financing, or sell the company as a going concern, during which JPC was forced to let go virtually all of its employees leaving it severely understaffed and further hindering its efforts to maintain full and complete legal and financial records. Consequently, JPC operated with a proverbial skeleton crew of employees that was sufficient only to keep the business from completely shutting down prior to the bankruptcy filing. Notwithstanding its limited workforce and lack of financial wherewithal, JPC has made all reasonable efforts to make all of the required disclosures on its Bankruptcy Schedules and

Statement of Financial Affairs (the "Schedules/SOFA"). That said, JPC simply does not have the time or resources necessary to fully and completely review what remains of JPC's seventy-seven (77) years' worth of records, the vast majority of which are not digitized. In addition, the Schedules/SOFA excludes certain assets of immaterial value. With respect to causes of action, the Debtor has not conducted a full and complete examination of all the possible causes of action that it may hold against third parties.

The Schedules/SOFA have been signed by Linda Johnson Rice, Chief Executive Officer of JPC. In reviewing and signing the Schedules/SOFA, Ms. Johnson Rice necessarily relied upon the efforts, statements, and representations of various personnel and advisors of JPC. Ms. Johnson Rice has not and could not personally verify the accuracy of every statement and representation.

Nonetheless, significant effort has been made to reflect all information herein to the best of Ms. Johnson Rice's knowledge, information and belief, as true and correct as practicable under the circumstances based on information that was available at the time of preparation. Subsequent information or discovery may result in material changes to the Schedules/SOFA, and inadvertent errors or omissions may have occurred, some of which may be material. Further, because the Schedules/SOFA contain unaudited information, there can be no assurance that the Schedules/SOFA are complete. JPC reserves the right to amend the Schedules/SOFA as may be necessary or appropriate, based upon any and all such further information as and if discovered.

**Fill in this information to identify the case:**

Debtor name ___Johnson Publishing Company, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) ___19-10236___

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.      Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, N.A. | Checking | 6574 | $3.56 |
| 3.2. | JPMorgan Chase Bank, N.A. | Checking | 6582 | $0.94 |
| 3.3. | JPMorgan Chase Bank, N.A. | Checking | 7593 | $0.02 |
| 3.4. | JPMorgan Chase Bank, N.A. | Checking | 3128 | $1.00 |
| 3.5. | JPMorgan Chase Bank, N.A. | Checking | 2351 | $13.51 |

**4.      Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Balance of Debtor's account with e-commerce site PayPal.com. | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

| 4.2. | Account balance of Debtor's account with Paymentech Solutions, Inc. | $0.00 |
|---|---|---|

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$19.03**

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Flat fee advance payment retainer provided to Isaacson CPA Group, Ltd. in the amount of $25,000 for consulting services rendered and to be rendered in connection with chapter 7 bankruptcy case. | Unknown |
|---|---|---|
| 8.2. | Flat fee advance payment retainer provided to Adelman & Gettleman, Ltd. in the amount of $35,000 for services rendered and to be rendered in connection with chapter 7 bankruptcy case. | Unknown |

**9.    Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    **$0.00**

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.

☐ Yes Fill in the information below.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | Debtor believes it may own 14 units of Macy's, Inc. common stock with a closing price of $25.07 | Market | $350.98 |
| 14.2. | Other stock interests which may have been purchased by founder of the Debtor. | N/A | Unknown |

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

**partnership, or joint venture**

Name of entity:

| | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | Fashion Fair Beauty Products Limited (wholly owned subsidiary located in the United Kingdom). Entity is being wound up through insolvency process before the High Court of Justice Business and Property Courts of England and Wales Case No. CR-2018-003998. | 100 % | | $0.00 |
| 15.2. | Fashion Fair, LLC, a Delaware LLC (Debtor believes it incorporated and is the 100% owner of this entity. Debtor further believes that this entity has no assets, is not doing business, and its interest has no value). | 100 % | N/A | Unknown |
| 15.3. | Fashion Fair Direct, LLC. a Delaware LLC (Debtor believes it incorporated and is the 100% owner of this entity. Debtor further believes that this entity has no assets, is not doing business, and its interest has no value). | 100 % | N/A | Unknown |
| 15.4. | Other stock interests which may have been purchased by founder of the Debtor, including a potential interest in The Oaks Associates. | Unknown % | N/A | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** $350.98

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** 6,393,471 jars, lids, boxes, labels, and other packaging, containers and components for cosmetics which, as of March 31, 2018, upon informaton and belief, were being held at Kolmar Laboratories, Inc. | March 31, 2018 | $431,908.00 | N/A | Unknown |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| Miscellaneous Fashion Fair inventory (quantities unknown) at one time held by Advanced Distribution Systems, Inc. ("ADS"). Upon information and belief, ADS sold such inventory. | | $393,169.00 | N/A | Unknown |
| Miscellaneous Fashion Fair cosmetic products held at the Debtor's office located at 200 S. Michigan Avenue, Chicago, IL 60604. See attached Rider to Schedule A/B-21.2 reflecting such inventory as of February 15, 2018. | Febraury 15, 2018 | $671.00 | Cost | $671.00 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

| $671.00 |
|---|

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** Miscellaneous office furniture more fully described on attached Rider to Schedule A/B-39. | Unknown | N/A | Unknown |

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

**40.**     **Office fixtures**

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Approximately forty (40) desktop and laptop computers from 2-12 years old, various servers, printers, copiers, and other miscellaneous office equipment. See attached Rider to Schedule A/B-41. | Unknown | N/A | Unknown |

**42.**     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
|---|---|---|---|---|
| 42.1. | JPC Archive - collection of over 4 million photographic images and thousands of hours of video and music footage, including videos, films, negatives, color transparencies, photographic prints, recordings, video tape and related materials dating back to 1942. See attached Rider to Schedule A/B-42.1, which identifies several of the key contents of the Archive. Estimated value in excess of $13,000,000.00. | Unknown | Estimated | Unknown |
| 42.2. | Artwork - collection of miscellaneous artwork including the items listed on attached Rider to Schedule A/B-42.2. Values are estimated without appraisal. | Unknown | Estimated | $1,200,000.00 |
| 42.3. | Various designer clothing items and related photographs, invitations, drawings, and other objects from the Ebony Fashion Fair Collection previously displayed in the Debtor's traveling museum exhibit "Inspiring Beauty: 50 Years of Ebony Fashion Fair." See attached Rider to Schedule A/B-42.3 and 42.4.  Upon information and belief, the Chicago History Museum conducted an appraisal of these assets for insurance purposes 4-7 years ago. The Debtor has not received a copy of this appraisal, but believes the values provided are based on this appraisal. | Unknown | Estimated | $686,209.00 |
| 42.4. | More than 225 designer clothing items and related objects from the Ebony Fashion Fair Show Collection. See attached Rider to Schedule A/B-42.3 and 42.4. | Unknown | N/A | Unknown |
| 42.5. | Vintage book collection, JPC-published books, JPC-published magazines, and other like materials. See attached Rider to Schedule A/B-42.5. | Unknown | N/A | Unknown |

Debtor    Johnson Publishing Company, LLC                                    Case number *(if known)*  19-10236
_____Name_____

| 43. | **Total of Part 7.** | | $1,886,209.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lease of office space located at 200 S. Michigan Ave., Suite 900, Chicago, IL 60604. | Leasehold | Unknown | N/A | Unknown |
| 55.2.  Lease for storage space at The Icon Group, 2747 W. Taylor, Chicago, IL 60612. | Leasehold | Unknown | N/A | Unknown |
| 55.3.  Lease with for storage space with Pickens-Kane, 410 N. Milwaukee Avenue, Chicago, IL 60610. | Leasehold | Unknown | N/A | Unknown |
| 55.4.  License for storage space located at 200 S. Michigan Ave., Suite 230, Chicago, IL 60604. | License | Unknown | N/A | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* | 19-10236 |
|---|---|---|---|
| | Name | | |

| 55.5. | Lease of storage space with R4 Services, LLC, 1301 W. 35th Street, Chicago, IL 60609. | Leasehold | Unknown | N/A | Unknown |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See attached Rider to Schedule A/B-60. | Unknown | N/A | Unknown |
| 61. **Internet domain names and websites** FashionFairCosmetics.com. Registered with Network Solutions. Expires July 4, 2019. | Unknown | N/A | Unknown |
| BarackTheBus.info. Registered with Network Solutions. Expires August 10, 2019. Includes private registration and web forwarding. | Unknown | N/A | Unknown |
| FashionFair.xxx. Registered with Network Solutions. Expires December 6, 2019. Includes private registration. | Unknown | N/A | Unknown |
| FashionFair.com. Registered with Network Solutions. Expires December 19, 2019. | Unknown | N/A | Unknown |
| JohnsonPub.com. Registered with Network Solutions. Expires January 11, 2020. | Unknown | N/A | Unknown |
| JohnsonPublishing.com. Registered with Network Solutions. Expires April 3, 2020. | Unknown | N/A | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | JohnsonPublishingCompany.com. Registered with Network Solutions. Expires November 7, 2021. | Unknown | N/A | Unknown |

**62.**     **Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| **63.** | **Customer lists, mailing lists, or other compilations** Miscellaneous customer information maintained by the Debtor. | Unknown | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** Various subject matter releases from guests of The Ebony Jet Showcase. See attached Rider to Schedule A/B-64. | Unknown | N/A | Unknown |
| | Miscellaneous intangible assets and intellectual property relating to Debtor and its business. | Unknown | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| **65.** | **Goodwill** Debtor believes there may be goodwill value for the names Johnson Publishing Company, LLC and Fashion Fair, including brand name recognition. | Unknown | N/A | Unknown |

**66.**     **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) Note receivable from Ebony Media Operations, LLC. | $1,636,375.35 Total face amount | Unknown doubtful or uncollectible amount | = | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| Earnout payment owing from Ebony Media Operations, LLC. | $500,000.00 | Unknown | = | Unknown |
| | Total face amount | doubtful or uncollectible amount | | |
| Shared services payment owing from Ebony Media Operations, LLC. | $136,812.00 | Unknown | = | Unknown |
| | Total face amount | doubtful or uncollectible amount | | |

**72.**  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax refund due from State of Illinois Department of
Employment Security, which may be subject to offsets for
Debtor's tax liability.                           Tax year 2017/2018            $15,000.02

Debtor believes there was an overpayment to the State of
Texas for franchise taxes and may therefore be entitled to a
refund upon filing its tax returns.               Tax year 2016/2017            Unknown

**73.**  **Interests in insurance policies or annuities**

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**
Counterclaims filed against Kolmar Laboratories for a
manufacturing defect resulting in a product recall, lost
profits, and loss of goodwill.                                               $2,000,000.00

| Nature of claim | Breach of contract, breach of covenants of good faith and fair dealing. |
|---|---|
| Amount requested | $2,000,000.00 |

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Potential claim against Advanced Distribution Systems, Inc.
for improper notice and foreclosure on and sale of Debtor's
inventory held for shipment at warehouse.                                    $241,385.00

| Nature of claim | Improper notice and improper foreclosure. |
|---|---|
| Amount requested | $241,385.00 |

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Balance owing to the Debtor from its subsidiary located in
the United Kingdom, Fashion Fair Beauty Products Limited
("Subsidiary"), for inventory advanced to Subsidiary,
expenses of Subsidiary paid by Debtor, and cash advanced
to Subsidiary. Subsidiary was subject to an Order for
Winding Up by the High Court of Justice Business and
Property Courts of England and Wales on October 17, 2018
as case number: CR-2018-003998, and therefore the Debtor
does not believe the amounts advanced are collectible.                       $9,262,210.92

| Debtor | Johnson Publishing Company, LLC | Case number *(If known)* 19-10236 |
|---|---|---|
| | Name | |

| 78. | **Total of Part 11.** | $11,518,595.94 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    Johnson Publishing Company, LLC                                      Case number *(If known)*  19-10236
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $350.98 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $671.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,886,209.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,518,595.94 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,405,845.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,405,845.95 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name __Johnson Publishing Company, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __19-10236__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Capital Holdings V, LLC<br>Creditor's Name<br>300 Montgomery Street #1050<br>Attn: Natalie D. Talbott<br>San Francisco, CA 94104<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>JPC Archive. | $12,937,000.00 | $13,000,000.00 |

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
May 7, 2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Desiree Rogers<br>Creditor's Name<br>c/o Randall Klein<br>Goldberg Kohn<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603-5792<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>All property and assets, excluding JPC Archive. | $1,782,437.80 | Unknown |

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
Various loans dating back to 2014

**Last 4 digits of account number**

Debtor    Johnson Publishing Company, LLC
Name

Case number (if know)    19-10236

---

**Do multiple creditors have an interest in the same property?**
■ Ȳ^•
☐ Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Franklin Capital Holdings LLC | | | |
|---|---|---|---|---|

Creditor's Name

600 Central Avenue, #212
Highland Park, IL 60035

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
All property and assets.

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$7,516.66    $0.00

**Do multiple creditors have an interest in the same property?**
■ Ȳ^•
☐ Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | JPMorgan Chase Bank, N.A. | | | |
|---|---|---|---|---|

Creditor's Name

10 S. Dearborn St.
Mail Code IL1-P001
Chicago, IL 60603-2300

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Certain accounts receivable

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00    $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Linda Johnson Rice | | | |
|---|---|---|---|---|

Creditor's Name

c/o J. Mark Fisher
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All property and assets, excluding JPC Archive.

**Describe the lien**

$5,084,418.32    Unknown

---

Debtor    Johnson Publishing Company, LLC                          Case number (if know)    19-10236
          Name

_____    Commercial Loan
                                    **Is the creditor an insider or related party?**
_____    ☐ No
Creditor's email address, if known  ■ Yes

                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
Various loans dating back to         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
2013
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ Ŷʌ•                                  ☐ Contingent
                                       ☐ Unliquidated
☐ Specify each creditor,               ☐ Disputed
including this creditor and its
relative priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $19,811,372.78 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Capital Holdings V, LLC<br>c/o Dechert LLP<br>Attn: Jay R. Alicandri, Esq.<br>1095 Avenue of the Americas.<br>New York, NY 10036 | Line 2.1 | |
| Capital Holdings V, LLC<br>c/o Brian Greer<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | Line 2.1 | |

---

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 3 of 3

**Fill in this information to identify the case:**

Debtor name __Johnson Publishing Company, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __19-10236__

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alice Rooks<br>9312 S Justine<br>Chicago, IL 60620 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $11,498.76 | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>Commissions. |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>Amy Morajda<br>716 Parkwood Ave.<br>Park Ridge, IL 60068 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $961.55 | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>Wages. |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    20417                    Best Case Bankruptcy

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**2.3** | Priority creditor's name and mailing address
Andre McDearmon Jr.
3353 W. 83rd Place
Chicago, IL 60652

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$292.80   Unknown

Date or dates debt was incurred

Basis for the claim:
Wages.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
Angela L Hongo
P.O. Box 1202
Chicago, IL 60690

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$394.50   Unknown

Date or dates debt was incurred

Basis for the claim:
Wages.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
Arlene Noel
3058 Grand Avenue
Baldwin, NY 11510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$20,207.50   Unknown

Date or dates debt was incurred

Basis for the claim:
Commissions.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
Asher Gabriel Dordek
2910 W Sherwin Ave
Chicago, IL 60645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$322.47   Unknown

Date or dates debt was incurred

Basis for the claim:
Wages.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|--------|--------------------------------|------------------------|----------|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.90 | Unknown |
|-----|---|---|---|---|

Ashley Flowers
605 E. 102nd Street
Chicago, IL 60628

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | Unknown |
|-----|---|---|---|---|

Byron Phillip White
4041 S Michigan Ave
Unit 1S
Chicago, IL 60653

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee benefits

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | Unknown |
|-----|---|---|---|---|

City of Chicago
c/o Harris & Harris
111 West Jackson Blvd
Chicago, IL 60604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
License/tax.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,085.50 | Unknown |
|------|---|---|---|---|

Dana Hampton
11452 S. Bell Ave
Chicago, IL 60643

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,854.04 | Unknown |
|---|---|---|---|---|

**2.11** | Priority creditor's name and mailing address
Desiree Rogers
c/o Randall Klein
Goldberg Kohn
55 East Monroe Street, Suite 3300
Chicago, IL 60603-5792

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,854.04    Unknown

Date or dates debt was incurred

Basis for the claim:
Deferred Compensation.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
Donald Bufford
10902 Katy Freeway
Apt. #1305
Houston, TX 77043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,530.15    Unknown

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
G.A. Finch
5827 N Kostner Ave
Chicago, IL 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,050.00    Unknown

Date or dates debt was incurred

Basis for the claim:
Benefits and expenses.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,532.32 | Unknown |
|---|---|---|---|---|
| | Ingrid Phillips | Check all that apply. | | |
| | 1519 E. 69th Street | ☐ Contingent | | |
| | Chicago, IL 60637 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Wages and employee benefits. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300,000.00 | Unknown |
|---|---|---|---|---|
| | Internal Revenue Serivce | Check all that apply. | | |
| | P.O. Box 7346 | ☐ Contingent | | |
| | Philadelphia, PA 19101-7346 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Estimated unpaid taxes. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,988.84 | Unknown |
|---|---|---|---|---|
| | Iyanna Newborn | Check all that apply. | | |
| | 5727 8th Avenue | ☐ Contingent | | |
| | Los Angeles, CA 90043 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Commissions. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,601.17 | Unknown |
|---|---|---|---|---|
| | Jackie Smith | Check all that apply. | | |
| | 6218 S. Ada | ☐ Contingent | | |
| | Chicago, IL 60636 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Wages and employee benefits. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

**2.19** Priority creditor's name and mailing address
Jacqueline King
22042 Jordan Lane
Richton Park, IL 60471

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$326.85    Unknown

Date or dates debt was incurred

Basis for the claim:
Benefits.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
James Taylor Boyd
2820 Selwyn Ave
Apt #769
Charlotte, NC 28209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,761.76    Unknown

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
John Roach
5931 S. Calumet
2nd Floor
Chicago, IL 60637

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,783.50    Unknown

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
John Stewart
10206 S Prospect
Chicago, IL 60643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$12,878.70    Unknown

Date or dates debt was incurred

Basis for the claim:
Commissions.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

### 2.23

**Priority creditor's name and mailing address**
John Wesley
107 Vassar Avenue
# 2
Newark, NJ 07112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,996.26    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, employee benefits, and expenses.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

---

### 2.24

**Priority creditor's name and mailing address**
Johnson Publishing Co. 401(K)
Savings Plan
200 S. Michigan Ave.
Suite 900
Chicago, IL 60604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
401(k) matching contribution.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)**

---

### 2.25

**Priority creditor's name and mailing address**
Karyn Pettigrew
8950 S. Claremont
Chicago, IL 60643-6420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,034.36    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Expenses.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

---

### 2.26

**Priority creditor's name and mailing address**
Kehinde A Akiwowo
235 W 137th Street
Apartment 2R
New York, NY 10030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$9,230.74    Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Commissions.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**2.27** | Priority creditor's name and mailing address
Kindrick Fletcher
7355 S Crandon Ave
2nd Flr
Chicago, IL 60649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,787.00     Unknown

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
Lavergerae Tyler
5560 Van Buren St
Merrillville, IN 46410

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$10,696.02     Unknown

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
Linda Johnson Rice
c/o J. Mark Fisher
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280,777.10     Unknown

Date or dates debt was incurred

Basis for the claim:
Deferred compensation

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,605.88     Unknown

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**2.31**

Priority creditor's name and mailing address
Louisiana Workforce Commission
UI Tax Operations
P.O. Box 94050
Baton Rouge, LA 70804-9050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$488.74    Unknown

Date or dates debt was incurred

Basis for the claim:
State Taxes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address
Lyssa Vargas Kaufman
1631  Woodlark Drive
Haines City, FL 33844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,124.75    Unknown

Date or dates debt was incurred

Basis for the claim:
Wages, employee benefits, and expenses.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address
New York State Department of
Taxation
and Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address
Nicole Haynes
2405 Rockefeller Ln
#C
Redondo Beach, CA 90278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$10,323.89    Unknown

Date or dates debt was incurred

Basis for the claim:
Commissions.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address
NYC Department of Finance
66 John Street, Room 104
New York, NY 10038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
Pamela Sampson
4500 S Leclaire Ave
Chicago, IL 60638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$7,356.63        Unknown

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
Pennsylvania Department of
Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,580.24        Unknown

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
Rae Bell
17259 Heritage Drive
South Holland, IL 60473

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$165.35        Unknown

Date or dates debt was incurred

Basis for the claim:
Benefits.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,234.23 | Unknown |
|---|---|---|---|---|

Raine Bascos
9300 Marmora Ave
Morton Grove, IL 60053

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,071.52 | Unknown |
|---|---|---|---|---|

Richard Paschal
5200 S. Ellis Ave
Unit 119
Chicago, IL 60615

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Expenses.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,789.15 | Unknown |
|---|---|---|---|---|

Sharon Russell
12203 Downy Birch Road
Charlotte, NC 28227

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, employee benefits, and expenses.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,975.04 | Unknown |
|---|---|---|---|---|

Sharon Tarkington
9038 S Colfax
Chicago, IL 60617

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,173.56 | Unknown |
|---|---|---|---|---|
| | Sonya Booker | *Check all that apply.* | | |
| | 3319 Birchwood Drive | ☐ Contingent | | |
| | Hazel Crest, IL 60429 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Wages and employee benefits. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.17 | Unknown |
|---|---|---|---|---|
| | State of Alabama | *Check all that apply.* | | |
| | Legal Division | ☐ Contingent | | |
| | P.O. Box 320001 | ☐ Unliquidated | | |
| | Montgomery, AL 36132-0001 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | State taxes. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | State of California | *Check all that apply.* | | |
| | Bankruptcy Section: MS: A-340 | ☐ Contingent | | |
| | P.O. Box 2952 | ☐ Unliquidated | | |
| | Sacramento, CA 95812-2952 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | State taxes. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | State of Maryland | *Check all that apply.* | | |
| | Attn: Collections/Compliance | ☐ Contingent | | |
| | 110 Carroll Street | ☐ Unliquidated | | |
| | Annapolis, MD 21411 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | States taxes. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.47**

Priority creditor's name and mailing address

State of New Jersey
Division of Employ Accounts:
Legal Processes
P.O. Box 379
Trenton, NJ 08625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48**

Priority creditor's name and mailing address

State of Texas
LBJ Building
111 E 17th, First Floor
Austin, TX 78774-0100

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
State taxes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49**

Priority creditor's name and mailing address

Steven Isaacson
2460 Dundee Road, Unit 365
Northbrook, IL 60065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$79,155.82    Unknown**

Date or dates debt was incurred

Basis for the claim:
Wages, employee benefits, and expenses.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50**

Priority creditor's name and mailing address

Teresa Gipson
1171 Cannon
Memphis, TN 38106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,735.65    Unknown**

Date or dates debt was incurred

Basis for the claim:
Wages, employee benefits, and expenses.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,578.79 | Unknown |
|---|---|---|---|---|

Tiffany Jones
777 Carter Road
Jonesboro, GA 30238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, employee benefits, and expenses.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,323.41 | Unknown |
|---|---|---|---|---|

Tracey Barney
19539 Walnut Street
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, employee benefits, and expenses.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,648.82 | Unknown |
|---|---|---|---|---|

Umar Abbasparker
11 John Street
Sayerville, NJ 08872

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,398.44 | Unknown |
|---|---|---|---|---|

Vickie R Wilson
13242 S Riverside Ave
Chicago, IL 60827

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,560.86 | Unknown |
|---|---|---|---|---|

Whitney Gray Zollner
619 S. LaSalle
Unit 312
Chicago, IL 60605

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages and employee benefits.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,088.17 |
|---|---|---|---|

200 S. Michigan LLC
200 South Michigan Ave
Suite 510
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Lease of office space.

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,554.10 |
|---|---|---|---|

ABA Packaging Corporation
740 Blue Point Road
Holtsville, NY 11742

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Cosmetics packaging.

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,442.32 |
|---|---|---|---|

ADP, LLC
1851 N. Resler Drive
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Payroll, human resources, and tax services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396,363.00 |
|---|---|---|---|

Advance Distribution Systems
1100 Summer Street
Stamford, CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Cosmetics distribution and warehousing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,514.11 |
|---|---|---|---|

Ajilon Finance
Dept. CH 14031
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Staffing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

Albea Cosmetics America, Inc.
595 Madison Ave.
10TH Floor
New York, NY 10022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cosmetic components.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,363.60 |
|---|---|---|---|

Alwyns, LLP
Crown House
151 High Road
Loughton
Essex, IG10 4LG

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting services provided to UK subsidiary. Listed for notice purposes.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,700.00 |
|---|---|---|---|

American Eagle Packaging
1645 Todd Farm Drive
Elgin, IL 60123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Packaging services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,480.00 |
|---|---|---|---|

American Express
1200 W 7th St. L2-200
Los Angeles, CA 90017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases for business.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,637.00 |
|---|---|---|---|

Arkadin Global Conferencing
P.O. Box 347261
Pittsburgh, PA 15251-4261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone conferencing services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240,658.00 |
|---|---|---|---|

Baker & McKenzie LLP
c/o Edward J Zulkey - RA
300 East Randolph Dr.
Suite 4300
Chicago, IL 60601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,394.00 |
|---|---|---|---|

Bank Direct Capital Finance, LLC
Two Conway Park
150 North Field Drive
Suite 190
Lake Forest, IL 60045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance financing services.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00**

Beauty Story Corp
4310 Canoga Drive
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Photography services.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$61,389.25**

Blue Cross Blue Shield
Health Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Health insurance.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000,000.00**

Branden R. Bell
c/o M. Brice Ladson, Esq.
Ladson Law Firm, P.C.
P.O. Box 2819
Richmond Hill, GA 31412

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Alleged defamation damages.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Brian E. Bell
c/o M. Brice Ladson, Esq.
Ladson Law Firm, P.C.
P.O. Box 2819
Richmond Hill, GA 31412

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Duplicate of claim asserted by Branden R. Bell for $4,000,000.00. Amount not listed here to avoid duplication. Alleged defamation damages.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$813.00**

CareerBuilder Employment Screening, LLC
3800 Golf Road, Ste 120
Atrium Corporate Center
Rolling Meadows, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Recruitment and screening services.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,050.37**

Carlton Fields
P.O. Box 3239
Tampa, FL 33601-3239

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Legal services.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$296,815.34**

CDS Global
Paul Polus, CFO
1901 Bell Avenue
Des Moines, IA 50315-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Media services.

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | Johnson Publishing Company, LLC |
| | Name |

Case number (if known)  19-10236

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,625.00 |
|---|---|---|---|

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Email services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,121.54 |
|---|---|---|---|

Centurylink Business Services
100 CenturyLink Drive
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Phone and internet services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,756.49 |
|---|---|---|---|

Certified Moving & Storage Co, LLC
286 Madison Avenue
15the Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Corporate relocation/moving services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,239.59 |
|---|---|---|---|

Chase Bank
Mail Code OH1-1272
340 S. Cleveland Ave.
Bldg 370
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Banking services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,998.26 |
|---|---|---|---|

Chicago Office Technology
P.O. Box 5940
Lockbox #20-COE  001
Carol Stream, IL 60197-5940

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Printer and copier maintenance services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,098.94 |
|---|---|---|---|

CHLIC-Chicago
5476 Collection Center Drive
Chicago, IL 60693-0547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Life insurance.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

Cigna Group Insurance
P.O. Box 20643
Lehigh Valley, PA 84971-9888

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Dental insurance.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Electrical service. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>Conexis<br>P.O. Box 8363<br>Pasadena, CA 91109-8363 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $309.07 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Employee benefit services. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>Consumer Product Testing Co., Inc.<br>70 New Dutch Lane<br>Attn:  Accounting Department<br>Fairfield, NJ 07004-2514 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $765.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Product testing services. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>CSC<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Corporate registered agent fees. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,011.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Corporate registered agent fees. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>Dante Disposable Products, LLC<br>1014 S. Westlake Blvd<br>#14-265<br>Westlake Village, CA 91361 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,182.70 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Makeup brush cleaning supplies. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>David LaPorte<br>P.O. Box 400<br>Flossmoor, IL 60422 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,369.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Legal services. | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,325.44**

Dell Business Credit
P.O. Box 5275
Carol Stream,, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Various computer equipment.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,935,300.00**

Desiree Rogers
c/o Randall Klein
Goldberg Kohn
55 East Monroe Street, Suite 3300
Chicago, IL 60603-5792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loans and deferred compensation.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$251,709.93**

Dillard Dept. Stores, Inc.
1600 Cantrell Road
Little Rock, AR 72201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Merchant expenses.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,000.00**

Dougmar Consultants
305 East 86th St., Apt 4J West
New York, NY 10028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Fashion Fair European representative.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,888.45**

Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Legal services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$943.10**

Fed Exp - Fashion Fair Account
P.O. Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Shipping and packaging services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,365.42**

Federal Express- Johnson Publishing Acco
P.O. Box  94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Shipping and packaging services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,720.00 |
|---|---|---|---|

Freedom Models California, Inc.
820 N. Fairfax Ave
West Hollywood, CA 90046

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Modelling services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fry Communications, Inc.
115 W Main St
Mechanicsburg, PA 17055

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Printing services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,125,000.00 |
|---|---|---|---|

Fry Communications, Inc.
800 W. Church Road
Mechanicsburg, PA 17055

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Printing services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,050.00 |
|---|---|---|---|

Geoffrey Black
689 North Shelby Street
Gary, IN 46403

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Photography services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Gibraltar Business Capital LLC
400 Skokie Blvd., Suite 375
Northbrook, IL 60062

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Grace Kingdom Beauty
106 Lawrence Road
Parsippany, NJ 07054

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consulting services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $636.41 |
|---|---|---|---|

Green Inc
1718 N Wells
Chicago, IL 60614

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Florist.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address**
Greenbaum Rowe Smith & Davis LLP
P.O. Box 5600
Woodbridge, NJ 07095

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal services.

Is the claim subject to offset? ■ No ☐ Yes

$7,887.50

---

**3.49** | **Nonpriority creditor's name and mailing address**
GXS
c/o  J.P. Morgan Lockbox
29144 Network Place
Chicago, IL 60673-1290

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  E-commerce services.

Is the claim subject to offset? ■ No ☐ Yes

$25,961.90

---

**3.50** | **Nonpriority creditor's name and mailing address**
Hall's Magazine Reports
80 Hathaway Dr
Stratford, CT 06615

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Editorial content analysis for publications.

Is the claim subject to offset? ■ No ☐ Yes

$12,825.00

---

**3.51** | **Nonpriority creditor's name and mailing address**
Health Canada - Sante Canada
Accts Receivable
P/L 1918B -  RM-Piece 1804B
161 Godendrod DRWY
Ottawa ON K1A 0K9

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  International regulatory fees.

Is the claim subject to offset? ■ No ☐ Yes

$1,225.13

---

**3.52** | **Nonpriority creditor's name and mailing address**
Herbert Mines Associates, Inc.
600 Lexington Avenue
2nd Floor
New York, NY 10022

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Executive search consulting services.

Is the claim subject to offset? ■ No ☐ Yes

$216.00

---

**3.53** | **Nonpriority creditor's name and mailing address**
Hi Class Express, Inc.
334 Totowa Road
Front Left
Totowa, NJ 07512

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Delivery services.

Is the claim subject to offset? ■ No ☐ Yes

$835.00

---

**3.54** | **Nonpriority creditor's name and mailing address**
Hochfelder & Weber, P.C.
525 West Monroe
Suite 910
Chicago, IL 60661-3629

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting services.

Is the claim subject to offset? ■ No ☐ Yes

$17,079.00

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,000.00 |
|---|---|---|---|

Horizon Media, Inc.
75 Varick Street
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Media services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,804.54 |
|---|---|---|---|

Hudson Bay
Attn: Legal Department
698 Lawrence Ave West, 1st Floor
Totonto ON M6A 3A5

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Retail services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,680.06 |
|---|---|---|---|

Hudson Group Retail, LLC
1 Meadowlands Plaza-11th FL
ATTN: Promo Department
East Rutherford, NJ 07073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Retail services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

ICON Group
2747 West Taylor Street
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Storage fees.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

Infinity Images
5600 NE Hassalo Street
Portland, OR 97213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Photography services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,912.52 |
|---|---|---|---|

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Document destruction and storage; server backups.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,237.97 |
|---|---|---|---|

Jay Packaging Group
P.O. Box 185
Rockland, MA 02370

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Packaging services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services.

Is the claim subject to offset? ■ No ☐ Yes

$3,808.92

---

**3.63**

**Nonpriority creditor's name and mailing address**
Jerhel Plastics, Inc.
63 New Hook Road
Bayonne, NJ 07002

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods.

Is the claim subject to offset? ■ No ☐ Yes

$122,488.59

---

**3.64**

**Nonpriority creditor's name and mailing address**
Joan E. Lopera
30  Third Avenue
#3 N
Brooklyn, NY 11217

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contracting services.

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
Jones Day
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services.

Is the claim subject to offset? ■ No ☐ Yes

$143,336.91

---

**3.66**

**Nonpriority creditor's name and mailing address**
Karen K. Bell
c/o M. Brice Ladson, Esq.
Ladson Law Firm, P.C.
P.O. Box 2819
Richmond Hill, GA 31412

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Alleged defamation damages.

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.67**

**Nonpriority creditor's name and mailing address**
Kelly Services, Inc.
1212 Solutions Center
Chicago, IL 60677-1002

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Temporary staffing services.

Is the claim subject to offset? ■ No ☐ Yes

$3,227.04

---

**3.68**

**Nonpriority creditor's name and mailing address**
Kolmar Laboratories, Inc.
P.O. Box 95000-4175
Philadelphia, PA 19195-0001

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cosmetics and beauty products manufacturing.

Is the claim subject to offset? ■ No ☐ Yes

$419,317.55

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $677.97

Konica Minolta Business Solutions
USA Inc
Dept. CH 19188
Palatine, IL 60055-9188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Printer and copier maintenance services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $641.90

Kroeger Packaging, Inc.
215M Central Avenue
East Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Cosmetic label printing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,600.00

Lee Hecht Harrison LLC
Dept. CH #10544
Palatine, IL 60055-0544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Consulting services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,926.89

Life Insurance Company of North America
P.O. Box 8500 - 110
Philadelphia, PA 19178-0110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Life insurance.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $760,030.98

Linda Johnson Rice
c/o J. Mark Fisher
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loans and exclusive of any deferred compensation.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

Lipschultz Levin & Gray
425 Huehl Rd.
Building 7
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Accounting services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78,450.10

Lord & Taylor
250 Vesey Street
21st Floor
New York, NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Merchant expenses.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $236,614.79 |
|---|---|---|---|

**3.76**

**Nonpriority creditor's name and mailing address**
Macy's, Inc.
7 West Seventh Street
Attn: Legal Department
Cincinnati, OH 45202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Merchant expenses.

Is the claim subject to offset? ■ No ☐ Yes

$236,614.79

---

**3.77**

**Nonpriority creditor's name and mailing address**
McGuireWoods London LLC
11 Pilgrim Street
London, EC4V 6RN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal services.

Is the claim subject to offset? ■ No ☐ Yes

$83,605.55

---

**3.78**

**Nonpriority creditor's name and mailing address**
Mega Media Entertainment
10554 Riverside Dr.
Toluca Lake, CA 91602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Production services.

Is the claim subject to offset? ■ No ☐ Yes

$1,579.50

---

**3.79**

**Nonpriority creditor's name and mailing address**
Miller Peters
4148 S. Berkeley Ave.
Chicago, IL 60653

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Graphic design services.

Is the claim subject to offset? ■ No ☐ Yes

$2,340.00

---

**3.80**

**Nonpriority creditor's name and mailing address**
MNJ Technologies Direct, Inc.
P.O. Box 7461
Buffalo Grove, IL 60089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Information technology equipment and services.

Is the claim subject to offset? ■ No ☐ Yes

$18,410.06

---

**3.81**

**Nonpriority creditor's name and mailing address**
Narcissus Thomas
c/o Alexandria Awad, Esq.
Levy Konisgsberg, LLP
800 3rd Ave
New York, NY 10022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Civil tort claimant.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.82**

**Nonpriority creditor's name and mailing address**
Neal & McDevitt, LLC
1776 Ash Street
Northfield, IL 60093-3001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal services.

Is the claim subject to offset? ■ No ☐ Yes

$90,587.50

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,942.75 |

O'Hare Van Lines, Inc.
10800 W. Belmont Ave
Suite 300-B
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Moving services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $616.68 |

Oak Tree Printing, Inc.
88 Route 303
Tappan,, NY 10983

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Printing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,150.59 |

Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Office supplies.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,675.00 |

Operative Media, Inc.
Box 200663
Pittsburgh, PA 15251-2662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Advertising services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,138.00 |

Out of the Blue Enterprises, LLC
Rockefeller Center
1270 Avenue of the Americas
Suite 501
New York, NY 10020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit and rent owed.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,519.96 |

Outsource Solutions Group, Inc.
1730 Park Street
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Information technology services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |

Pacific Trial Attorneys
4100 Newport Place
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Legal services.

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,022.00 |
|---|---|---|---|

Pamco Label Company, Inc.
P.O. Box 1000
Dept. 5
Memphis, TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Label printing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.37 |
|---|---|---|---|

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Legal services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.80 |
|---|---|---|---|

Pickens-Kane Moving & Storage Co.
410 N. Milwaukee Avenue
3rd Floor
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Storage space.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,797.61 |
|---|---|---|---|

Pilot Freight Services
P.O. Box 654058
Dallas, TX 75265-4058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Shipping and logistics services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,703.00 |
|---|---|---|---|

Priority One Clearing Services
1151 NE Cleveland St.
Clearwater, FL 33755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Magazing subscription services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,373.80 |
|---|---|---|---|

Process Technologies & Packaging LLC
102 Life Science Drive
Olyphant, PA 18447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Cosmetics manufacturing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.42 |
|---|---|---|---|

Quantum Corporation
P.O. Box  933085
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Video storage and management services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.89 |
|---|---|---|
| Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Office supplies. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,762.57 |
|---|---|---|
| R4 Services<br>1301 W. 35th Street<br>Chicago, IL 60609 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Storage space. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467.49 |
|---|---|---|
| Rackspace US, Inc.<br>JP Morgan Chase<br>14800 Frye Road, TX1-0029<br>Fort Worth, TX 76155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Cloud computing services. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.24 |
|---|---|---|
| RCPI Cleaning Services LLC<br>P.O. Box 30156<br>New York, NY 10087-0156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Cleaning services. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219,438.74 |
|---|---|---|
| RCPI Landmark Properties, LLC<br>P.O. Box 33173<br>Newark, NJ 07188-3173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Lease payments. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,385.00 |
|---|---|---|
| RGTS<br>P.O. Box 4910<br>Church Street Station<br>New York, NY 10261-4910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Information technology services. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Richard E. Bell, Jr.<br>c/o M. Brice Ladson, Esq.<br>Ladson Law Firm, P.C.<br>P.O. Box 2819<br>Richmond Hill, GA 31412 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Alleged defamation damages. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|--------|--------------------------------|------------------------|----------|
|        | Name                           |                        |          |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,210.53 |
|---|---|---|---|

Ricoh USA, Inc.
P.O. Box 802815
Chicago, IL 60680-2815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Printing services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61,500.00 |
|---|---|---|---|

Salo, LLC
NW 6087
P.O. Box 1450
Minneapolis, MN 55485-6087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Temporary staffing services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,053.50 |
|---|---|---|---|

Schoenberg Finkel Newman & Rosenberg LLC
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606-6101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Legal services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $183,996.86 |
|---|---|---|---|

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Legal services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,906.00 |
|---|---|---|---|

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Dr
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Legal services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,219.00 |
|---|---|---|---|

Spoor Fisher Jersey
P.O. Box 281
Africa House 11 Castle Street
St. Helier, Jersey, J34 9TW

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** International IP services.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,748.74 |
|---|---|---|---|

SPS Commerce, Inc.
P.O. Box 205782
Dallas, TX 75320-5782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** E-commerce services.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | | $109,559.70

Subscription Data Processing, LLC
P.O. Box 661
Morrison, CO 80465

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Media services.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | | $6,000.00

The Executive Leadership Council, Inc.
1001 N. Fairfax Street
Suite 300
Alexandria, VA 22314

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Membership in organization.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | | $1,400.00

The Icon Group, Inc.
2747 W. Taylor St.
Chicago, IL 60612

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Storage space and services.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | | $8,300.00

The Royal Promotion Group, Inc.
119  West 57th Street
New York, NY 10019

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Retail/purchase displays and store fixtures.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | | $19,119.06

Three Z Printing Company
902 West Main
Teutopolis, IL 62467

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Printing services.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | | $809.80

TNG GP
1955 Lake Park
Suite 400
Smyrna, GA 30080

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Media services.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | | $411.04

U-Line Shipping Supply Specialists
P.O. Box 88741
Chicago, IL 60680-1741

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office supplies.

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$416.86**

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Shipping services.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,220.00**

United States Department of Labor
P.O. Box 1914
Attn: Stacey E. Elias
Plan Benefits Security Division
Washington, DC 20013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Late filing fees.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.92**

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Freight services.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,602.45**

Vision Service Plan
P.O. Box 742135
Los Angeles, CA 90074-2135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Employee benefits.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,682.03**

Walden Macht & Haran LLP
One Battery Park Plaza
34th Floor
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Legal services.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,723.61**

Walter White, Jr
50 The Rosler Building
85 Ewer Street
London SE1 0FT, UK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Consulting services.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,040.00**

Wilhelmina International Inc.
300 Park Avenue South
Fl. 2
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Modeling services.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,456.31 |
|---|---|---|---|

Winston & Strawn LLP
36235 Treasury Center
Chicago, IL 60694-6200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Legal services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $642,868.00 |
|---|---|---|---|

World Wide Packaging, LLC
15 Vreeland Road
Suite #4
Florham Park, NJ 07932-2201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Cosmetics packaging. Partial summary judgment entered March 21, 2019, in the amount of $311,157.00

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,724.00 |
|---|---|---|---|

Wormser Corporation
150 Coolidge Avenue
P.O. Box 5209
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Products and packaging services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Zlato Digital
c/o Blagica Bottigliero - R.A.
622 Lyman Avenue
Oak Park, IL 60304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Marketing services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 200 S. Michigan LLC<br>c/o Illinois Corporation Service C - RA<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line  3.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | 200 S. Michigan, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Line  3.1<br>☐ Not listed. Explain ____ | _ |
| 4.3 | ABA Packaging Corporation<br>c/o The CKB Firm<br>30 North LaSalle Street<br>Suite 1520<br>Chicago, IL 60602 | Line  3.2<br>☐ Not listed. Explain ____ | _ |
| 4.4 | ABA Packaging Corporation<br>Attn: Ralph Agoglia, CEO<br>38 Old Brook Road<br>Dix Hills, NY 11746 | Line  3.2<br>☐ Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | ADP, INC.<br>84 State St<br>Boston, MA 02109 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.6 | ADP, LLC<br>c/o Lyon Collection Service<br>7924 West Sahara Avenue<br>Las Vegas, NV 89117 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Advanced Distribution Systems, Inc.<br>105-107 Stonehurst Ct.<br>Northvale, NJ 07647 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Ajilon North America, LLC<br>c/o CT Corporation System - RA<br>208 S LaSalle St<br>Chicago, IL 60604 | Line 3.5<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Albea Cosmetics America, Inc.<br>191 State Route 31 N<br>Washington, NJ 07882-1529 | Line 3.6<br>☐ Not listed. Explain ____ | _ |
| 4.10 | American Eagle Packaging Corporation<br>c/o Thomas R Palmer- RA<br>1515 E Woodfield Rd.<br>Suite 250<br>Schaumburg, IL 60173 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.11 | American Express<br>c/o Zwicker & Associates<br>Attn: Daniel Moken, Esq.<br>1105 Laurel Oak Rd., Suite 136<br>Voorhees, NJ 08043 | Line 3.9<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Arkadin Global Conferencing<br>c/o Brennan & Clark<br>721 East Madison Street<br>Suite 200<br>Villa Park, IL 60181 | Line 3.10<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Baker & McKenzie<br>300 East Randolph Street<br>Suite 5000<br>Chicago, IL 60601-6384 | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Branden R. Bell<br>c/o Oliver Maner, LLP<br>Attn: Larry Evans<br>218 West State St.<br>Savannah, GA 31401 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Branden R. Bell<br>c/o Elizabeth E. Richert<br>Crotty & Schiltz, LLC<br>120 N. LaSalle St., Floor 20<br>Chicago, IL 60602 | Line 3.15<br>☐ Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | Brian E. Bell<br>c/o Oliver Maner, LLP<br>Attn: Larry Evans<br>218 West State St.<br>Savannah, GA 31401 | Line  3.16<br><br>☐  Not listed. Explain ____ | _ |
| 4.17 | Brian E. Bell<br>c/o Elizabeth E. Richert<br>Crotty & Schiltz, LLC<br>120 N. LaSalle St., Floor 20<br>Chicago, IL 60602 | Line  3.16<br><br>☐  Not listed. Explain ____ | _ |
| 4.18 | CareerBuilder Employment Screening, LLC<br>c/o C T Corporation System - RA<br>208 S LaSalle St.<br>Suite 814<br>Chicago, IL 60604 | Line  3.17<br><br>☐  Not listed. Explain ____ | _ |
| 4.19 | CDS Global, Inc.<br>c/o CT Corporation System - RA<br>400 E Court Ave<br>Des Moines, IA 50309 | Line  3.19<br><br>☐  Not listed. Explain ____ | _ |
| 4.20 | Centurylink Business Services<br>Attn: ARMS Payments<br>1820 Sky Harbor Circle South<br>Phoenix, AZ 85034-9700 | Line  3.21<br><br>☐  Not listed. Explain ____ | _ |
| 4.21 | Chicago Office Technology Group Inc.<br>c/o CT Corporation System - RA<br>208 S LaSalle St<br>Suite 814<br>Chicago, IL 60604 | Line  3.24<br><br>☐  Not listed. Explain ____ | _ |
| 4.22 | Cigna Group Insurance<br>c/o Leib<br>P.O. Box 357<br>Voorhees, NJ 08043 | Line  3.26<br><br>☐  Not listed. Explain ____ | _ |
| 4.23 | City of Chicago<br>Department of Finance-Tax<br>333 S. State Street, Suite 300<br>Chicago, IL 60604-3977 | Line  2.9<br><br>☐  Not listed. Explain ____ | _ |
| 4.24 | ComEd Customer Care Center<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | Line  3.27<br><br>☐  Not listed. Explain ____ | _ |
| 4.25 | Consumer Product Testing Co., Inc.<br>c/o The Receivable Man<br>P.O. Box 361348<br>Columbus, OH 43236 | Line  3.29<br><br>☐  Not listed. Explain ____ | _ |
| 4.26 | Dougmar Consultants<br>18 Winwood Ct - RA<br>P.O. Box 681<br>West Hampton, NY 11977 | Line  3.37<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.27 | Drinker Biddle & Reath LLP<br>c/o Illinois Corporation Service  C - RA<br>Adlai Stevenson Drive<br>Springfield, IL 62703 | Line  3.38<br><br>☐  Not listed. Explain ____ | _ |
| 4.28 | Drinker Biddle & Reath LLP<br>191 N. Wacker Drive<br>Suite 3700<br>Chicago, IL 60606-1698 | Line  3.38<br><br>☐  Not listed. Explain ____ | _ |
| 4.29 | Federal Express- Johnson Publishing Acco<br>c/o North Shore Agency<br>270 Spagnoli Road<br>Suite 110<br>Melville, NY 11747 | Line  3.40<br><br>☐  Not listed. Explain ____ | _ |
| 4.30 | Gibraltar Business Capital, LLC<br>c/o CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 | Line  3.45<br><br>☐  Not listed. Explain ____ | _ |
| 4.31 | Green Inc<br>c/o Tony Bryant - RA<br>420 W Grand 1A<br>Chicago, IL 60610 | Line  3.47<br><br>☐  Not listed. Explain ____ | _ |
| 4.32 | GXS<br>c/o ABC/Amega<br>500 Seneca Street<br>Suite 400<br>Buffalo, NY 14204-1963 | Line  3.49<br><br>☐  Not listed. Explain ____ | _ |
| 4.33 | GXS, Inc<br>c/o Illinois Corporation Service C - RA<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line  3.49<br><br>☐  Not listed. Explain ____ | _ |
| 4.34 | Health Care Service Corporation Illinois<br>c/o Illinois Corporation Service C- RA<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line  3.14<br><br>☐  Not listed. Explain ____ | _ |
| 4.35 | Herbert Mines Associates, Inc.<br>c/o Harold D Reiter - RA<br>600 Lexington Avenue<br>2nd Floor<br>New York, NY 10022 | Line  3.52<br><br>☐  Not listed. Explain ____ | _ |
| 4.36 | Horizon Media, Inc.<br>Attn: Business & Legal Affairs<br>75 Varick Street<br>New York, NY 10013 | Line  3.55<br><br>☐  Not listed. Explain ____ | _ |
| 4.37 | Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section-Level 7-425<br>Chicago, IL 60601 | Line  2.14<br><br>☐  Not listed. Explain ____ | _ |
| 4.38 | Illinois Department of Revenue<br>ICS Payment and Correspondence Unit<br>P.O. Box 19043<br>Springfield, IL 62794-9043 | Line  2.14<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.39 | Infinity Images<br>Attn: George F. Gross - Authorized Rep.<br>5600 NE Hassalo St<br>Portland, OR 97213 | Line 3.59<br>☐ Not listed. Explain ____ | _ |
| 4.40 | Jay Packaging Group<br>100 Warwick Industrial Dr<br>Warwick, RI 02886 | Line 3.61<br>☐ Not listed. Explain ____ | _ |
| 4.41 | Jenner & Block LLC<br>c/o JB Corporate Services, Inc - RA<br>One IBM Plaza<br>40th Floor<br>Chicago, IL 60611 | Line 3.62<br>☐ Not listed. Explain ____ | _ |
| 4.42 | Karen K. Bell<br>c/o Oliver Maner, LLP<br>Attn: Larry Evans<br>218 West State St.<br>Savannah, GA 31401 | Line 3.66<br>☐ Not listed. Explain ____ | _ |
| 4.43 | Karen K. Bell<br>c/o Elizabeth E. Richert<br>Crotty & Schiltz, LLC<br>120 N. LaSalle St., Floor 20<br>Chicago, IL 60602 | Line 3.66<br>☐ Not listed. Explain ____ | _ |
| 4.44 | Kelly Services, Inc.<br>c/o CT Corporation System - RA<br>208 S LaSalle St<br>Suite 814<br>Chicago, IL 60604 | Line 3.67<br>☐ Not listed. Explain ____ | _ |
| 4.45 | Kolmar Laboratories, Inc.<br>c/o the Prentice Hall Corporation System<br>2595 Interstate Drive<br>Suite 103<br>Harrisburg, PA 17110 | Line 3.68<br>☐ Not listed. Explain ____ | _ |
| 4.46 | Kolmar Laboratories, Inc.<br>c/o Knowlton Development<br>255 Roland-Therrien<br>Suite 100<br>Lomgueuil, Quebec J4H 4A6 Canan | Line 3.68<br>☐ Not listed. Explain ____ | _ |
| 4.47 | Konica Minolta Business Solutions<br>Central Region<br>500 W Madison St<br>Suite 400<br>Chicago, IL 60601 | Line 3.69<br>☐ Not listed. Explain ____ | _ |
| 4.48 | Lee Hecht Harrison LLC<br>c/o CT Corporation System - RA<br>208 S LaSalle St<br>Suite 814<br>Chicago, IL 60604 | Line 3.71<br>☐ Not listed. Explain ____ | _ |
| 4.49 | Life Insurance Company of North America<br>1600 Arch Street<br>Philadelphia, PA 19103 | Line 3.72<br>☐ Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.50 | Lipschultz Levin & Gray<br>c/o Bruce Horwitz - RA<br>425 Huehl Rd Bldg 7<br>Northbrook, IL 60062 | Line 3.74<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 | MNJ Technologies Direct, Inc<br>c/o Michael S Strauss - RA<br>135 Revere Dr<br>Northbrook, IL 60062 | Line 3.80<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 | MNJ Technologies Direct, Inc.<br>c/o Adam Rutstein<br>Spilotro Law Group, LLC<br>6160 N. Cicero Ave., Suite 122<br>Chicago, IL 60646 | Line 3.80<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 | Neal & McDevitt, LLC<br>c/o Duggan Bertsch, LLC - RA<br>303 W Madison St.<br>Suite 1000<br>Chicago, IL 60606 | Line 3.82<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 | New York State Department of Taxation<br>and Finance<br>Collections and Civil Division<br>WA Harriman Campus<br>Albany, NY 12227-0171 | Line 2.33<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 | New York State Department of Taxation<br>and Finance<br>c/o Performant Recovery<br>P.O. Box 9056<br>Pleasanton, CA 94566-9056 | Line 2.33<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 | NYC Department of Finance<br>59 Maiden Lane 28th FL<br>New York, NY 10038-4502 | Line 2.35<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 | O'Hare Van Lines, Inc.<br>c/o Harry J Fournier - RA<br>2001 Midwest Rd<br>Suite 206<br>Oak Brook, IL 60523 | Line 3.83<br><br>☐ Not listed. Explain ____ | _ |
| 4.58 | Oak Tree Printing, Inc.<br>c/o Paul Andris<br>6 Dorchester Dr<br>Glen Head, NY 11545 | Line 3.84<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 | Office Depot<br>c/o Vergroff Willi<br>P. O. Box 4155<br>Sarasota, FL 34230-4155 | Line 3.85<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 | Operative Media, Inc.<br>6 East 32nd Street<br>3rd Floor<br>New York, NY 10016 | Line 3.86<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.61 Out of the Blue Enterprises, LLC<br>c/o Loeb & Loeb LLP<br>Attn: Mark Chamlin, Esq.<br>345 Park Avenue<br>New York, NY 10154 | Line 3.87<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 Outsource Solutions Group, Inc.<br>c/o Don Sofolo - RA<br>1730 Park Street<br>Suite 225<br>Naperville, IL 60563 | Line 3.88<br><br>☐ Not listed. Explain ____ | _ |
| 4.63 Pamco Label Company, Inc.<br>c/o Teller Levit & Silvertrust, PC<br>19 S LaSalle<br>Suite 701<br>Chicago, IL 60603 | Line 3.90<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 Pamco Label Company, Inc.<br>2200 S Wolf Rd<br>Des Plaines, IL 60018 | Line 3.90<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 Pennsylvania Department of Revenue<br>P.O. Box 281102<br>Harrisburg, PA 17128-1102 | Line 2.37<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 Pennsylvania Department of Revenue<br>c/o Penn Credit Corporation<br>P.O. Box 1259, Department 91047<br>Oaks, PA 19456 | Line 2.37<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 Perkins Coie LLP<br>c/o Lawco of Washington Inc - RA<br>1201 3rd Ave<br>Suite 4900<br>Seattle, WA 98101-3095 | Line 3.91<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 Pickens-Kane Enterprises, Inc.<br>c/o John J Hayes - RA<br>161 N Clark Street<br>Suite 2700<br>Chicago, IL 60601 | Line 3.92<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 Pilot Freight Services<br>c/o Teller Levit & Silvertrust, PC<br>19 S LaSalle<br>Suite 701<br>Chicago, IL 60603 | Line 3.93<br><br>☐ Not listed. Explain ____ | _ |
| 4.70 Priority One Clearing Services LLC<br>c/o Dawn Daugherty - RA<br>1151 NE Cleveland St<br>Clearwater, FL 33755 | Line 3.94<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 Process Technologies & Packaging Inc<br>Attn: Craid Godfrey, President<br>P.O. Box 226<br>Clarks Summit, PA 18411-0226 | Line 3.95<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | | Case number (if known) | 19-10236 |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.72 | Quantum Corporation Of Delaware<br>c/o CT Corporation System - RA<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219 | Line 3.96<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 | Quill LLC<br>Attn: Joe Doody, President<br>#5W 500 Staples Dr<br>Framingham, MA 01702 | Line 3.97<br><br>☐ Not listed. Explain ____ | _ |
| 4.74 | R-4 Inc.<br>c/o Patricia Rooney - RA<br>1301 W 35th St<br>Chicago, IL 60609 | Line 3.98<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 | Rackspace US, Inc.<br>c/o Corporation Service Company dba CSC<br>211 E 7th Street<br>Suite 620<br>Austin, TX 78701 | Line 3.99<br><br>☐ Not listed. Explain ____ | _ |
| 4.76 | Richard E. Bell, Jr.<br>c/o Elizabeth E. Richert<br>Crotty & Schiltz, LLC<br>120 N. LaSalle St., Floor 20<br>Chicago, IL 60602 | Line 3.103<br><br>☐ Not listed. Explain ____ | _ |
| 4.77 | Richard E. Bell, Jr.<br>c/o Oliver Maner, LLP<br>Attn: Larry Evans<br>218 West State St.<br>Savannah, GA 31401 | Line 3.103<br><br>☐ Not listed. Explain ____ | _ |
| 4.78 | Ricoh USA, Inc.<br>c/o CT Corporation System - RA<br>208 S LaSalle St<br>Suite 814<br>Chicago, IL 60604 | Line 3.104<br><br>☐ Not listed. Explain ____ | _ |
| 4.79 | Salo, LLC<br>20 South 13th Street<br>Suite 200<br>Minneapolis, MN 55403 | Line 3.105<br><br>☐ Not listed. Explain ____ | _ |
| 4.80 | Schoenberg Finkel Newman & Rosenberg LLC<br>c/o Bruce Bell - RA<br>222 S Riverside Plaza<br>Suite 2100<br>Chicago, IL 60606 | Line 3.106<br><br>☐ Not listed. Explain ____ | _ |
| 4.81 | Sidley Austin LLP<br>c/o Timothy F Bergen - RA<br>1 South Dearborn Street<br>Chicago, IL 60603 | Line 3.107<br><br>☐ Not listed. Explain ____ | _ |
| 4.82 | Skadden, Arps, Slate, Meagher & Flom LLP<br>c/o Karen A Zydrom - RA<br>155 N Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 | Line 3.108<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | Case number (if known) | 19-10236 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.83 | SPS Commerce, INC.<br>c/o CT Corporation System - RA<br>350 N St Paul St.<br>Dallas, TX 75201 | Line  3.110<br><br>☐  Not listed. Explain ____ | _ |
| 4.84 | State of Alabama<br>Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36132 | Line  2.44<br><br>☐  Not listed. Explain ____ | _ |
| 4.85 | State of California<br>Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0511 | Line  2.45<br><br>☐  Not listed. Explain ____ | _ |
| 4.86 | State of Maryland<br>Revenue Administration Department<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Line  2.46<br><br>☐  Not listed. Explain ____ | _ |
| 4.87 | State of New Jersey<br>Department of Labor and Workforce<br>Development<br>P.O. Box 059<br>Trenton, NJ 08646-0059 | Line  2.47<br><br>☐  Not listed. Explain ____ | _ |
| 4.88 | Subscription Data Processing, LLC<br>c/o Anthony Vincent Piscopo - RA<br>5499 Willow Springs Dr<br>Morrison, CO 80465 | Line  3.111<br><br>☐  Not listed. Explain ____ | _ |
| 4.89 | Subscription Data Processing, LLC<br>c/o Daniel J Abrahamy, Esq.<br>One Boca Place<br>2255 Glades Road, Suite 400-E<br>Boca Raton, FL 33431 | Line  3.111<br><br>☐  Not listed. Explain ____ | _ |
| 4.90 | The Executive Leadership Council, Inc.<br>c/o National Registered Agents, Inc - RA<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060 | Line  3.112<br><br>☐  Not listed. Explain ____ | _ |
| 4.91 | The Icon Group, Inc.<br>c/o Donald M Leibsker - RA<br>10 S LaSalle St<br># 1230<br>Chicago, IL 60603 | Line  3.113<br><br>☐  Not listed. Explain ____ | _ |
| 4.92 | The ICON Group, Inc.<br>c/o Donald M Leibsker<br>10 S. LaSalle St. #1230<br>Chicago, IL 60603 | Line  3.58<br><br>☐  Not listed. Explain ____ | _ |
| 4.93 | The Royal Promotion Group, Inc.<br>c/o Allen J Dolstein, ESQ. - RA<br>333 East 38th Street<br>12th Floor<br>New York, NY 10016 | Line  3.114<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | Johnson Publishing Company, LLC | | Case number (if known) | 19-10236 |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.94 | Three-Z Printing Co.<br>c/o William Zerrusen - RA<br>902 West Main Street<br>Teutopolis, IL 62467 | Line 3.115<br>☐ Not listed. Explain ____ | _ |
| 4.95 | U-Line Shipping Supply Specialists<br>12355 Uline Way<br>Kenosha, WI 53144 | Line 3.117<br>☐ Not listed. Explain ____ | _ |
| 4.96 | U-Line Shipping Supply Specialists<br>c/o AGA Adjustments<br>740 Walt Whitman Road<br>Melville, NY 11747-9090 | Line 3.117<br>☐ Not listed. Explain ____ | _ |
| 4.97 | UPS Supply Chain Solutions, Inc.<br>c/o Illinois Corporation Service C - RA<br>Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 3.120<br>☐ Not listed. Explain ____ | _ |
| 4.98 | Winston & Strawn LLC<br>c/o C T Corporation System - RA<br>208 S LaSalle St<br>Suite 814<br>Chicago, IL 60604 | Line 3.125<br>☐ Not listed. Explain ____ | _ |
| 4.99 | World Wide Packaging, LLC<br>c/o John M. George and Mason Kienzle<br>Katten & Temple LLP<br>209 South LaSalle Street, Suite 950<br>Chicago, IL 60604 | Line 3.126<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 941,975.73 |
| 5b. Total claims from Part 2 | 5b. + | $ | 15,779,292.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,721,268.44 |

**Fill in this information to identify the case:**

Debtor name    Johnson Publishing Company, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    19-10236

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Amended and Restated Lease dated December 30, 2011 as amended from time to time. <br><br> 200 S. Michigan, LLC <br> c/o Alliance Partners HSP <br> 40 Morris Ave., Suite 230 <br> Bryn Mawr, PA 19010 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | License Agreement (storage space - Suite 230). <br><br> 200 S. Michigan, LLC <br> c/o Alliance Partners HSP <br> 40 Morris Ave., Suite 230 <br> Bryn Mawr, PA 19010 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Warehousing and servicing agent agreement initially entered into in 2009. <br><br> Advanced Distribution Systems, Inc. <br> 105 Stonehurst Court <br> Northvale, NJ 07647 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Operations agreement for royalty-based sales of Debtor's intellectual property. <br><br> Art.com, Inc. <br> 2100 Powell Street <br> 13th Floor <br> Emeryville, CA 94608 |

Debtor 1    Johnson Publishing Company, LLC                                          Case number (*if known*)    19-10236
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Operations agreement for royalty-based sublicensing of Debtor's intellectual property. | |
| | State the term remaining | | Associated Press/Wide World Photos, Inc. |
| | | | Wide World Photos, Inc. |
| | List the contract number of any government contract | | c/o The Associated Press |
| | | | 450 West 33rd Street |
| | | | New York, NY 10001 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Phone, internet, and email services contract. | |
| | State the term remaining | | Centurylink Business Services |
| | | | 100 CenturyLink Drive |
| | List the contract number of any government contract | | Monroe, LA 71203 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Credit card processing service agreement. Existence of physical copy unknown. | |
| | State the term remaining | | Chase Paymentech Solutions, LLC |
| | | | 14221 Dallas Parkway |
| | List the contract number of any government contract | | Dallas, TX 75254 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Targeted email marketing agreement. Existence of physical copy unknown. | |
| | State the term remaining | | Constant Contacts |
| | | | Reservoir Place |
| | List the contract number of any government contract | | Third Floor |
| | | | 1601 Trapelo Road |
| | | | Waltham, MA 02451 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Repayment Agreement (July 2017). | |
| | State the term remaining | | Desiree Rogers |
| | | | c/o Randall Klein |
| | | | Goldberg Kohn |
| | List the contract number of any government contract | | 55 East Monroe Street, Suite 3300 |
| | | | Chicago, IL 60603-5792 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | License agreement for limited, non-commercial use of trademark's associated with the Jet and Ebony brands granted to Debtor by counter-party. | |
| | | | Ebony Media Operations, LLC |
| | | | c/o Parkview Capital Credit, Inc. |
| | | | 1980 Post Oak Blvd. |
| | | | Houston, TX 77056 |

Official Form 206G                         Schedule G: Executory Contracts and Unexpired Leases                         Page 2 of 5

Debtor 1  Johnson Publishing Company, LLC _____  Case number *(if known)*  19-10236
    First Name               Middle Name              Last Name

### ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — Seller Subordination Agreement dated May 5, 2016. | |
| State the term remaining | Ebony Media Operations, LLC 1700 Posat Oak Blvd., Suite 600 Attn: Michael Gibson Houston, TX 77056 |
| List the contract number of any government contract _____ | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — License agreement for limited use of the contents of the JPC Archive. | |
| State the term remaining | Ebony Media Operations, LLC c/o Parkview Capital Credit, Inc. 1980 Post Oak Blvd. Houston, TX 77056 |
| List the contract number of any government contract _____ | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — Forbearance Agreement dated Oct. 12, 2016. | |
| State the term remaining | Fry Communications, Inc. 800 W. Church Road Mechanicsburg, PA 17055 |
| List the contract number of any government contract _____ | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — Consulting agreement for services rendered and to be rendered in connection with chapter 7 bankruptcy case of Johnson Publishing Company, LLC. | |
| State the term remaining | Isaacson CPA Group, Ltd. 2460 Dundee Road, Unit 365 Northbrook, IL 60065 |
| List the contract number of any government contract _____ | |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — Receivables Purchase Agreement dated September 23, 2016 | |
| State the term remaining | JPMorgan Chase Bank, N.A. 10 S. Dearborn St. Mail Code IL1-P001 Chicago, IL 60603-2300 |
| List the contract number of any government contract | |

| Debtor 1 | Johnson Publishing Company, LLC | | Case number (*if known*) | 19-10236 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Development, design, and supply of cosmetic and toiletry products. | |
|---|---|---|---|
| | State the term remaining | | Kolmar Laboratories, Inc. P.O. Box 1111 20 West King Street Port Jervis, NY 12771 |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Consignment agreement for Henry Tanner's painting titled "Street in Tangier." | |
|---|---|---|---|
| | State the term remaining | | N'Namdi Gallery 177 NW 23rd Street Miami, FL 33127 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Seller Subordination Agreement dated May 5, 2016 | |
|---|---|---|---|
| | State the term remaining | | Parkview Capital Credit, Inc. Two Post Oak Center 1980 Post Oak Blvd., 15th Floor Attn: Keith Smith Houston, TX 77056 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Storage contract dated June 26, 2012. | |
|---|---|---|---|
| | State the term remaining | | Pickens-Kane Moving & Storage Co. 410 N. Milwaukee Avenue 3rd Floor Chicago, IL 60654 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Unsigned storage agreement. | |
|---|---|---|---|
| | State the term remaining | | R4 Services 1301 W. 35th Street Chicago, IL 60609 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Loan agreement for use of two (2) copies of Ebony Magazine. | Tate Modern Art Museum Bankside, London SE1 9TG, UK |
|---|---|---|---|
| | State the term remaining | | |

| Debtor 1 | Johnson Publishing Company, LLC | | Case number (*if known*) | 19-10236 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage space dated as of April 7, 2015. | |
|---|---|---|---|
| | State the term remaining | | The Icon Group, Inc. 2747 W. Taylor Chicago, IL 60612 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Settlement agreement for administrative penalties assessed by the Employee Benefits Security Administration. | |
|---|---|---|---|
| | State the term remaining | | United States Department of Labor c/o Joshua J. Waldbeser 191 N. Wacker Drive Suite 3700 Chicago, IL 60606 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Various licenses of the Debtor's intellectual property. See Rider to Schedule G. | |
|---|---|---|---|
| | State the term remaining | | Various Licensees of the Debtor's IP |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Johnson Publishing Company, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) ___19-10236___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 Brenntag North America | c/o CT Corporation System 5083 Pottsville Pike Reading, PA 19605 Co-defendant in Narcissus Thomas v. Brenntag North America, et al. (Index No. 190126/2018). | Narcissus Thomas | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.2 Brenntag Specialties, Inc. | c/o CT Corporation System 5083 Pottsville Pike Reading, PA 19605 Co-defendant in Narcissus Thomas v. Brenntag North America, et al. (Index No. 190126/2018). | Narcissus Thomas | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.3 Cyprus Amax Minerals Company | c/o Corporation Service Company 2711 Centerville Road Suite 400 Wilmington, DE 19808 Co-defendant in Narcissus Thomas v. Brenntag North America, et al. (Index No. 190126/2018). | Narcissus Thomas | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |

| Debtor | Johnson Publishing Company, LLC | Case number *(if known)* | 19-10236 |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.4 | Imerys Talc America, Inc. | c/o The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 Co-defendant in Narcissus Thomas v. Brenntag North America, et al. (Index No. 190126/2018). | Narcissus Thomas | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.5 | Mana Products, Inc. | 32-02 Queens Blvd. Long Island City, NY 11101 Co-defendant in Narcissus Thomas v. Brenntag North America, et al. (Index No. 190126/2018). | Narcissus Thomas | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.6 | Out of the Blue Enterprises, LLC | Rockefeller Center 1270 Avenue of the Americas Suite 501 New York, NY 10020 | RCPI Landmark Properties, LLC | ☐ D _____ ■ E/F __3.101__ ☐ G _____ |
| 2.7 | Whittaker, Clark & Daniels, Inc. | ATTN: Ann Eccher 111 John Street 20th Floor New York, NY 10038 Co-defendant in Narcissus Thomas v. Brenntag North America, et al. (Index No. 190126/2018). | Narcissus Thomas | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy