# RIDER TO SCHEDULE A/B-21.2 (FASHION FAIR INVENTORY)

# FASHION FAIR

**FULL 2018 PRICE LIST/ORDER FORM**
A Subsidiary of Johnson Publishing Company, Inc.
200 S. MICHIGAN AVENUE  CHICAGO, IL  60604  312-322-9444
**New Prices were effective November 1, 2017**
*Version Updated 2/15/2018*

| PRODUCT CODE | UPC CODE | PRODUCT DESCRIPTION | CATEGORY | Qty | MSRP | Net | Totals |
|---|---|---|---|---|---|---|---|
| | | **SKINCARE COLLECTION** | | | | | |
| 003000 | 723481000306 | VANTEX® SKIN BLEACHING CREAM | SKINCARE | 0 | $30.50 | $18.30 | $0.00 |
| 005300 | 723481000535 | TRUE TONE MOISTURIZER SPF 15 | SKINCARE | 0 | $32.00 | $19.20 | $0.00 |
| 010100 | 723481001013 | DAILY HYDRATING TONER | SKINCARE | 5 | $21.00 | $12.60 | $105.00 |
| 010200 | 723481001020 | DAILY MOISTURE CREAM | SKINCARE | 0 | $28.00 | $16.80 | $0.00 |
| 010300 | 723481001037 | EXTRA RICH MOISTURE CREAM | SKINCARE | 1 | $30.00 | $18.00 | $30.00 |
| 010400 | 723481001044 | EXTRA RICH CLEANSER AND MAKEUP REMOVER | SKINCARE | 0 | $23.00 | $13.80 | $0.00 |
| 013500 | 723481001358 | SPECIAL FORMULA LOTION, 12 oz. | SKINCARE | 0 | $24.00 | $14.40 | $0.00 |
| 024000 | 723481002409 | BLEMISH CONTROL CLEANSING FOAM | SKINCARE | 1 | $22.00 | $13.20 | $22.00 |
| 030200 | 723481003024 | BALANCING LIGHT MOISTURIZER | SKINCARE | 0 | $28.00 | $16.80 | $0.00 |
| 040500 | 723481004052 | VANTEX TRUE TONE SKIN BRIGHTENING SERUM WITH 10% VITAMI | SKINCARE | 0 | $34.00 | $20.40 | $0.00 |
| | | **LIPCARE** | | | | | |
| 831000 | 723481083101 | LIP MOISTURIZER | LIPCARE | 0 | $18.00 | $10.80 | $0.00 |
| 832000 | 723481083200 | LIP BALANCER | LIPCARE | 5 | $18.00 | $10.80 | $90.00 |
| | | **FAST FINISH® FOUNDATION STICK (FRAGRANCE FREE)** | | | | | |
| 470600 | 723481047066 | HONEY | FAST FINISH STICK | 1 | $32.00 | $19.20 | $32.00 |
| 471000 | 723481047103 | TAN | FAST FINISH STICK | 1 | $32.00 | $19.20 | $32.00 |
| 471200 | 723481047127 | BUTTERSCOTCH | FAST FINISH STICK | 5 | $32.00 | $19.20 | $160.00 |
| 471400 | 723481047141 | TAWNY | FAST FINISH STICK | 3 | $32.00 | $19.20 | $96.00 |
| 471800 | 723481047189 | BROWN SUGAR | FAST FINISH STICK | 1 | $32.00 | $19.20 | $32.00 |
| 472000 | 723481047202 | NUTMEG | FAST FINISH STICK | 6 | $32.00 | $19.20 | $192.00 |
| 472200 | 723481047226 | BROWN BLAZE | FAST FINISH STICK | 1 | $32.00 | $19.20 | $32.00 |
| 472400 | 723481047240 | WALNUT | FAST FINISH STICK | 11 | $32.00 | $19.20 | $352.00 |
| 473000 | 723481047301 | PURE BROWN | FAST FINISH STICK | 1 | $32.00 | $19.20 | $32.00 |
| 473200 | 723481047325 | EBONY BROWN | FAST FINISH STICK | 2 | $32.00 | $19.20 | $64.00 |
| 480600 | 723481048063 | HAZELNUT | FAST FINISH STICK | 8 | $32.00 | $19.20 | $256.00 |
| 481000 | 723481048100 | ESPRESSO | FAST FINISH STICK | 7 | $32.00 | $19.20 | $224.00 |
| 481200 | 723481048124 | JAVA | FAST FINISH STICK | 5 | $32.00 | $19.20 | $160.00 |
| 481400 | 723481048148 | TEAK | FAST FINISH STICK | 24 | $32.00 | $19.20 | $768.00 |
| 481800 | 723481048186 | TENDER | FAST FINISH STICK | 16 | $32.00 | $19.20 | $512.00 |
| | | | | | | | |
| 427000 | 723481042702 | HONEST HONEY | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427100 | 723481042719 | TENACIOUS TAN | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427200 | 723481042726 | SEDUCTIVE BROWN SUGAR | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427300 | 723481042733 | TANTALIZING TAWNY | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427400 | 723481042740 | BRILLIANT BUTTERSCOTCH | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427500 | 723481042757 | BEAUTIFUL BROWN BLAZE | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427600 | 723481042764 | BLISSFUL BRONZE | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427700 | 723481042771 | TIMELESS TENDER | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427800 | 723481042788 | PERFECT PURE BROWN | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 427900 | 723481042795 | PRECIOUS PEARL | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 428000 | 723481042801 | BREATHTAKING BEIGE | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| 428100 | 723481042818 | FINEST FAWN | PF SOUFFLE ALL DAY | 0 | $35.00 | $21.00 | $0.00 |
| | | **OIL FREE PERFECT FINISH® CREAM TO POWDER MAKEUP (FRAGRANCE FREE)** | | | | | |
| 435100 | 723481043518 | TAN | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 435200 | 723481043525 | BROWN SUGAR | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 435300 | 723481043532 | TAWNY | CREAM TO POWDER | 1 | $29.00 | $17.40 | $29.00 |
| 435400 | 723481043549 | BUTTERSCOTCH | CREAM TO POWDER | 1 | $29.00 | $17.40 | $29.00 |
| 435500 | 723481043556 | BROWN BLAZE | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 435600 | 723481043563 | BRONZE | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 435700 | 723481043570 | TENDER | CREAM TO POWDER | 1 | $29.00 | $17.40 | $29.00 |
| 435800 | 723481043587 | PURE BROWN | CREAM TO POWDER | 1 | $29.00 | $17.40 | $29.00 |
| 435900 | 723481043594 | JAVA | CREAM TO POWDER | 2 | $29.00 | $17.40 | $58.00 |
| 436000 | 723481043600 | HONEY | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 436200 | 723481043624 | TOFFEE | CREAM TO POWDER | 2 | $29.00 | $17.40 | $58.00 |
| 436400 | 723481043648 | HAZELNUT | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 436500 | 723481043655 | MOCHA | CREAM TO POWDER | 1 | $29.00 | $17.40 | $29.00 |
| 436600 | 723481043662 | SABLE | CREAM TO POWDER | 4 | $29.00 | $17.40 | $116.00 |
| 436700 | 723481043679 | ESPRESSO | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| 436800 | 723481043686 | NUTMEG | CREAM TO POWDER | 0 | $29.00 | $17.40 | $0.00 |
| | | **PERFECT FINISH® CREAM MAKEUP** | | | | | |
| 445100 | 723481044515 | TAN | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445200 | 723481044522 | BROWN SUGAR | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445300 | 723481044539 | TAWNY | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445400 | 723481044546 | BUTTERSCOTCH | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445500 | 723481044553 | BROWN BLAZE | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445600 | 723481044560 | BRONZE | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445700 | 723481044577 | TENDER | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445800 | 723481044584 | PURE BROWN | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 445900 | 723481044591 | JAVA | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 446000 | 723481044607 | HONEY | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 446100 | 723481044614 | EBONY BROWN | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 446200 | 723481044621 | TOFFEE | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |

| PRODUCT CODE | UPC CODE | PRODUCT DESCRIPTION | CATEGORY | Qty | MSRP | Net | Totals |
|---|---|---|---|---|---|---|---|
| 446400 | 723481044645 | HAZELNUT | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 446500 | 723481044652 | MOCHA | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 446800 | 723481044683 | NUTMEG | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| 446900 | 723481044690 | TEAK | CREAM MAKEUP | 0 | $29.00 | $17.40 | $0.00 |
| | | | TRUE FIX™ FOUNDATION | | | | |
| 223000 | 723481022308 | TRUE FIX™ WITTY ESPRESSO | TRUE FIX | 7 | $29.00 | $17.40 | $203.00 |
| 223100 | 723481022315 | TRUE FIX™ SMOKIN SUEDE | TRUE FIX | 4 | $29.00 | $17.40 | $116.00 |
| | | ELEGANT MOCHA | | 3 | | | |
| | | REGAL MAHOGANY | | 4 | | | |
| 223400 | 723481022346 | TRUE FIX™ LOVELY BRONZE | TRUE FIX | 0 | $29.00 | $17.40 | $0.00 |
| 223500 | 723481022353 | TRUE FIX™ DIVINE CHOCOLATE | TRUE FIX | 7 | $29.00 | $17.40 | $203.00 |
| 223600 | 723481022360 | TRUE FIX™ FOXY BROWN | TRUE FIX | 5 | $29.00 | $17.40 | $145.00 |
| | | CLEVER COCOA | | 2 | | | |
| | | RADIENT WALNUT | | 6 | | | |
| 223900 | 723481022391 | TRUE FIX™ MOXY CAPPUCCINO | TRUE FIX | 0 | $29.00 | $17.40 | $0.00 |
| 224100 | 723481022414 | TRUE FIX™ SWEET SAND | TRUE FIX | 3 | $29.00 | $17.40 | $87.00 |
| | | GLORIOUS BEIGE | | 4 | | | |
| 224200 | 723481022421 | TRUE FIX™ SENSUOUS TAUPE | TRUE FIX | 5 | $29.00 | $17.40 | $145.00 |
| 224400 | 723481022445 | TRUE FIX™ BOLD BUFF | TRUE FIX | 6 | $29.00 | $17.40 | $174.00 |
| | | | PERFECT FINISH ILLUMINATING POWDER | | | | |
| | | EARTH RED | PF ILLUMINATING POWDER | 7 | $30.00 | $18.00 | $210.00 |
| | | AIR | PF ILLUMINATING POWDER | 1 | $30.00 | $18.00 | $30.00 |
| 255300 | 723481025538 | SUN | PF ILLUMINATING POWDER | 0 | $30.00 | $18.00 | $0.00 |
| | | | COVER TONE® CONCEALING CREAM (FRAGRANCE FREE) | | | | |
| A42300 | 723481104233 | TAWNY GLO | COVER TONE | 3 | $22.50 | $13.50 | $67.50 |
| A42500 | 723481104257 | BROWN BLAZE GLO | COVER TONE | 1 | $22.50 | $13.50 | $22.50 |
| A42600 | 723481104264 | BRONZE GLO | COVER TONE | 2 | $22.50 | $13.50 | $45.00 |
| A42700 | 723481104271 | TENDER GLO | COVER TONE | 2 | $22.50 | $13.50 | $45.00 |
| A42800 | 723481104288 | PURE BROWN GLO | COVER TONE | 0 | $22.50 | $13.50 | $0.00 |
| A43000 | 723481104301 | HONEY GLO | COVER TONE | 0 | $22.50 | $13.50 | $0.00 |
| | | | PERFECT FINISH® CONCEALER (FRAGRANCE FREE) | | | | |
| 420100 | 723481042016 | CONCEALER I | PF CONCEALER | 1 | $21.00 | $12.60 | $21.00 |
| 420200 | 723481042023 | CONCEALER II | PF CONCEALER | 2 | $21.00 | $12.60 | $42.00 |
| 001106 | | AMBER | | 3 | | | |
| 001120 | | ESPRESSO | | 3 | | | |
| 001216 | | TOFFEE | PF CONCEALER | 6 | $21.00 | $12.60 | $126.00 |
| | | | REGULAR PRESSED POWDER (FRAGRANCE FREE) | | | | |
| 130800 | 723481013085 | CHESTNUT | REGULAR PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 131200 | 723481013122 | GINGER | REGULAR PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 131600 | 723481013160 | PECAN | REGULAR PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 132400 | 723481013245 | WALNUT | REGULAR PRESSED POWDER | 2 | $27.00 | $16.20 | $54.00 |
| 132800 | 723481013283 | SABLE | REGULAR PRESSED POWDER | 1 | $27.00 | $16.20 | $27.00 |
| 140400 | 723481014044 | HAZEL | REGULAR PRESSED POWDER | 3 | $27.00 | $16.20 | $81.00 |
| 140800 | 723481014082 | CASHEW | REGULAR PRESSED POWDER | 2 | $27.00 | $16.20 | $54.00 |
| 141600 | 723481014167 | TOFFEE | REGULAR PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 142800 | 723481014280 | KOLA | REGULAR PRESSED POWDER | 3 | $27.00 | $16.20 | $81.00 |
| | | | OIL CONTROL PRESSED POWDER (FRAGRANCE FREE) | | | | |
| 150400 | 723481015041 | FAWN | OIL CONTROL PRESSED POWDER | 2 | $27.00 | $16.20 | $54.00 |
| 150800 | 723481015089 | CHESTNUT | OIL CONTROL PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 151200 | 723481015126 | GINGER | OIL CONTROL PRESSED POWDER | 1 | $27.00 | $16.20 | $27.00 |
| 151600 | 723481015164 | PECAN | OIL CONTROL PRESSED POWDER | 1 | $27.00 | $16.20 | $27.00 |
| 152000 | 723481015201 | ESPRESSO | OIL CONTROL PRESSED POWDER | 10 | $27.00 | $16.20 | $270.00 |
| 152400 | 723481015249 | WALNUT | OIL CONTROL PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 152800 | 723481015287 | SABLE | OIL CONTROL PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 160400 | 723481016048 | HAZEL | OIL CONTROL PRESSED POWDER | 1 | $27.00 | $16.20 | $27.00 |
| 160800 | 723481016086 | CASHEW | OIL CONTROL PRESSED POWDER | 2 | $27.00 | $16.20 | $54.00 |
| 161600 | 723481016161 | TOFFEE | OIL CONTROL PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 162800 | 723481016284 | KOLA | OIL CONTROL PRESSED POWDER | 0 | $27.00 | $16.20 | $0.00 |
| 162900 | 723481016291 | SUGAR | OIL CONTROL PRESSED POWDER | 5 | $27.00 | $16.20 | $135.00 |
| | | | REGULAR LOOSE POWDER (FRAGRANCE FREE) | | | | |
| 260600 | 723481026061 | AMBER | REGULAR LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| 261600 | 723481026160 | PECAN | REGULAR LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| 263000 | 723481026306 | PURE BROWN | REGULAR LOOSE POWDER | 2 | $26.00 | $15.60 | $52.00 |
| 271600 | 723481027167 | TOFFEE | REGULAR LOOSE POWDER | 1 | $26.00 | $15.60 | $26.00 |
| 272200 | 723481027228 | BRONZE | REGULAR LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| | | | OIL CONTROL LOOSE POWDER (FRAGRANCE FREE) | | | | |
| 280600 | 723481028065 | AMBER | OIL CONTROL LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| 281600 | 723481028164 | PECAN | OIL CONTROL LOOSE POWDER | 1 | $26.00 | $15.60 | $26.00 |
| 283000 | 723481028300 | PURE BROWN | OIL CONTROL LOOSE POWDER | 1 | $26.00 | $15.60 | $26.00 |
| 290000 | 723481029000 | SUGAR | OIL CONTROL LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| 290600 | 723481029062 | GOLDEN | OIL CONTROL LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| 291600 | 723481029161 | TOFFEE | OIL CONTROL LOOSE POWDER | 1 | $26.00 | $15.60 | $26.00 |
| 292200 | 723481029222 | BRONZE | OIL CONTROL LOOSE POWDER | 0 | $26.00 | $15.60 | $0.00 |
| | | | BEAUTY BLUSH | | | | |
| 311300 | 723481031133 | CHOCOLATE CHIP | BEAUTY BLUSH | 0 | $18.00 | $10.80 | $0.00 |
| 311700 | 723481031171 | EARTH RED | BEAUTY BLUSH | 0 | $18.00 | $10.80 | $0.00 |
| 312400 | 723481031249 | GINGER BERRY | BEAUTY BLUSH | 14 | $18.00 | $10.80 | $252.00 |
| 312600 | 723481031263 | PEARLY PAPRIKA | BEAUTY BLUSH | 12 | $18.00 | $10.80 | $216.00 |
| 312900 | 723481031294 | PLUM RICH | BEAUTY BLUSH | 19 | $18.00 | $10.80 | $342.00 |
| 313000 | 723481031300 | GOLDEN SUNSET | BEAUTY BLUSH | 0 | $18.00 | $10.80 | $0.00 |
| 314000 | 723481031409 | DIVINE PINK | BEAUTY BLUSH | 9 | $18.00 | $10.80 | $162.00 |
| 314200 | 723481031423 | TANGELO | BEAUTY BLUSH | 22 | $18.00 | $10.80 | $396.00 |
| 314300 | 723481031430 | FERVOR | BEAUTY BLUSH | 5 | $18.00 | $10.80 | $90.00 |
| | | | EYE SHADOW [POWDER] | | | | |

| PRODUCT CODE | UPC CODE | PRODUCT DESCRIPTION | CATEGORY | Qty | MSRP | Net | Totals |
|---|---|---|---|---|---|---|---|
| 512900 | 723481051292 | GOLDEN CHESTNUT | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 513900 | 723481051391 | SOUL ICE | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514000 | 723481051407 | NOIR | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514100 | 723481051414 | COCOA | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514200 | 723481051421 | PURE GOLD | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514300 | 723481051438 | OCEAN | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514400 | 723481051445 | LIVID | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514500 | 723481051452 | SEDONA | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514600 | 723481051469 | TAHITI | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514700 | 723481051476 | INDIGO | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514800 | 723481051483 | SAGE MIST | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 514900 | 723481051490 | JADE ONYX | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 515000 | 723481051506 | PLUM SUNSET | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 515100 | 723481051513 | APRICOT SPICE | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 515200 | 723481051520 | ICED BLUSH | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| 515300 | 723481051537 | GINGER SNAP | EYE SHADOW POWDER | 0 | $16.00 | $9.60 | $0.00 |
| | | | **EYE LINER PENCILS** | | | | |
| 561000 | 723481056105 | SABLE | EYE LINER PENCIL | 0 | $16.00 | $9.60 | $0.00 |
| 561100 | 723481056112 | MIDNIGHT | EYE LINER PENCIL | 0 | $16.00 | $9.60 | $0.00 |
| 561200 | 723481056129 | TWILIGHT | EYE LINER PENCIL | 0 | $16.00 | $9.60 | $0.00 |
| | | | **BRUSH ON BROW** | | | | |
| 601100 | 723481060119 | TENDER TOPAZ | BRUSH ON BROW | 12 | $17.00 | $10.20 | $204.00 |
| 601200 | 723481060126 | BRONZE ONYX | BRUSH ON BROW | 0 | $17.00 | $10.20 | $0.00 |
| | | | **BROW PENCIL** | | | | |
| 673000 | 723481067309 | BROWN/BLACK | BROW PENCIL | 0 | $15.00 | $9.00 | $0.00 |
| | | | **LIQUID EYE LINER** | | | | |
| 615000 | 723481061505 | LIQUID EYE LINER - BLACK | LIQUID EYE LINER | 6 | $18.00 | $10.80 | $108.00 |
| | | | **MASCARA** | | | | |
| 652600 | 723481065268 | BOLD LASH MASCARA - BLACK | MASCARA | 0 | $19.00 | $11.40 | $0.00 |
| | | | **LIPSTICK** | | | | |
| 800700 | 723481080070 | PLAYFUL PLUM | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 801200 | 723481080124 | SANGRIA RED | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 801300 | 723481080131 | FIERY BRONZE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 801400 | 723481080148 | EARTH RED | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 801800 | 723481080186 | MAGENTA MIST | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 801900 | 723481080193 | CINNAMON CRUSH | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 802000 | 723481080209 | ROYAL ORCHID | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 802400 | 723481080247 | RADIANT RED | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 802500 | 723481080254 | PURE PLUM | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 802900 | 723481080292 | BROWN SUGAR | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 803200 | 723481080322 | RUM RAISIN | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 805000 | 723481080506 | CHERRY WINE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 805800 | 723481080582 | CHOCOLATE RASPBERRY | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 806600 | 723481080667 | OLE ORANGE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 809500 | 723481080957 | BLUSHING BRONZE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 809600 | 723481080964 | PLUM PASSION | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 812300 | 723481081237 | GRAPESICLE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 812400 | 723481081244 | GARNET | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 812900 | 723481081299 | TOASTED BRONZE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 813700 | 723481081374 | SEPIA | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 814300 | 723481081435 | CONFIDENCE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 816200 | 723481081626 | SULTRY | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 816800 | 723481081688 | KNOCKOUT | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 817500 | 723481081756 | REBEL | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 822900 | 723481082296 | DYNASTY RED | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823000 | 723481082302 | AFRICAN VIOLET | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823300 | 723481082333 | POSH | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823400 | 723481082340 | LACE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823500 | 723481082357 | FEMME | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823600 | 723481082364 | SEDUCTION | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823700 | 723481082371 | RAGE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823800 | 723481082388 | CATFIGHT | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 823900 | 723481082395 | SWEET MAPLE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 824000 | 723481082401 | BORDEAUX | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 824100 | 723481082418 | SPICY PLUM | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 824200 | 723481082425 | MOROCCAN SPICE | LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| | | | **LIPTEASERS®** | | | | |
| 863000 | 723481086300 | TANTALIZE | LIPTEASERS | 0 | $18.00 | $10.80 | $0.00 |
| 863300 | 723481086331 | LURE | LIPTEASERS | 0 | $18.00 | $10.80 | $0.00 |
| 863500 | 723481086355 | VEX | LIPTEASERS | 0 | $18.00 | $10.80 | $0.00 |
| 864900 | 723481086492 | CHOCOLATE RASPBERRY | LIPTEASERS | 0 | $18.00 | $10.80 | $0.00 |
| 865000 | 723481086508 | CANARY DIAMOND | LIPTEASERS | 7 | $18.00 | $10.80 | $126.00 |
| | | | **MATTE LIP CRÈME** | | | | |
| 885000 | 723481088502 | MATTE LIP CRÈME - OLE ORANGE | MATTE LIP CRÈME | 0 | $20.00 | $12.00 | $0.00 |
| 885100 | 723481088519 | MATTE LIP CRÈME - LACE | MATTE LIP CRÈME | 0 | $20.00 | $12.00 | $0.00 |
| 885200 | 723481088526 | MATTE LIP CRÈME - CATFIGHT | MATTE LIP CRÈME | 0 | $20.00 | $12.00 | $0.00 |
| | | | **LIP LACQUER** | | | | |
| 865400 | 723481086546 | BRILLIANCE | LIP LACQUER | 0 | $20.00 | $12.00 | $0.00 |
| | | | **FOREVER MATTE® LIPSTICK** | | | | |
| 820700 | 723481082074 | FOREVER GOLD | FOREVER MATTE LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| 820900 | 723481082098 | FOREVER COCOA | FOREVER MATTE LIPSTICK | 0 | $18.00 | $10.80 | $0.00 |
| | | | **LIP LINER PENCILS** | | | | |
| 761000 | 723481076103 | DARK BROWN | LIP LINER PENCIL | 0 | $16.00 | $9.60 | $0.00 |
| 761500 | 723481076158 | LIGHT BROWN | LIP LINER PENCIL | 0 | $16.00 | $9.60 | $0.00 |

| PRODUCT CODE | UPC CODE | PRODUCT DESCRIPTION | CATEGORY | Qty | MSRP | Net | Totals |
|---|---|---|---|---|---|---|---|
| 762000 | 723481076202 | DARK PLUM | LIP LINER PENCIL | 0 | $16.00 | $9.60 | $0.00 |
| 762100 | 723481076219 | STORM | LIP LINER PENCIL | 15 | $16.00 | $9.60 | $240.00 |