## RIDER TO SCHEDULE A/B-60 (INTELLECTUAL PROPERTY)

Below is a list of intellectual property which the Debtor believes it has an interest. The Debtor may have additional intellectual property rights not identified and, conversely, may not have a current interest in the intellectual property identified. One or more of the Debtor's purported intellectual property rights referenced herein may have expired and/or terminated by the passage of time. All of the rights of the Debtor with respect to the legal status of any and all intellectual property rights are subject to further review and investigation.

**Registered Trademarks**

The chart below summarizes the Debtor's current, active trademarks to the best of its knowledge, information, and belief.

| Trademark | Country | Identification # |
|---|---|---|
| Vantex | Antigua and Barbuda | 958920 |
| Vantex | Aruba | 19615 |
| Fashion Fair | Aruba | 14310 |
| Fashion Fair | Bahamas | 7971 |
| Fashion Fair | Barbados | A5640 |
| Vantex | Barbados | 81/13705 |
| Fashion Fair | Barbados | 81/4405 |
| Vantex | Benelux | 958920 |
| Fashion Fair | Bermuda | A8096 |
| Fashion Fair | British Virgin Islands | 664 |
| Vantex | British Virgin Islands | 3313 |
| Fashion Fair | Canada | 209335 |
| Lip Teasers | Canada | 773215 |
| Perfect Finish | Canada | 704386 |
| Vantex | Canada | 510456 |
| Fashion Fair | Canada | 381127 |
| Shades of Fantasy | Canada | 543894 |
| Vantex | Caribbean Netherlands (Bonaire, St. Eustatius, Saba) | 958920 |
| Vantex | Curacao | 958920 |
| Vantex | France | 958920 |
| Vantex | Germany | 958920 |
| Vantex | Ghana | 29389 |
| Fashion Fair | Ghana | A19589 |
| Vantex | International Registration (Madrid Protocol) | 958920 |
| Fashion Fair | Italy | 1994900379843 |
| Fashion Fair | Italy | 2003901134131 |
| Vantex | Jamaica | 32836 |
| Vantex | Kenya | 958920 |
| Fashion Fair | Namibia | 83/0504(SWA) |

1021002_4

| | | |
|---|---|---|
| Fashion Fair | Nigeria | 44115 |
| Fashion Fair | Nigeria | 29224 |
| Fashion Fair (block and script) | Nigeria | 56755 |
| Vantex | Nigeria | 57573 |
| Fashion Fair | Nigeria | 1859/DRK |
| Fashion Fair | Panama | 83327 |
| Fashion Fair | Philippines | 4200300466 |
| Fashion Fair | Philippines | 064573 |
| Fashion Fair | Rwanda | 833399 |
| Vantex | South Africa | 98/06213 |
| Fashion Fair | South Africa | 76/0749 |
| Vantex | St. Maarten | 958920 |
| Vantex | St. Vincent and the Grenadines | 68/1999 |
| Fashion Fair | Trinidad and Tobago | 58627 |
| Vantex | Trinidad and Tobago | 28624 |
| Fashion Fair | Uganda | 15017 |
| Fashion Fair | Uganda | 16018 |
| Lip Teasers | United Kingdom | 2460997 |
| Fashion Fair | United Kingdom | 1243044 |
| Fashion Fair | United Kingdom | 1032009 |
| Fashion Fair | United Kingdom | 871287 |
| Vantex | United Kingdom | 2164109 |
| True Fix | United Kingdom | 3010738 |
| Vantex | United Kingdom | 958920 |
| Fashion Fair | United Republic of Tanzania | 26764 |
| Fashion Fair | United Republic of Tanzania | 19276 |
| Fashion Fair | USA | 2057130 |
| Perfect Finish | USA | 3350764 |
| True Finish | USA | 4392369 |
| Cover Tone | USA | 1537112 |
| Fashion Fair | USA | 1563879 |
| Fashion Fair | USA | 1094117 |
| Fashion Fair | USA | 1015599 |
| Fashion Fair | USA | 2067130 |
| Fashion Fair | USA | 2372035 |
| Fast Finish | USA | 2654879 |
| FF Logo | USA | 2629070 |
| FF Monogram | USA | 1267540 |
| Forever Matte | USA | 2118634 |
| Lip Teasers | USA | 3499607 |
| True Fix | USA | 4518783 |
| Vantex | USA | 1537113 |
| Hidden Beauty Skin Enhancing Creme | USA | 74704824 |

| | | |
|---|---|---|
| Hidden Beauty | USA | 72676987 |
| Hidden Beauty | USA | 2130949 |
| Forever Matte | USA | 750776574 |
| Mr. J | USA | 1052201 |
| JPC | USA | 1035333 |
| Vantex | Zambia | 958920 |
| Fashion Fair | Angola | 21497 |
| Lip Teasers | Angola | 21498 |
| Perfect Finish | Angola | 21499 |
| Vantex | Angola | 21500 |
| Fashion Fair | Argentina | 2598732 |
| Fashion Fair | Australia | 463902 |
| Fashion Fair | Benelux | 657256 |
| Fashion Fair | Botswana | BW/M/1983/01016 |
| Fashion Fair | Brazil | 905374380 |
| Fashion Fair in Script | Brazil | 821145398 |
| Fashion Fair | Congo | NP/131/EXT/8 |
| Fashion Fair | Costa Roca | 73551 |
| Fashion Fair | Egypt | 71783 |
| Fashion Fair | Ethiopia | FTM/5284/2014 |
| Fashion Fair | France | 176322 |
| Fashion Fair | France | 660814 |
| True Fix | France | 134014066 |
| Uberlife | France | 134014071 |
| Fashion Fair | Ghana | A23300 |
| Vantex | Granada | N/A |
| Fashion Fair | Guyana | N/A |
| Vantex | Haiti | 103/119 |
| Fashion Fair | Italy | MI19744C0034539 |
| Fashion Fair | Jamaica | B19763 |
| Fashion Fair | Kenya | B21257 |
| Fashion Fair | Liberia | 00041/2006 |
| Fashion Fair | Malawi | 128/83 |
| Fashion Fair | Mexico | 249411 |
| Fashion Fair | Namibia | 83/0504 |
| Vantex | OAPI | 88579 |
| Fashion Fair | OAPI | 64389 |
| Fashion Fair | OAPI | 83174 |
| Fashion Fair | Rwanda | 1859/DRK |
| Fashion Fair | South Africa | 83/3399 |
| Vantex | St. Maarten | N/A |
| Vantex | Suriname | 16060 |
| Fashion Fair | Tanzania | 26764 |
| Fashion Fair | Tanzania | 19276 |
| Fashion Fair | Uganda | 16017 |

1021002_4

| | | |
|---|---|---|
| Fashion Fair | Uganda | 1601978 |
| Fashion Fair | United Kingdom | 1269007 |
| Finishings | United Kingdom | 893797 |
| I-Enhancer | United Kingdom | 894831 |
| Uberlife | United Kingdom | 3010776 |
| Beautifully Brown by Ebony | USA | 86/977425 |
| Beautifully Brown | USA | 86/977404 |
| Fashion Fair | USA | 73006525 |
| Fashion Fair | USA | 75/121570 |
| Fashion Fair | USA | 75/504024 |
| Colordazzle | USA | 86/685815 |
| Beautifully Brown | USA | 511313 |
| True Finish | USA | 85/881085 |
| True Finish | USA | 78/481158 |
| Vantex | USA | 73/00188 |
| Mr. J | USA | 73/068279 |
| JPC (Monogram) | USA | 73/047388 |
| Uberlife | USA | 85/809483 |
| Fashion Fair | Uruguay | 205988 |
| Fashion Fair | Venezuela | P318478 |
| Fashion Fair | Venezuela | F119935 |
| Vantex | Venezuela | 15713/98 |
| Fashion Fair | Zambia | 126/80 |
| Fashion Fair | Zambia | 127/80 |
| Vantex | Zambia | 281/98 |
| Vantex | Zambia | 958920 |
| Fashion Fair | Zanzibar | 115/94 |
| Fashion Fair | Zimbabwe | 304/83 |

**Proposed and Pending Trademarks**

The chart below summarizes the Debtor's pending and proposed trademarks to the best of its knowledge, information, and belief.

| Trademark | Country | Case Reference # |
|---|---|---|
| Perfect Finish – Soufflé All Day | Bahamas | 63104-204 |
| Fashion Fair | Brazil | 63104-104 |
| Fashion Fair Logo | Brazil | 63104-106 |
| Perfect Finish – Soufflé All Day | Canada | 63104-203 |
| Unapologetically Bold, Unabashedly Beautiful | Canada | 63104-205 |
| Perfect Finish – Soufflé All Day | Kuwait | 63104-202 |

| Fashion Fair (block and script) | Nigeria | 63104-143 |
| Perfect Finish – Soufflé All Day | United Kingdom | 63104-201 |
| Unapologetically Bold, Unabashedly Beautiful | United Kingdom | 63104-206 |
| General | USA | 63104-010 |
| Watch Notices | USA | 63104-0000 |
| Unapologetically Bold, Unabashedly Beautiful | USA | 63104-199 |
| Fashion Fair | USA | 63104-198 |
| Perfect Finish – Soufflé All Day | USA | 63104-200 |

**Copyrights**

The Debtor is in physical possession of numerous copyrights for various published books and magazines, including Black Stars and Negro Digest, and other items. Due to the voluminous nature of these documents, which spans several decades, coupled with the Debtor's limited resources, the Debtor has been unable to separately or specifically identify these copyrights.