**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 19-10236 |
| Johnson Publishing Company, LLC, ) | |
| ) | Hon. Jack B. Schmetterer |
| Debtor. ) | |
| ) | |
| ) | |

## NOTICE OF ADJOURNMENT OF AUCTION FOR SALE OF DEBTOR'S ARCHIVE

Miriam R. Stein, not individually but solely as chapter 7 trustee (the "Trustee") of the estate of Johnson Publishing Company, LLC (the "Debtor"), pursuant to the discretion reserved for her as Trustee in the court-approved Bidding Procedures [Dkt. 77] governing the auction and sale of (i) the Debtor's iconic archive of photos and other media items documenting African-American history for over 70 years and (ii) certain related assets (collectively, the "Archive Assets"), hereby files this notice of adjournment of the auction she held for the sale of the Archive Assets on July 17, 2019 (the "Auction"). The Auction has been adjourned to **Monday, July 22, 2019 at 2 PM CST** and will be held telephonically among the Trustee, her advisors and the respective bidders and their advisors at a dial in number that has been provided by the Trustee's counsel (the "Continued Auction"). Bidders who appeared at the initial Auction are free to place additional bids at the Continued Auction, subject to the same terms as set forth in the Bid Procedures.

Dated: July 18, 2019

**Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee for the bankruptcy estate of Johnson Publishing Company, LLC**

By:    */s/ N. Neville Reid*
Fox, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

## CERTIFICATE OF SERVICE

      I, N. Neville Reid, certify that on July 18, 2019, I caused a copy of the foregoing **NOTICE OF FILING and NOTICE OF ADJOURNMENT OF AUCTION FOR SALE OF DEBTOR'S ARCHIVE,** to be filed electronically through the Court's CM/ECF filing system and to be served upon the attached Service List by the Court's ECF filing system, and as otherwise indicated.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Party to receive notice electronically via CM/ECF:**

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Howard L. Adelman, *counsel to the Debtor*
hla@ag-ltd.com

Steven B Chaiken, *counsel to the Debtor*
schaiken@ag-ltd.com

Randall Klein and
Eva D. Gadzheva, *counsel to creditor Desiree G. Rogers*
Randall.Klein@GoldbergKohn.com
Eva.Gadzheva@GoldbergKohn.com

J. Mark Fisher, *counsel to Linda Johnson Rice*
mfisher@schiffhardin.com

Brian Greer, *counsel to Capital Holdings V, LLC*
brian.greer@dechert.com

Jeffrey M Schwartz, *counsel Capital Holdings V, LLC*
jschwartz@muchshelist.com

John M George and
Mason W Kienzle, *counsel to World Wide Packaging, LLC*
jgeorge@kattentemple.com
mkienzle@kattentemple.com

Elizabeth E Richert, *counsel to Branden R Bell, Brian E. Bell, Karen K. Bell, Richard E. Bell*
erichert@crottylaw.com

**Party to receive notice via Overnight Mail:**

Johnson Publishing Company, LLC
200 S. Michigan Ave., Suite 900
Chicago, IL 60604
*dba* Fashion Fair Cosmetics

**Bidders (emailed to representatives of bidders who appeared at the July 17, 2019 auction, but their names are not reprinted here due to confidentiality concerns)**

**Hilco Global**

| Ben Kaplan | Gabe Fried |
| --- | --- |
| bkaplan@hilcoglobal.com | gfried@hilcoglobal.com |