# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-10236 |
| Johnson Publishing Company, LLC, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF AUCTION RESULTS

Miriam R. Stein, not individually but solely as chapter 7 trustee (the "Trustee") of the estate of Johnson Publishing Company, LLC (the "Debtor"), pursuant to the court-approved Bidding Procedures [Dkt. 77] governing the auction and sale of (i) the Debtor's iconic archive of photos and other media items documenting African-American history for over 70 years and (ii) certain related assets (collectively, the "Archive Assets"), and this Court's Amended Order Rescheduling Sale Hearing Date and Related Deadlines Regarding Sale of Debtor's Archive Collection and Certain Related Assets Outside Ordinary Course of Business [Dkt. 112], hereby files the attached Asset Purchase Agreement (with the Purchaser as defined therein; the "Purchase Agreement") and proposed Sale Order as the notice of auction results she held for the sale of the Archive Assets on July 17, July 22 and July 24, 2019. Pursuant to the Purchase Agreement, the Trustee seeks approval for the sale of the Debtor's interest in the Archive Assets to the Purchaser for an aggregate cash consideration of $30,000,000.

Dated: July 24, 2019

**Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee for the bankruptcy estate of Johnson Publishing Company, LLC**

By: ___*/s/ N. Neville Reid*___
Fox, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

    I, N. Neville Reid, certify that (except as otherwise indicated), on July 24, 2019, I caused a copy of the foregoing **NOTICE OF AUCTION RESULTS,** to be filed electronically through the Court's CM/ECF filing system and to be served upon the attached Service List by the Court's ECF filing system.

                                                                                        */s/ N. Neville Reid*
                                                                                        N. Neville Reid

## SERVICE LIST

**Party to receive notice electronically via CM/ECF:**

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Howard L. Adelman, *counsel to the Debtor*
hla@ag-ltd.com

Steven B Chaiken, *counsel to the Debtor*
schaiken@ag-ltd.com

Randall Klein and
Eva D. Gadzheva, *counsel to creditor Desiree G. Rogers*
Randall.Klein@GoldbergKohn.com
Eva.Gadzheva@GoldbergKohn.com

J. Mark Fisher, *counsel to Linda Johnson Rice*
mfisher@schiffhardin.com

Brian Greer, *counsel to Capital Holdings V, LLC*
brian.greer@dechert.com

Jeffrey M Schwartz, *counsel Capital Holdings V, LLC*
jschwartz@muchshelist.com

John M George and
Mason W Kienzle, *counsel to World Wide Packaging, LLC*
jgeorge@kattentemple.com
mkienzle@kattentemple.com

Elizabeth E Richert, *counsel to Branden R Bell, Brian E. Bell, Karen K. Bell, Richard E. Bell*
erichert@crottylaw.com

**Party to receive notice via Messenger on July 25, 2019:**

Johnson Publishing Company, LLC
200 S. Michigan Ave., Suite 900
Chicago, IL 60604
*dba* Fashion Fair Cosmetics