## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-10236 |
| Johnson Publishing Company, LLC, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | **Date: August 8, 2019** |
| | ) | **Time: 10:30 a.m.** |

### NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTINGENCY FEE AND EXPENSE REIMBURSEMENT TO HILCO IP SERVICES, LLC d/b/a HILCO STREAMBANK

PLEASE TAKE NOTICE that on **August 8, 2019,** at **10:30 A.M.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in his stead, in Courtroom 682, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Trustee's Motion for Order Authorizing Payment of Contingency Fee and Expense Reimbursement to Hilco IP Services, LLC d/b/a Hilco Streambank,** at which time and place you may appear as you see fit.

Dated:  August 5, 2019

**Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee for the bankruptcy estate of Johnson Publishing Company, LLC**

By:   _/s/ N. Neville Reid_____
Fox, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on August 5, 2019, I caused a copy of the foregoing **Trustee's Motion for Order Authorizing Payment of Contingency Fee and Expense Reimbursement to Hilco IP Services, LLC d/b/a Hilco Streambank,** to be filed electronically through the Court's CM/ECF filing system and to be served upon the attached Service List by the Court's ECF filing system, and as otherwise indicated.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Party to receive notice electronically via CM/ECF:**

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Howard L. Adelman, *counsel to the Debtor*
hla@ag-ltd.com

Steven B Chaiken, *counsel to the  Debtor*
schaiken@ag-ltd.com

Randall Klein and
Eva D. Gadzheva, *counsel to creditor Desiree G. Rogers*
Randall.Klein@GoldbergKohn.com
Eva.Gadzheva@GoldbergKohn.com

J. Mark Fisher, *counsel to Linda Johnson Rice*
mfisher@schiffhardin.com

Brian Greer, *counsel to Capital Holdings V, LLC*
brian.greer@dechert.com

Jeffrey M Schwartz, *counsel Capital Holdings V, LLC*
jschwartz@muchshelist.com

John M George and
Mason W Kienzle, *counsel to World Wide Packaging, LLC*
jgeorge@kattentemple.com
mkienzle@kattentemple.com

Elizabeth E Richert, *counsel to Branden R Bell, Brian E. Bell, Karen K. Bell, Richard E. Bell*
erichert@crottylaw.com

**Party to receive notice via Overnight Mail:**

Johnson Publishing Company, LLC
200 S. Michigan Ave., Suite 900
Chicago, IL 60604
*dba* Fashion Fair Cosmetics

### *Other Government Creditors (Facsimile or Overnight Mail as Indicated)*

| | |
|---|---|
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-9035<br>*Facsimile: (217)785-2635* | Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 |
| Louisiana Workforce Commission<br>UI Tax Operations<br>P.O. Box 94050<br>Baton Rouge, LA 70804-9050 | New York State Department of Taxation and Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| NYC Department of Finance<br>66 John Street, Room 104<br>New York, NY 10038 | Pennsylvania Department of Revenue<br>Department 280946<br>Attn:  Bankruptcy Division<br>Harrisburg, PA 17128-0946 |
| State of Alabama<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | State of California<br>Bankruptcy Section: MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| State of Maryland<br>Attn:  Collections/Compliance<br>110 Carroll Street<br>Annapolis, MD 21411 | State of New Jersey<br>Division of Employ Accounts:<br>Legal Processes<br>P.O. Box 379<br>Trenton, NJ 08625 |
| State of Texas<br>LBJ Building<br>Attn:  Bankruptcy Section<br>111 E. 17th, First Floor<br>Austin, TX 78774-0100 | City of Chicago<br>c/o Harris & Harris<br>111 West Jackson Blvd.<br>Chicago, IL 60604 |

**Parties to receive notice via Email or Facsimile as indicated (20 largest creditors):**

Fry Communications, Inc.
800 W. Church Road
Mechanicsburg, PA 17055
*Facsimile: (717) 691-0341*

Advanced Distribution Systems, Inc.
105-107 Stonehurst Ct.
Northvale, NJ 07647
*Facsimile: (201) 767-4011*

Kolmar Laboratories, Inc.
20 West King Street
Port Jervis, NY
12771-0154
*cgroleau@kdc-one.com*
*rostiguy@kdc-one.com*

World Wide Packaging, LLC
c/o John M. George, Esq.
Katten & Temple LLP
209 South LaSalle Street, Suite 950
Chicago, IL 60604
*Served via ECF*

Kolmar Laboratories, Inc.
c/o Knowlton Development
255 Roland-Therrien, Suite 100
Longueuil, Quebec J4H 4A6 Canada
*cgroleau@kdc-one.com*
*rostiguy@kdc-one.com*

CDS Global
Paul Polus, CFO
1901 Bell Avenue
Des Moines, IA 50315-1099
*Facsimile: (515) 247-7500*

Macy's
Attn:  Legal Department
7 West Seventh Street
Cincinnati, OH 45202
*Facsimile: (513) 579-7897*

CDS GLOBAL, INC.
c/o CT Corporation System – RA
400 E Court Ave
Des Moines, IA 50309
*Facsimile: (515) 247-7500*

RCPI Landmark Properties, LLC
P.O. Box 33173
Newark, NJ 07188-3173
*Email: cgoodgold@tishmanspeyer.com*

Dillards
1600 Cantrell Road
Little Rock, AR 72201
*Facsimile: (501) 376-5917*

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*Facsimile: (312) 853-7036*

Baker & McKenzie LLP
c/o Edward J Zulkey – RA
300 East Randolph Dr., Suite 4300
Chicago, IL 60601
*Facsimile: (312) 698-2691*

Sidley Austin LLP
c/o Timothy F. Bergen - RA
1 South Dearborn Street
Chicago, IL 60603

Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601-6384
*Facsimile: (312) 698-2691*

*Facsimile: (312) 853-7036*

200 S. Michigan LLC
200 South Michigan Ave., Suite 510
Chicago, IL 60604
*Facsimile: (312) 427-7160*

Alwyns LLP
Crown House
151 High Road
Loughton, Essex, IG10 4LG
*Email: info@alwynsllp.com*

200 S. Michigan LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Facsimile: (312) 427-7160*

Jones Day
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601
*Facsimile: (312) 782-8585*

American Express
1200 W. 7th St. L2-200
Los Angeles, CA 90017
*Facsimile: (212) 640-0404*

American Express
c/o Zwicker & Associates
Attn:  Daniel Moken, Esq.
1105 Laurel Oak Rd., Suite 136
Voorhees, NJ 08043
*Facsimile: (978) 686-3538*

ABA Packaging Corporation
Attn:  Ralph  Agoglia, CEO
38 Old Brook Road
Dix Hills, NY 11746
*Facsimile: (631) 758-4295*

Lord & Taylor
250 Vesey Street
21st Floor

200 S. Michigan LLC
c/o Illinois Corporation Service C – RA
801 Adlai Stevenson Drive
Springfield, IL 62703
*Facsimile: (312) 427-7160*

Subscription Data Processing, LLC
P.O. Box 661
Morrison, CO 80465
*Facsimile: (954) 343-6972*

Subscription Data Processing, LLC
c/o Anthony Vincent Piscopo – RA
5499 Willow Springs Dr.
Morrison, CO 80465
*Facsimile: (954) 343-6972*

Subscription Data Processing, LLC
c/o Dariel J. Abrahamy, Esq.
2255 Glades Road, Suite 400-E
Boca Raton, FL 33431
*Email: dariel.abrahamy@gmlaw.com*

Neal & McDevitt, LLC
1776 Ash Street
Northfield, IL 60093-3001
*Email: kmcdevitt@nealmcdevitt.com*

Neal & McDevitt, LLC
c/o Duggan Bertsch, LLC – RA
303 W. Madison St., Suite 1000
Chicago, IL 60606
*Facsimile: (847) 441-0911*

McGuire Woods London LLC
11 Pilgrim Street
London, EC4V 6RN
*Facsimile: +44 20 7632 1638*

ABA Packaging Corporation
740 Blue Point Road
Holtsville, NY 11742

5

New York, NY 10281                              *Facsimile: (631) 758-4295*
*Facsimile: (804) 284-9421*

ABA Packaging Corporation                       Franklin Capital Holdings,  LLC
c/o The CKB Firm                                600 Central Avenue, #212
30 North LaSalle Street, Suite 1520             Highland Park, IL 60035
Chicago, IL 60602                               *Facsimile: (847) 579-4942*
*Facsimile: (312) 704-8515*

Internal Revenue Service                        Illinois Department of Revenue
P.O. Box 7346                                   Bankruptcy Unit
Philadelphia, PA 19101-7346                     P.O. Box 19035
*Email: Mayer.y.silber@irscounsel.treas.gov*    Springfield, IL 62794-9035
                                                *Facsimile: (217)785-2635*


*Other Parties in Interest*

Bruce MacGilpin (Icon Group)
*bruce@icongroup.us*

Jessica Cox (Trustee Resources - insurance contract)
*jac@trusteeresourcegroup.com*

Estate of Moneta Sleet
*gregory.sleet@gmail.com*

Vandell Cobb
*vec1946@gmail.com*

Ozier Muhammad
*ozierny@gmail.com*

Fred Watkins
*fwatkins@gmail.com*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-10236 |
| Johnson Publishing Company, LLC, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | **Date: August 8, 2019** |
| | ) | **Time: 10:30 a.m.** |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF**
**CONTINGENCY FEE AND EXPENSE REIMBURSEMENT TO HILCO IP**
**SERVICES, LLC D/B/A HILCO STREAMBANK**

Miriam R. Stein, not individually, but solely in her capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Johnson Publishing Company, LLC (the "Debtor"), by and through her counsel, Fox Swibel & Levin & Carroll LLP ("FSLC"), pursuant to Sections 328 and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the Northern District of Illinois (the "Local Bankruptcy Rules"), hereby requests entry of an order authorizing the payment of the contingency fee compensation earned by Hilco IP Services, LLC d/b/a Hilco Streambank  ("Hilco Streambank" or "Hilco") and reimbursement of Hilco's expenses, in accordance with the Trustee's previously-approved engagement agreement with Hilco, relating to the successful closing of the sale of the Debtor's historic 70-year collection of photos and other media of African American history (the "Archive").   In support of this motion (the "Motion"), the Trustee states as follows:

**JURISDICTION AND VENUE**

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core

1

proceeding pursuant to 28. U.S.C. § 157(b)(2)(A).  The statutory predicates for this Motion are

Sections 102, 328 and 330 of the Bankruptcy Code and Rules 2002 and 9006 of the Federal

Rules of Bankruptcy Procedure.

## **INTRODUCTION**

2.      On April 9, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the

Northern District of Illinois (the "Court").

3.      On the same day, the United States Trustee for the Northern District of Illinois

appointed Miriam R. Stein as the Trustee for the Estate.

4.      On May 16, 2019, the Court entered an order [Dkt. 45] (the "Retention Order")

authorizing the Trustee to employ Hilco as her liquidation consultant and auctioneer in

connection with the marketing and sale of the Archive, and to compensate Hilco in accordance

with the terms of the engagement agreement (the "Engagement Agreement") between the

Trustee and Hilco referenced in and attached to her application to retain Hilco [Dkt. 41] (the

"Retention Application").  An extra copy of the Engagement Agreement is appended hereto as

**Exhibit A**.

5.      Paragraph 3 of the Engagement Agreement requires the Trustee to pay to Hilco

15% of the proceeds realized by the Trustee from the sale of the Archive in excess of the amount

paid by the Trustee to satisfy the indebtedness of the Debtor to Capital Holdings V, LLC

("Capital Holdings" and such 15% commission formula for Hilco the "Commission"), which

debt was secured by a lien on the Archive as of the Petition Date (the "Secured Debt").

Paragraph 4 of the Engagement Agreement requires the Trustee to reimburse Hilco for expenses

2

related to its services to the Estate, up to $20,000 or such higher amount as the Trustee and Hilco

may agree.

6.      The Engagement Agreement and the Retention Order require Hilco to prepare a

summary of fees earned and expenses incurred in connection with Hilco's marketing and sale of

the Archive (the "Hilco Final Report").  A copy of the Hilco Final Report is appended hereto as

**Exhibit B**.

7.      On June 20, 2019, the Court entered an Order authorizing the Trustee to sell the

Archive and related assets to the highest or best bidder, pursuant to an auction (the "Auction").

With Hilco's valuable assistance and advice, the Trustee held the Auction over three days -- July

17, 22 and 24, 2019 – and ultimately accepted a bid of $30 million for the Archive from a

consortium of foundations consisting of The Getty Foundation, The Ford Foundation, The

Mellon Foundation and John D. Catherine T. MacArthur Foundation.  The Trustee closed the

sale of the Archive on July 26, 2019 and received the $30 million (the "Closing").

8.      At the Closing, the Trustee paid the Secured Debt owed to Capital Holdings,

which as of the Closing had accrued to $14,243,744.42, and thus received net proceeds from the

sale of the Archive in the amount of $15,756,255.58 (the "Net Sale Proceeds").

9.      As more specifically set forth in the Hilco Final Report, as a result of the Closing

and the payment of the Secured Debt, Hilco is entitled to receive a Commission in the amount of

$2,363,438.34, calculated as follows:  15% x [($30,000,000 gross proceeds of Archive sale) –

($14,243,744.42 paid to Capital Holdings)] (the "Commission Payment").

10.      Hilco's Final Report also delineates out of pocket expenses totaling $26,812.88

for travel, meals, lodging and other costs incurred in connection with the Archive sale (the

"Expense Reimbursement"). The Trustee has reviewed and approved these expenses for reimbursement from the Net Sale Proceeds[1].

## **RELIEF REQUESTED AND BASIS THEREFOR**

11.     Pursuant to this Motion, the Trustee seeks an order authorizing the Trustee to make the Commission Payment and the Expense Reimbursement to Hilco (collectively, the "Requested Compensation") in accordance with the Engagement Agreement, the Retention Application and the Retention Order.

12.     The express terms of the Engagement Agreement, which were approved by the Retention Order, authorize the Commission Payment and the Expense Reimbursement. In addition,  Hilco's extraordinary services to the Estate were essential to the successful outcome of the Auction; the payment of the Requested Compensation is therefore not only squarely within the terms of the Engagement Agreement, but also well-deserved.

## **Notice**

13.     Notice of this Motion has been provided to the Debtor, the US Trustee, the twenty largest creditors of the Estate, the entities or persons asserting liens against the non-Archive assets of the Estate, relevant government authorities and parties who have requested electronic notice herein.

14.     The Trustee asserts that no further notice of this Motion is necessary and should therefore be waived under Section 102 of the Bankruptcy Code and Rule 9006 of the Federal Rules of Bankruptcy Procedure, for the following reasons: (i) the Commission Payment was already pre-approved by the Court in the Retention Order and there are no special circumstances

---

[1]     Of the total expenses incurred by Hilco, $16,120.53 for publication notice expenses related to the ownership claim bar date was already reimbursed (the "Previous Reimbursement"), but the Trustee is seeking authorization herein for that previous reimbursement.

4

warranting any deviation from the commission payment structure in this case, especially given the extraordinary results achieved at the Auction administered by Hilco; and (ii) Hilco has incurred substantial time and costs on this case since May 2019 in achieving such a great result for the Estate and its creditors, and additional delay in receiving compensation will provide no incremental benefit to creditors who, but for the results of the Auction, would likely not have received any recovery on their claims.

[Rest of Page Intentionally Left Blank]

WHEREFORE, the Trustee requests that the Court enter an order in substantially the form appended hereto:

1.      Approving the payment of the Requested Compensation to Hilco (including authorization of the Previous Reimbursement);  and,

2.      Granting such other relief as the Court may deem necessary and proper.

Dated: August 5, 2019                     Respectfully submitted,

                                          Miriam Stein, as Chapter 7 Trustee of the Estate of
                                          Johnson Publishing Company

                                          By:/s/ N. Neville Reid

                                          N. Neville Reid
                                          Ryan T. Schultz
                                          Fox Swibel Levin & Carroll LLP
                                          200 West Madison – Suite 3000
                                          Chicago, IL  60606
                                          Ph:  312 224 1200

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-10236 |
| Johnson Publishing Company, LLC, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | **Date: August 8, 2019** |
| | ) | **Time: 10:30 a.m.** |

**ORDER AUTHORIZING PAYMENT OF CONTINGENCY FEE AND EXPENSE**
**REIMBURSEMENT TO HILCO IP SERVICES, LLC D/B/A HILCO**
**STREAMBANK**

Upon consideration of the Motion (the "Motion") of Miriam R. Stein, as trustee herein

for the above-referenced debtor (the "Trustee" and such debtor the "Debtor"), for an order

authorizing her to pay Hilco IP Services, LLC d/b/a Hilco Streambank ("Hilco") the contingency

fee it earned under its engagement agreement with the Trustee and to reimburse Hilco for its

expenses incurred in connection with the successful marketing and sale of the Debtor's iconic

photo archive (the "Archive"); adequate notice having been given of the Motion and adequate

cause appearing therefor; it appearing that the relief requested in the Motion is in the best

interests of the Debtor's estate, creditors and other parties in interest; this proceeding constituting

a core proceeding pursuant to 28 U.S.C. § 157(b); and this Order constituting a final order

pursuant to 29 U.S.C. § 158(a);

 IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED in its entirety.

2.      All objections to the Motion or the relief requested therein that have not been

made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled

and disallowed on the merits.

1

3.      The Trustee is hereby authorized to immediately pay to Hilco, from funds of the

estate, fees in the amount of $2,363,438.34.  The Trustee's previous reimbursement of

$16,120.53 to Hilco for expenses incurred in publishing notice of the ownership claims bar date

[Dkt. 67] is hereby approved and ratified.  The Trustee is further authorized to reimburse Hilco,

immediately from funds of the estate,  for a separate and additional amount of $10,692.35 in

expenses incurred by Hilco in connection with the sale of the Archive. The foregoing payment of

fees and reimbursement of expenses to Hilco shall be free and clear of any and all claims, liens

or encumbrances related to the Debtor's creditors or bankruptcy estate.

4.      The Court shall retain jurisdiction over any matter or dispute arising from or

relating to the implementation of this Order.

5.      This Order shall be effective immediately upon its entry.


_____                          _____

Date                                     Hon. Jack B. Schmetterer


**Order prepared by:**
N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fax:  312.224.1201