# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHNSON PUBLISHING COMPANY LLC | ) | Case No. 19-10236 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## AMENDED DECLARATION OF MIRIAM R. STEIN

I, Miriam R. Stein, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and other state and federal courts in this jurisdiction and employed as Of Counsel to the law firm of Gutnicki LLP ("Gutnicki") with its offices located at 4711 Golf Road, Suite 200, Skokie, IL 60076.

2. I submit this declaration in support of the entry of an Order authorizing the substitution of counsel and the retention of Gutnicki as special counsel to Miriam R. Stein, not individually but solely as the chapter 7 trustee ("Trustee") for the estate of Johnson Publishing Company LLC (the "Debtor") in connection with this case.

3. I previously was affiliated with the law firm of Chuhak & Tecson PC ("Chuhak"). By Order of the Court dated November 26, 2019, the Trustee retained Chuhak has her special counsel. As of March 1, 2020, I joined the law firm of Gutnicki as Of Counsel and am no longer affiliated with Chuhak.

4. To the best of my knowledge and belief, Gutnicki does not hold or represent an interest adverse to the estate and the Firm is a "disinterested person" within the meaning of that term as used in 11 U.S.C. §101(14) and 11 U.S.C. §327(a).

5. To the best of my knowledge, information I do not hold or represent an interest adverse to the estate and I am a "disinterested person" within the meaning of that term as used in 11 U.S.C. §101(14) and 11 U.S.C. §327(a).

6. I continue to have experience and knowledge in the field of credit claim investigation and litigation, and believe that I am well qualified to continue to serve as special counsel for the Trustee in this case. Further, Gutnicki has expertise in bankruptcy and litigation, and I believe that the firm is well qualified to serve as special counsel to the Trustee.

7. To the best of my knowledge, Gutnicki does not have any connections with the United States Trustee or employees of the Office of the United States Trustee. No current employee of the Office of the United States Trustee is a relative to any person connected with Gutnicki or a relative of the Bankruptcy Judge assigned in this case. Notwithstanding the foregoing, I am a Chapter 7 trustee in the Northern District of Illinois, Cook County. Further, I am the Trustee in this case.

8. Gutnicki has not entered into any arrangement to share any compensation that may be awarded by the Court, except as permitted under section 504(b) of the Bankruptcy Code.

9. Gutnicki's compensation shall be on an hourly basis and subject to approval by this Court. My hourly rate is $400 per hour. The hourly rates for Gutnicki's attorneys are as follows:

Partners - $400 to $535 per hour

Associates - $235 to $360 per hour

Paralegals - $125 to $205 per hour

10. Gutnicki has no connections with the Debtor or any creditors of the Debtor's estate. Gutnicki will amend this Affidavit as necessary if connections are discovered. Further,

Gutnicki will promptly notify the Trustee, the Court and affected creditors should any conflict arise between Gutnicki and such affected creditors, if any.

I declare under penalty of perjury that the foregoing is true and correct on this 23rd day of March 2020.

    /s/ Miriam R. Stein

Miriam R. Stein (6238163)
GUTNICKI LLP
4711 Golf Road
Suite 200
Skokie, IL 60076
(847) 745-6592
mstein@gutnicki.com