# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 19-10236 |
| Johnson Publishing Company, LLC, ) | |
| ) | Hon. Jack B. Schmetterer |
| Debtor. ) | |
| ) | |
| ) | |

## ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY
## ASHFORDS LPP AS SPECIAL COUNSEL

Upon consideration of the Application of Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Johnson Publishing Company, LLC (the "Debtor"), to employ Ashfords LLP ("Ashfords"), as Special Counsel and the Declaration of Alan Bennett attached to and in support of the Application; this Court being fully advised; appropriate notice and opportunity for a hearing on the Application having been given; it appearing that Ashfords does not represent or hold any interest adverse to the Trustee or the Debtor or to the Estate with respect to the matters upon which Ashfords is to be employed; it appearing that the relief requested in the Application is in the best interests of the Debtor, the Estate, creditors, and other parties in interest; this proceeding constituting a core proceeding pursuant to 28 U.S.C. § 157(b); and this Order constituting a final order pursuant to 28 U.S.C. § 158(a),

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED in its entirety.

2. The Trustee is hereby authorized to employ Ashfords as her special counsel to perform the services outlined in the Application, including to analyze the liquidation files and files of the Official Receiver in England generated as part of Fashion Fair Beauty Products Limited's ("Fashion Fair UK") liquidation proceeding to determine what (if any) claims were filed based on alleged tax liability, to provide counsel under local law regarding the extent to which the debts of Fashion Fair UK have been discharged, and to opine on whether any tax-related liability of Fashion Fair UK may now flow toward the Debtor.

3. Ashfords shall be compensated in accordance with the terms of the Application, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of this Court.

Dated: **1 5 DEC 2020**

Enter:

Hon. Jack B. Schmetterer
United States Bankruptcy Judge

**Prepared by:**
N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Steven L. Vanderporten (ARDC #6314184)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fax: 312.224.1201

2