UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-10236
)
J. Publication Company, formerly known as ) Chapter: 7
Johnson Publishing Company LLC, )
) Honorable Donald R. Cassling
)
Debtor(s) )

## ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FOX SWIBEL LEVIN & CARROLL LLP AS REQUESTED IN ITS NINTH INTERIM APPLICATION, FOR THE PERIOD NOVEMBER 16, 2021, THROUGH FEBRUARY 28, 2022; (II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES; AND (III) LIMITING NOTICE

This matter coming before the Court on the Application (the "Application") of Fox, Swibel, Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel to Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of J Publication Company (the "Debtor"), for entry of an order pursuant to 11 U.S.C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330, granting the ninth interim fee application of FSLC herein and allowing FSLC an administrative claim for compensation in the amount of $98,030.55, consisting of fees in the amount of $96,303.50 and expenses in the amount of $1,727.05, incurred during the period of November 16, 2021 through February 28, 2022 (the "Application Period"), and further requesting authorization for immediate payment of the same from funds in the Estate; the Court having found that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Debtor's Estate, its creditors and other parties-in-interest; and (d) sufficient notice of the Application was given; and upon the record herein and after due deliberation and adequate cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Application is granted to the extent set forth herein. Notice of the Application is hereby approved.

2. FSLC is hereby allowed an administrative claim for compensation in the amount of $98,030.55, consisting of fees in the amount of $96,303.50 and expenses in the amount of $1,727.05, incurred during the Application Period (the "Requested Compensation").

3. The Trustee is hereby authorized to immediately pay the entire Requested Compensation to FSLC from funds in the Estate.

4. All objections to the Application or the relief requested therein that have not been made,

withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. This Order will become effective immediate upon its entry.

7. No objection to the motion having been lodged within the time required by Fifth Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Dated: March 29, 2022

United States Bankruptcy Judge

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201