Form G-8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re )
)
) Bankruptcy No. _____
)
Debtor. ) Chapter _____

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:   Interim Application _____   Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 07/12/2021 | 03/1/2021-06/30/2021 | $89,704.54 | $89,704.54 | $89,704.54 |
| 12/14/2021 | 07/01/2021-11/15/2021 | $83,956.50 | $83,956.50 | $83,956.50 |
| 03/10/2022 | 11/16/2021-2/28/2022 | $98,030.55 | $98,030.55 | $98,030.55 |
| 06/06/2022 | 03/01/2022-05/31/2022 | $54,863.39 | $54,863.39 | $54,863.39 |

Dated: November 8, 2022

s/N. Neville Reid

_____
(Counsel)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 19-10236 |
| J. Publication Company, formerly known as | **)** | |
| Johnson Publishing Company LLC, | **)** | Hon. Donald R. Cassling |
| | **)** | |
| Debtor. | **)** | **Date: November 29, 2022** |
| | **)** | **Time:  9:30 a.m.** |

**NOTICE OF HEARING ON ELEVENTH INTERIM APPLICATION OF FOX SWIBEL
LEVIN & CARROLL LLP, FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD JUNE 1, 2022 THROUGH OCTOBER 31, 2022;
(II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES; AND (III)
<u>LIMITING NOTICE</u>**

TO:    **SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that Tuesday, **November 29, 2022,** I will appear before the
Honorable Donald Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 of
the Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street, Chicago, IL
60604, **or** electronically as described below, and present the motion of **Eleventh Interim
Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an
Administrative Claim For Compensation and Reimbursement of Expenses for the Period
June 1, 2022 Through October 31, 2022, (II) Authorizing Payment of Unpaid Fees and
Expenses, and (III) Limiting Notice**, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the
motion either in person or electronically using Zoom for Government.**  You may appear
electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting
ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-
7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the
password is 619. The meeting ID and password can also be found on the judge's page on the
court's web site.

**If you object to this motion** and want it called on the presentment date above, you must
file a Notice of Objection no later than two (2) business days before that date. If a Notice of

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: November 8, 2022

**Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee for the bankruptcy estate of J Publication Company formerly known as Johnson Publishing Company LLC**

By:   */s/ N. Neville Reid*
Fox Swibel Levin & Carroll LLP,
General Bankruptcy Counsel to
the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on or before November 8, 2022, I caused a copy of the foregoing **Notice of Hearing of the Eleventh Interim Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim For Compensation and Reimbursement of Expenses for the Period June 1, 2022, Through October 31 2022, (II) Authorizing Payment of Unpaid Fees and Expenses, and (III) Limiting Notice**, to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system, and as otherwise indicated.

*/s/ N. Neville Reid*
N. Neville Reid

4463371 v1 - 07094 / 006

### SERVICE LIST

Patrick S Layng, *U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov


Ha M Nguyen, *Office of the U.S. Trustee*
ha.nguyen@usdoj.gov


Miriam R Stein, *Trustee*
mstein@gutnicki.com


Howard L. Adelman, *counsel to the Debtor*
hla@ag-ltd.com


Steven B Chaiken, *counsel to the  Debtor*
schaiken@ag-ltd.com


Randall Klein and
Eva D. Gadzheva, *counsel to creditor Desiree G. Rogers*
Randall.Klein@GoldbergKohn.com
Eva.Gadzheva@GoldbergKohn.com


J Mark Fisher and
Sarah K Angelino, *counsel to creditor Linda Johnson Rice*
mfisher@schiffhardin.com
sangelino@schiffhardin.com


Heather L Blaise and
Thomas J. Nitschke, *counsel to creditor Petra Alexandra, Inc. and Vanessa Evelyn*
hblaise@blaisenitschkelaw.com
tjnitschke@blaisenitschkelaw.com


Daniel A Cohen, *counsel to creditor Walden Macht & Haran*
dcohen@wmhlaw.com


Jeffrey B Greenspan, *counsel to creditor Walden Macht & Haran*
jgreenspan@cozen.com


Michael R Collins, *counsel to creditor Smooch Music, Inc.*
michael.collins@collinsandcollins.com


David R Doyle, *counsel to creditor Jerhel Plastics Inc*
daviddoyle@cozen.com


Frank Venis, *counsel to creditor Jerhel Plastics, Inc.*
frankpaulvenis@yahoo.com

4463371 v1 - 07094 / 006

venis@venisandcopp.com

William J Factor, *counsel to interested party Estate of Moneta Sleet, Jr.*
wfactor@wfactorlaw.com

John M George and
Mason W Kienzle, *counsel to World Wide Packaging, LLC*
jgeorge@kattentemple.com
mkienzle@kattentemple.com

Elizabeth E Richert, *counsel to Branden R Bell, Brian E Bell, Karen K Bell, Richard E Bell*
erichert@crottylaw.com

Timothy W Hoffmann and
Morgan R. Hirst, *counsel to creditor Jones Day*
thoffmann@jonesday.com
mhirst@jonesday.com

Christopher J. Horvay and
David M Madden, *counsel to Kolmar Laboratories, Inc.*
chorvay@sfgh.com
dmadden@sfgh.com

James J Ktsanes, *counsel to FFair Acquisition, LLC*
james.ktsanes@lw.com

Michael Leifman, *counsel to Trustee*
mleifman@chuhak.com

Felicia Gerber Perlman, *counsel to interested party NBA Properties, Inc.*
fperlman@mwe.com

Christopher M. Dressel, *counsel to interested party NBA Properties, Inc.*
Christopher.Dressel@skadden.com

Charles S. Stahl, Jr., *counsel to creditor Rev. Jesse Jackson*
cstahl@smbtrials.com

Thomas B Walper, *counsel to creditor The J. Paul Getty Trust*
thomas.walper@mto.com

Danny Duerdoth *counsel to Bridgeman Sports Media LLC*
duerdothd@gtlaw.com

Randall Klein and
Robert D Leighton *counsel to FFair Acquisition, LLC*

4

Randall.Klein@GoldbergKohn.com
Robert.Leighton@GoldbergKohn.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

J Publication Company
200 S. Michigan Ave., Suite 900
Chicago, IL 60604
*dba* Fashion Fair Cosmetics
*fka* Johnson Publishing Company, LLC

### All Secured Creditors (*via U.S. Mail*)

| | |
|---|---|
| JPMorgan Chase Bank, N.A.<br>10 S. Dearborn St.<br>Mail Code IL1-P001<br>Chicago, IL 60603-2300 | Desiree Rogers<br>c/o Randall Klein<br>Goldberg Kohn<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603-5792 |
| Franklin Capital Holdings, LLC<br>600 Central Avenue, #212<br>Highland Park, IL 60035 | Linda Johnson Rice c/o J. Mark Fisher<br>Schiff Hardin<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606 |

### Creditors who have filed a Proof of Claim *via U.S. Mail*

| | |
|---|---|
| Office Depot<br>6600 N Military Trail<br>Boca Raton, FL 33496 | World Wide Packaging, LLC<br>c/o John M. George, Esq./Katten & Temple LLP<br>209 South LaSalle Street, Suite 950<br>Chicago, IL 60604 |
| American Eagle Packaging Corporate<br>Sam Harrod<br>c/o Meltzer Purtill & Stelle LLC<br>1515 E Woodfield Rd. 2nd Floor<br>Schaumburg, IL 60173 | Life Insurance Company of North America<br>c/o Cigna<br>900 Cottage Grove Rd, B6LPA<br>Bloomfield, CT 06002 |
| State of New Jersey<br>Division of Employ Accounts: Legal Processes<br>P.O. Box 379<br>Trenton, NJ 08625 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| Centurylink Communications LLC- Bankruptcy<br>1025 El Dorado Blvd (Attn: Legal-Bky)<br>Broomfield CO 80021 | Centurylink Communications LLC<br>(f/k/a Qwest Commun.)<br>1025 El Dorado Blvd (Attn: Legal-Bky)<br>Broomfield CO 80021 |

4463371 v1 - 07094 / 006

| | |
|---|---|
| Louisiana Workforce Commission<br>1001 North 23rd Street, First Floor<br>Baton Rouge, LA 70802 | Louisiana Workforce Commission<br>1002 North 23rd Street, First Floor<br>Baton Rouge, LA 70802 |
| Branden R. Bell and Brian E. Bell<br>c/o Elizabeth Richert<br>120 N LaSalle Street, 20th Floor<br>Chicago, IL 60602 | Fed Ex Corp.<br>3965 Airways Blvd Module G 3rd FL.<br>Memphis, TN 38116 |
| Branden R. Bell and Brian E. Bell<br>c/o Elizabeth Richert<br>120 N LaSalle Street, 20th Floor<br>Chicago, IL 60602 | John G. Zimmerman Archive Trust<br>27 Spanish Bay Circle<br>Pebble Beach, CA 93953 |
| Hi Class Espress, Inc.<br>334 Totowa Road, Front Left<br>Totowa, NJ 07512 | Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 |
| Reverend Jesse Jackson and related entities<br>Swanson, Martin & Bell, LLP (C. Stahl)<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Tammy Banks (for Michael Banks estate)<br>c/o Carolyn Banks<br>6143 South Bishop Street<br>Chicago, IL 60636 |
| World Wide Packaging, LLC<br>c/o John M. George, Esq.<br>Katten & Temple LLP<br>209 South LaSalle Street, Suite 950<br>Chicago, IL 60604 | Estate of Moneta Sleet, Jr.<br>c/o Gregory M. Sleet<br>2209 Loreley Lane<br>Wilmington, DE 19810 |
| Cigna Health and Life Ins.<br>900 Cottage Grove Rd, B6LPA<br>Bloomfield, CT 06002 | Ozier Muhammed<br>c/o William J. Factor<br>Factor Law<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602 |
| MNJ Technologies Direct Inc<br>1025 Busch Parkway<br>Buffalo Grove, IL 60089 | Bryan S. Berteaux<br>12633 Goodwood Blvd.<br>Baton Rouge, LA 70815 |
| Greenbaum Rowe Smith & Davis LLP<br>Nancy Isaacson Esq<br>75 Livingston Avenue<br>Roseland NJ 07068 | Adria Diane Hughes<br>49 Perennial Lane<br>Willingboro, NJ 08046-2622 |
| SintecMedia NYC, Inc. d/b/a Operative<br>Attn: Seth Metsch<br>6 East 32nd Street, 3rd Floor<br>New York, NY 10016 | Kindrick Fletcher<br>7355 S Crandon Ave, 2nd Flr<br>Chicago, IL 60649 |

4463371 v1 - 07094 / 006

| | |
|---|---|
| American Express Travel Related Services Company, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, IL 60601 |
| Jenner & Block LLP<br>c/o Catherine Steege<br>353 N.Clark Street<br>Chicago, IL 60654 | Linda Johnson Rice<br>c/o J. Mark Fisher<br>Schiff Hardin LLP<br>233 S Wacker Drive, Suite 7100<br>Chicago, IL 60606 |
| United Press International, Inc.<br>c/o Wiley Rein LLP<br>Rebecca L. Saitta<br>1776 K Street NW<br>Washington, DC 20006 | Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 |
| Suzanne J. Regan<br>6 West 20th Street, 7th Floor<br>New York, NY 10011 | Sharon Tarkington<br>9038 S Colfax<br>Chicago, IL 60617 |
| Collette Williams<br>31101 Sunset Dr<br>Franklin, MI 48025 | Tiffany Jones<br>777 Carter Road<br>Jonesboro, GA 30238 |
| NBA Properties, Inc.<br>c/o Peter D. Bilowz, Esq./Goulston & Storrs PC<br>400 Atlantic Ave.<br>Boston, MA 02110 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management<br>Attn: Brian Brager<br>P.O. Box 4353<br>Clifton, NJ 07012 |
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Lipschultz Levin & Gray<br>425 Huehl Rd./Building 7<br>Northbrook, IL 60062 |
| Neal & McDevitt, LLC<br>1776 Ash Street<br>Northfield, IL 60093-3001 | SintecMedia NYC, Inc. d/b/a Operative<br>Attn: Seth Metsch<br>6 East 32nd Street, 3rd Floor<br>New York, NY 10016 |
| Fry Communications, Inc.<br>800 W. Church Road<br>Mechanicsburg, PA 17055 | Pickens Kane Moving & Storage<br>Attn: Thomas L. Broderick<br>410 N. Milwaukee Avenue 3rd Flr<br>Chicago IL 60654 |
| Desiree G. Rogers<br>Goldberg Kohn Ltd.<br>55 E. Monroe St. Ste. 3300<br>Chicago, IL 60603 | Drinker Biddle & Reath LLP<br>c/o Joseph Argentina<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103 |

7

| | |
|---|---|
| Argo Partners<br>12 West 37th Street, 9th Flr<br>New York, NY 10018 | U-Line Shipping Supply Specialists<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| Jackie Smith<br>6218 S. Ada<br>Chicago, IL 60636 | Schoenberg Finkel Newman & Rosenberg, LLC<br>c/o Bruce Bell<br>222 S. Riverside Plaza, Suite 2100<br>Chicago, IL 60606-6101 |
| Desiree G. Rogers<br>Goldberg Kohn Ltd.<br>55 E. Monroe St. Ste. 3300<br>Chicago, IL 60603 | Byron-Phillip Milburn White<br>4041 S Michigan Ave Unit 1S<br>Chicago, IL 60653 |
| James Taylor Boyd<br>2820 Selwyn Ave, Box 769<br>Charlotte, NC 28209 | World Wide Packaging, LLC<br>15 Vreeland Road, Suite #4<br>Florham Park, NJ 07932-2201 |
| Steven Isaacson<br>2460 Dundee Road, Unit 365<br>Northbrook, IL 60065 | Law Office of David L. LaPorte, P.C.<br>P.O. Box 400<br>Flossmoor, IL 60422 |
| Narcissus Thomas<br>c/o Alexandria Awad, Esq.<br>Levy Konisgsberg, LLP<br>800 3rd Ave<br>New York, NY 10022 | Fair Harbor Capital LLC as assignee of Pamco<br>Label<br>PO Box 237037<br>New York, NY 10023 |
| Whitney Gray Zollner<br>619 S. LaSalle, Unit 312<br>Chicago, IL 60605 | Sonya Booker<br>3319 Birchwood Drive<br>Hazel Crest, IL 60429 |
| Dana Hampton<br>11452 S. Bell Ave<br>Chicago, IL 60643 | Karyn Pettigrew<br>8950 S. Claremont Avenue<br>Chicago, IL 60643 |
| Spoor Fisher Jersey<br>P.O. Box 281<br>St. Helier, Jersey<br>JE4 9TW, Channel Islands, British Isles | Teresa Gipson<br>1171 Cannon<br>Memphis, TN 38106 |
| John Roach<br>5931 S. Calumet, 2nd Flr<br>Chicago, IL 60637 | Angela L Hongo<br>9221 S Chappel Ave<br>Chicago, IL 60617 |
| Baker & McKenzie<br>Two Embarcadero Center<br>11th Floor<br>San Francisco, CA 94111 | Tracey Barney<br>19539 Walnut Street<br>Mokena, IL 60448 |

4463371 v1 - 07094 / 006

| | |
|---|---|
| Rae Hinton Bell<br>17259 Heritage Drive<br>South Holland, IL 60473 | Jacqueline King<br>22042 Jordan Lane<br>Richton Park, IL 60471 |
| RCPI Landmark Properties, LLC<br>Daniel J Ansell, Esq.<br>200 Park Avenue<br>New York, NY 10166 | RGTS<br>P.O. Box 4910<br>Church Street Station<br>New York, NY 10261-4910 |
| Dillard's Inc.<br>Dean Worley<br>1600 Cantrell Road<br>Little Rock, AR 72201 | Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| R-4 Services LLC<br>1301 West 35th<br>Chicago, IL 60609 | Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Dr<br>Chicago, IL 60606 |
| Amy Morajda<br>716 Parkwood Ave.<br>Park Ridge, IL 60068 | Kehinde A. Akiwowo<br>235 W. 137th Street, Apt 2R<br>New York, NY 10030 |
| John Stewart<br>10206 S Prospect<br>Chicago, IL 60643 | Vickie R Wilson<br>13242 S Riverside Ave<br>Chicago, IL 60827 |
| SRC 200 S Michigan Owner LLC and<br>200 S Michigan LLC<br>James E Vogt, Jr.<br>898 Pacific Coast Highway, Suite 500<br>El Segundo, CA 80245 | Vanessa Evelyn<br>c/o Blaise & Nitschke, P.C.<br>123 N Wacker Drive, Suite 250<br>Chicago, Illinois 60606 |
| John Wesley<br>107 Vassar Avenue, #2<br>Newark, NJ 07112 | Dillard's Inc.<br>Dean Worley<br>1600 Cantrell Road<br>Little Rock, AR 72201 |
| Donald L. Bufford<br>10902 Katy Fwy, Apt 1305<br>Houston, TX 77056 | New York State Department of<br>Taxation and Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| DougMar Consultants<br>c/o Sandra Schneider<br>18 Windwood Court<br>Westhampton, NY 11977 | Alice Rooks<br>9312 S. Justine St.<br>Chicago, IL 60620 |
| Kolmar Laboratories, Inc. | Sonya Booker |

9

| | |
|---|---|
| Attn: Stephanie Hayano<br>20 West King Street<br>Port Jervis, NY 12771 | 3319 Birchwood Drive<br>Hazel Crest, IL 60429 |
| Nicole Haynes<br>2405 Rockefeller Ln, #C<br>Redondo Beach, CA 90278 | Petra Alexandra, Inc.<br>c/o Heather Blaise<br>123 N Wacker Drive, Suite 250<br>Chicago, Illinois 60606 |
| Lavergerae Tyler- Page<br>5560 Van Buren St<br>Merrillville, IN 46410 | The State of New Jersey- Division of Taxation<br>50 Barrack Street<br>P.O. Box 245<br>Trenton, NJ 08695-0245 |
| Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA  23218-1115 | State of New York/Department of Labor<br>Unemployment Insurance Division<br>Gov. W. Averell Harriman State Office<br>Bldg Campus Building 12, Room 256<br>Albany, NY 12240 |
| Schwan-Stabilo Cosmetics GmbH & Co. KG<br>Schwanweg 1<br>90562 Heroldsberg<br>GERMANY<br>Attn: Ms. Christina Krause | James Taylor Boyd<br>2820 Selwyn Ave, Box 769<br>Charlotte, NC 28209 |
| Jerhel Plastics Inc.<br>David R Doyle, Fox Rothchild LLP<br>321 N Clark Street, Suite 1600<br>Chicago, IL 60654 | Walden Macht & Haran LLP<br>One Battery Park Plaza<br>34th Floor<br>New York, NY 10004 |
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | State of New York/Department of<br>Labor (28360742)<br>Unemployment Insurance Division<br>Bldg Campus Building 12, Room 256<br>Albany, NY 12240 |
| Pitney Bowes Global Financial Services LLC<br>27 Waterview Drive<br>Shelton, CT 06484-0648 | |

4463371 v1 - 07094 / 006

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-10236 |
| J. Publication Company, formerly known as | ) | |
| Johnson Publishing Company LLC, | ) | Hon. Donald R. Cassling |
| | ) | |
| Debtor. | ) | **Date:  November 29, 2022** |
| | ) | **Time:  9:30 a.m.** |

**ELEVENTH INTERIM APPLICATION OF FOX SWIBEL LEVIN & CARROLL LLP,**
**FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2022, THROUGH OCTOBER 31, 2022;**
**(II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES; AND**
**(III) LIMITING NOTICE**

Fox Swibel Levin & Carroll LLP ("FSLC"), general counsel to Miriam R. Stein, not

individually, but solely in her capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy

estate (the "Estate") of J Publication Company (the "Debtor"), pursuant to Sections 330 and 331

of the Bankruptcy Code and Rule 2002(h) of the Federal Rules of Bankruptcy Procedure

("FRBP") files this application ("Application") for an order (i) allowing an administrative claim

for compensation in the amount of $54,184.49 consisting of fees in the amount of $51,592.50

and expenses in the amount of $2,591.99 (collectively, such requested fees and expense

reimbursement, the "Requested Compensation") incurred during the period of June 1  2022

through October 31, 2022 (the "Application Period");  (ii) authorizing the Trustee to pay FSLC

the Requested Compensation incurred during the Application Period; and (iii) limiting creditor

notice to those creditors that filed proofs of claim herein.  For its Application, FSLC respectfully

states the following:

## INTRODUCTION

1.        This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.        The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code" or the "Code"), FRBP 2016 (c) and 2002(h), and Local Rule 5082-1 of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3.        On April 9, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

4.        On the same date, the United States Trustee for the Northern District of Illinois appointed Miriam R. Stein as the Trustee for the Estate.

5.        On April 25, 2019, the Court entered an order [Dkt. 23] granting the Trustee's application to retain N. Neville Reid and his law firm Fox Swibel Levin & Carroll LLP ("FSLC") as her general counsel, in order to investigate and provide legal representation in all aspects of the Debtor's chapter 7 case, including identifying, collecting, and liquidating Estate assets, investigating and analyzing claims and assisting the Trustee with any related litigation.

6.        On August 29, 2019, the Court entered an order granting the first interim application for fees and expenses filed by FSLC [Dkt. 162] in the aggregate amount of $344,049.35, for the period April 9, 2019, through July 31, 2019, which fees were paid by the Trustee (the "First Interim Compensation").

2

7.      On December 19, 2019, the Court entered an order [Dkt. 259] granting FSLC's second interim application for fees and expenses filed on December 2, 2019 [Dkt. 247], for the period August 1, 2019, through November 25, 2019, allowing $148,134.50 in fees and $3,599.86 in expenses, which were paid by the Trustee (the "Second Interim Compensation").

8.      On April 28, 2020, the Court entered an order [Dkt. 313] granting FSLC's third interim application for fees and expenses filed on April 13, 2020 [Dkt. 300], for the period November 27, 2019, through March 31, 2020, allowing $111,615.50 in fees and $6,741.51 in expenses, which were paid by the Trustee (the "Third Interim Compensation").

9.      On August 25, 2020, the Court entered an order [Dkt. 348] granting FSLC's fourth interim application for fees and expenses filed on August 6, 2020 [Dkt. 327], for the period April 1, 2020, through July 31, 2020, allowing $81,393.00 in fees and $5,138.94 in expenses, which were paid by the Trustee (the "Fourth Interim Compensation").

10.      On December 8, 2020, the Court entered an order [Dkt. 381] granting FSLC's fifth interim application for fees and expenses filed on November 17, 2020 [Dkt. 373], for the period August 1, 2020, through November 11, 2020, allowing $102,215.40 in fees and $1,347.40 in expenses, which were paid by the Trustee (the "Fifth Interim Compensation").

11.      On March 30, 2021, the Court entered an order [Dkt. 411] granting FSLC's sixth interim application for fees and expenses filed on March 11, 2021 [Dkt. 404], for the period November 12, 2020, through February 28, 2021, allowing $152,518.50 in fees and $24,236.48 in expenses, which were paid by the Trustee (the "Sixth Interim Compensation").

12.      On July 27, 2021, the Court entered an order [Dkt. 442] granting FSLC's seventh interim application for fees and expenses filed on July 12, 2021 [Dkt. 433], for the period March 1, 2021, through June 30, 2021, allowing $88,395.00 in fees and $1,309.54 in expenses, which

were paid by the Trustee (the "Seventh Interim Compensation").

13.     On December 14, 2021, the Court entered an order [Dkt. 467] granting FSLC's eighth interim application for fees and expenses filed on November 24, 2021 [Dkt. 453], for the period July 1, 2021, through November 15, 2021, allowing $83,956.50 in fees and $518.10 in expenses, which were paid by the Trustee (the "Eighth Compensation").

14.     On March 29, 2022, the Court entered an order [Dkt. 503] granting FSLC's ninth interim application for fees and expenses filed on March 10, 2022 [Dkt. 487], for the period November 16, 2021 through February 28, 2022, allowing $ 96,303.50 in fees and $1,727.05 in expenses, which were paid by the Trustee.

15.     On June 28, 2022, the Court entered an order [Dkt. 528] granting FSLC's tenth interim application for fees and expenses filed on June 6, 2022 [Dkt. 517], for the period March 1, 2022, through May 31, 2022, allowing $ 51,376.500 in fees and $3,486.89 in expenses, which were paid by the Trustee (together with all of the aforementioned previous FSLC interim applications herein, the "Previous Compensation").

16.     During the Application Period, as more specifically described below, FSLC was actively engaged in each aspect of this bankruptcy case on behalf of the Trustee and the Estate, which included (i) reviewing and investigating claims filed against the estate and resolving objections to the same, a process which is now substantially complete (ii) follow up work related to protecting the Estate's rights to, and maximizing the value of, certain license rights to the trademarks "EBONY" and "EBONE" in connection with the bankruptcy case of Ebony Media Operations, LLC ("EMO") pending in Houston, Texas (the "Ebony Trademark Assets" and such related bankruptcy case the "EMO Bankruptcy Case"),  (iii) reviewing the extensive records located at various storage facilities in order to determine whether any of them need to be

4

forwarded to the purchasers of the Debtor's archive approved and closed earlier in the case as "Purchased Assets" (the "Archive Buyers"), or abandoned to the ownership of the Debtor and its principal Linda Johnson-Rice, in connection with a proposed assignment agreement among the Trustee, Ms. Rice and the Archive Buyers (the "Record Review"), and (iv) objecting to and/or resolving certain tax claims filed against the estate.   FSLC's work in advancing the claims resolution process, completing the Record Review and resolving potential tax issues affecting the estate has enabled the Trustee to draw closer to achieving her goal of preparing the case for a possible closure in 2022.

17.     Pursuant to FRBP 2016, FSLC hereby reiterates[1] that (i) none of the Previous Compensation has been shared by FSLC with any person or entity, and (ii) no agreement exists between FSLC and any other person or entity to share any of the Requested Compensation (or any future compensation of FSLC herein) with any person or entity, in each case excluding FSLC personnel (including attorneys, paralegals and employees).

## **REQUESTED RELIEF**

18.     FSLC files this Application to be allowed an interim administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee during the Application Period, and to authorize the Trustee to pay FSLC the Requested Compensation.

19.     Attached as Exhibit A to this Application is a schedule of the name and position of each attorney and paralegal who has performed work for the Trustee for which reimbursement is sought, the number of hours billed by each professional and his/her hourly billing rate, as well as the year each attorney graduated from law school and was admitted to practice in Illinois.

---

[1]     FSLC made a similar non-sharing representation in paragraph 13 of the Declaration of N. Neville Reid in support of FSLC's  application to be retained as general counsel to the Trustee [Dkt. 15-1].

20.    Attached as <u>Group Exhibit B</u> to this Application are the detailed chronological FSLC time entries by task, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period, consisting of the following categories: (B-1) Johnson Publishing Co., (B-2) General Case Administration, (B-3) Fee Applications, (B-4) Other Litigation- Litigation Trials and Appeals, (B-5) Claims Analysis and (B-6) Asset Investigation – Archive Collection. While there are some categories which overlap in subject matter, there is no duplication of time entries between categories.

21.    Attached as <u>Group Exhibit B</u> (*see B-1, B-2 and B-5*) to this Application is a summary of the actual, necessary expenses incurred by FSLC during the Application Period.

## PROFESSIONAL SERVICES RENDERED

22.    During the Application Period, and as more specifically delineated on <u>Group Exhibit B</u> hereto, FSLC performed the following services on behalf of the Trustee:

A.    *Johnson Publishing Co.*    (<u>B-1 in Group Exhibit B</u>):    This category includes time billed for (i) extensive research pertaining to  tax liabilities, penalties regarding late filings of tax claims and reviewing and revising objections to tax claims; (ii) resolving tax claims objections generally; and (iii) drafting and reviewing the motion to approve the settlement with Port Jervis.

[The tasks in this category account for $10,237.50 or 25.9 hours of the Requested Compensation.]

B.    *General Case Administration* (<u>B-2 in Group Exhibit B</u>):    This category includes time spent on (i) drafting and reviewing a motion to authorize expenses; (ii)  locating various addresses for proper service regarding an omnibus motion; and (3) continuing to  review, draft and/or resolve tax claim objections.

[The tasks in this category account for $12,027, or 35.9 hours of the Requested Compensation.]

C.      *Fee Applications* (<u>B-3 in Group Exhibit B</u>):  FSLC incurred time reviewing information for, and preparing and presenting, fee applications for professionals in this case.

[The tasks in this category account for $4,635, or 14.2 hours, of the Requested Compensation.]

D.      *Other Litigation – Litigation, Trials and Appeals* (<u>B-4 in Group Exhibit B</u>): FSLC incurred time on reviewing and analyzing unfiled tax claims and discussing tax objections.

[The tasks in this category account for $8,736.00 or 22.40 hours of the Requested Compensation.]

E.      *Claims Analysis* (<u>B-5 in Group Exhibit B</u>):  This category includes time billed for preparing, editing, revising and finalizing tax claim objections and finalizing the Kolmar settlement.

[The tasks in this category account for $9,940, or 21.20 hours of the Requested Compensation.]

F.      *Asset Investigation -Archive Collection (*B-6 in Group Exhibit B):  FSLC incurred time on (i) drafting and reviewing an assignment agreement, and making phone calls and sending emails to counsel related to the assignment; and (ii) reviewing box numbers and invoice information related to stored materials at R4 Storage.

[The tasks in this category account for $6,017.00 or 15.3 hours of the Requested

Compensation.]

## APPROPRIATENESS OF FEES

23.    The total amount of allowed fees sought by FSLC for professional services in this

Application is $ 51, 592.50.

24.    The professional services provided by FSLC to the Trustee during the Application

Period were necessary and appropriate to assist the Trustee with the administration of the

Debtor's case, were in the best interests of the Estate and helped to achieve (among other things)

greater progress towards a possible interim distribution and closure of the case, including through

(i) claims analysis, resolution and settlement of disputed claims, and the disposition of the Ebony

Trademark Assets, and (ii) confirming, through the Records Review, that no additional documents

or records needed to be retained by the Estate before the Estate is closed.  Compensation for the

services provided by FSLC is commensurate with the complexity, importance, and nature of the

problems, issues and tasks involved.  FSLC undertook all reasonable efforts to ensure that the

services it provided were performed in an efficient manner, without duplication of effort.

25.    FSLC's fees are recorded in a computerized time record system, from which the

billing records attached to this Application were generated.  FSLC has reviewed the billing

records to ensure their accuracy.

26.    FSLC's billing rates for the matters set forth in this Application are consistent

with reasonable and customary rates among attorneys and paralegals for the work performed.

27.    FSLC's requested fees are awardable pursuant to Section 330 of the Bankruptcy

Code as reasonable and necessary expenses incurred for the administration of the Estate.

## FSLC EXPENSE POLICIES: NOTICE

28.    FSLC charges clients for actual out-of-pocket expenses it incurs on their behalf

such as travel, postage, outside copying costs, outside vendor costs, and court fees. FSLC

typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this application.

29.     The expenses sought by FSLC in this Application relate to the cost of (i) multiple website research, including using Westlaw [$750.17], (ii)  Innovative Service Technology Management Services, Inc. for ongoing data storage [$42.50], (iii) Fed Ex. [$141.11], for mailing services, (iv) R4 Services LLC, for storage/box retrieval [$1,581.52] and (v) online filing to the Illinois Secretary of State relating to the annual report [$76.69].  These charges were necessary and benefited the Estate (see expenses listed in Exhibit B-1, B-2 and B-5 in Group Exhibit B).

30.     FSLC's requested expenses are awardable pursuant to Section 330 of the Bankruptcy Code as actual, necessary expenses incurred for the administration of the Debtor's Estate.

31.     Notice of this Application has been given to all creditors who filed a proof of claim in the case.  Rule 2002(h) permits the limitation of the "all creditor" service list to those creditors who filed proofs of claim in this case.  Since non-filing creditors are not entitled to any distribution in this case, FSLC submits that no further notice hereof to other creditors should be necessary.

WHEREFORE, FSLC requests entry of an order (i) allowing an administrative claim for the Requested Compensation; (ii) authorizing the Trustee to (a) immediately pay FSLC allowed fees in the amount of $51,592.50 at this time, and (b) reimburse FSLC for unpaid expenses in the amount of $2,591.99 incurred during the Application Period; and (iii) providing such other and further relief as is proper and just.

Dated:  November 8, 2022          **Miriam R. Stein, not individually, but solely in her capacity as the chapter 7 trustee for the bankruptcy estate of J Publication Company formerly known as Johnson Publishing Company LLC**

9

By: ___ */s/ N. Neville Reid* _____
      Fox Swibel Levin & Carroll LLP,
      General Bankruptcy Counsel to
      the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

10



EXHIBIT

A

# ATTORNEY AND PARALEGAL INFORMATION

| Rank | Full Name | Law School Class | Admitted to Practice in Illinois | Billing Rate | Time | Amount |
|------|-----------|------------------|----------------------------------|--------------|------|--------|
| | | | | | | |
| **ATTORNEYS** | | | | | | |
| Partner | N. Neville Reid | 1987 | 1987 | $525 | 16.2 | $ 8,505.00 |
| Partner | Terrence W. Stein | 1988 | 1988 | $525 | 5.9 | $ 3,097.50 |
| Associate | Steven Vanderporten | 2013 | 2013 | $425 | 18.7 | $ 7,947.50 |
| Associate | Kenneth Thomas | 2016 | 2016 | $390 | 46.8 | $ 18,252.00 |
| Associate | Anna Boshardy | 2022 | 2022 | $385 | 16.0 | $ 6,160.00 |
| **ATTORNEY TOTAL** | | | | | 103.6 | **$ 43,962.00** |

| Rank | Full Name | | | Billing Rate | Time | Amount |
|------|-----------|---|---|--------------|------|--------|
| | | | | | | |
| **PARAPROFESSIONALS** | | | | | | |
| Paralegal | Eric B. Anderson | | | $235/$255 | 3.8 | $ 893.00 |
| Paralegal | Lydia Follmer | | | $245 | 0.5 | $ 122.50 |
| Paralegal | Blair Henderson | | | $245 | 23.0 | $ 5,635.00 |
| Paralegal | Lavinia Supuran | | | $245 | 4.0 | $ 980.00 |
| **PARAPROFESSIONAL TOTAL** | | | | | 31.3 | **$ 7,630.50** |

| **GRAND TOTAL** | | | | **$51,592.50** |
|-----------------|---|---|---|---------------|

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

**EXHIBIT**
**B -1**

November 7, 2022

Miriam Stein

Invoice: 116189

File Number: 07094-001

Billed Through: 09/30/2022

# Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing/Johnson Publishing Co.

## PROFESSIONAL SERVICES

| 06/03/2022 | LSS | B110 | Draft NOM re Motion to Approve Settlement with Port Jervis; (.50)  research the case in Pacer  and the Judge's hearing schedule and the zoom information (.50). | 1.00 hrs @ 245.00/hr | 245.00 |
| 06/06/2022 | LSS | B110 | Finalize NOM and Motion to Approve Settlement with Port Jervis; (.70)  File Motion with the Federal Court; (.40); Obtained filed-stamped copy and forwarded to copy service for mail service to creditors; (.20) ( Proof of Claim recipients). Research Claim Register Docket for any additional creditors, and compare to the existing Excel Spreadsheet of creditors; (1.7). | 3.00 hrs @ 245.00/hr | 735.00 |
| 07/29/2022 | ARB | | Conferred with N. Reid regarding tax objections and background of matter; (.20) reviewed correspondence regarding same (.10) | 0.30 hrs @ 385.00/hr | 115.50 |
| 08/01/2022 | ARB | | Reviewed spreadsheet of tax liabilities by state and correspondence with various states regarding tax liability. | 0.70 hrs @ 385.00/hr | 269.50 |
| 08/02/2022 | ARB | | Reviewed tax liability documents and communications related to same; (.30) participated in meeting with client regarding plan for drafting objections to tax liabilities (.60) | 0.90 hrs @ 385.00/hr | 346.50 |
| 08/03/2022 | TWS | | conference call re: tax issues | 0.50 hrs @ 525.00/hr | 262.50 |
| 08/05/2022 | ARB | | Conferred with K. Thomas regarding review and confirmation of tax claims; (.20 reviewed claims  in connection with same (.20) | 0.40 hrs @ 385.00/hr | 154.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Johnson Publishing Co.

Invoice # 116189

Fox Swibel Levin & Carroll LLP

November 7, 2022

Page # 2

| 08/05/2022 | TWS | research re: FBAR and other late filing penalties | 1.40 hrs @ 525.00/hr | 735.00 |
|---|---|---|---|---|
| 08/09/2022 | ARB | Reviewed correspondence regarding draft omnibus tax objection. | 0.10 hrs @ 385.00/hr | 38.50 |
| 08/09/2022 | TWS | research re: possible tax liability for trustee | 4.00 hrs @ 525.00/hr | 2,100.00 |
| 08/10/2022 | ARB | Reviewed claims register to verify list of tax liabilities in connection with drafting of objections. | 0.40 hrs @ 385.00/hr | 154.00 |
| 08/12/2022 | ARB | Reviewed claims register to verify list of claims to be objected to; (1.0); communicated with K. Thomas regarding next steps for same (.30) | 1.30 hrs @ 385.00/hr | 500.50 |
| 08/15/2022 | ARB | Updated table of claims from various state tax authorities. | 0.80 hrs @ 385.00/hr | 308.00 |
| 08/29/2022 | ARB | Communicated with N. Reid and team regarding status of objections. | 0.20 hrs @ 385.00/hr | 77.00 |
| 09/02/2022 | ARB | Worked on preparation of tax objections. | 1.40 hrs @ 385.00/hr | 539.00 |
| 09/07/2022 | ARB | Worked on draft objections for tax liabilities. | 0.50 hrs @ 385.00/hr | 192.50 |
| 09/09/2022 | ARB | Worked on tax objections(.20); reviewed relevant statutes in connection with same (1.1) | 1.30 hrs @ 385.00/hr | 500.50 |
| 09/22/2022 | ARB | Conferred with A. Lasko re: basis for tax objections(.70); reviewed claim documents in connection with same (.20) | 0.90 hrs @ 385.00/hr | 346.50 |
| 09/23/2022 | ARB | Worked on drafting of tax claim objections. | 1.20 hrs @ 385.00/hr | 462.00 |
| 09/24/2022 | ARB | Drafted objections for tax claims (1.3); reviewed applicable case law and statutes in connection with same (1.2) | 2.50 hrs @ 385.00/hr | 962.50 |
| 09/27/2022 | ARB | Reviewed and revised draft tax claim objections. | 0.70 hrs @ 385.00/hr | 269.50 |
| 09/30/2022 | ARB | Reviewed and revised draft tax claim objections. | 2.40 hrs @ 385.00/hr | 924.00 |

Total Professional Services:    $10,237.50

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| TWS | Stein, Terry W | 5.90 | $3,097.50 |
| ARB | Boshardy, Anna | 16.00 | $6,160.00 |
| LSS | Supuran, Lavinia | 4.00 | $980.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Fox Swibel Levin & Carroll LLP

Johnson Publishing Co.

November 7, 2022

Invoice # 116189

Page # 3

## DISBURSEMENTS

| | | |
|---|---|---|
| 04/25/2022 | FedEx-7-744-53582<br>Account #:  1339-6006-6 - Delivery services/messengers | $43.06 |
| 06/29/2022 | FedEx-7-803-89930<br>Account #:  1339-6006-6 - Delivery services/messengers | $37.49 |
| 07/06/2022 | FedEx-7-810-86543<br>Account #:  1339-6006-6 - Delivery services/messengers | $23.07 |
| 07/06/2022 | FedEx-7-810-86543<br>Account #:  1339-6006-6 - Delivery services/messengers | $37.49 |
| 08/03/2022 | R-4 Services LLC-A258357<br>R4 Storage Facility - JPC check request for box retrieval request<br>Client Exp Other | $1,581.52 |
| 08/10/2022 | (IST) Innovative Service Technology Management Services, Inc.-ED001718<br>Data Storage<br>Client Exp Other | $14.60 |

Total Disbursements: $1,737.23

## BILL SUMMARY

BALANCE DUE UPON RECEIPT                                                    $11,974.73

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

**EXHIBIT**
**B - 2**

November 7, 2022

Miriam Stein as Chapter 7 Trustee of the Estate
of Johnson Publishing Company

Invoice: 116619

File Number: 07094-002

Billed Through: 11/01/2022

# Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing/General Case Administration

## _PROFESSIONAL SERVICES_

| Date | Initials | Description | Rate | Amount |
|---|---|---|---|---|
| 06/03/2022 | EBA | Conferred with LS re filing motion to settle with Kolmar | 0.50 hrs @ 235.00/hr | 117.50 |
| 06/03/2022 | SLV | Analyze need for additional administrative expense motion | 0.60 hrs @ 425.00/hr | 255.00 |
| 06/06/2022 | EBA | assisted BMH with filing JPC fee apps for FSLC, Lasko, Gutnicki, and Mimi; | 1.00 hrs @ 235.00/hr | 235.00 |
| 06/14/2022 | NNR | review emails/set up call re: status of case | 0.20 hrs @ 525.00/hr | 105.00 |
| 06/21/2022 | LLF | File online Illinois annual report for J Publication LLC and report status to Neville Reid. | 0.50 hrs @ 245.00/hr | 122.50 |
| 06/23/2022 | KT | Call with N. Reid to discuss case update. | 0.10 hrs @ 390.00/hr | 39.00 |
| 06/23/2022 | SLV | Draft e-mail to M. Stein re Ashfords bill and settlement with Kolmar (.2). | 0.20 hrs @ 425.00/hr | 85.00 |
| 06/24/2022 | BMH | Review email thread re checks for distribution pertaining to the FSLC tenth fee app and R4 storage facilities (.20) draft notice of filing in preparation of filing an amended exhibit (.20) file same with ILNB (.20). | 1.50 hrs @ 245.00/hr | 367.50 |
| 06/27/2022 | BMH | Draft email to M. Kelly at R4 Services re check for box review (.10) draft letter enclosing check re same (.10) | 0.20 hrs @ 245.00/hr | 49.00 |
| 07/01/2022 | BMH | Review email re Notice of  Filing re executed assignment agreement to Agreement Motion [Dkt.477] (.10); draft copy of same (.10) file same with proposed order with ILNB (.20) | 0.40 hrs @ 245.00/hr | 98.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing
General Case Administration
Invoice # 116619

Fox Swibel Levin & Carroll LLP
November 7, 2022
Page # 2

| 07/05/2022 | NNR | status call with KT re: what is needed to close the case and email to A Lasko re: same | 0.20 hrs @ 525.00/hr | 105.00 |
|---|---|---|---|---|
| 07/06/2022 | KT | Call with N. Reid to discuss case. | 0.20 hrs @ 390.00/hr | 78.00 |
| 07/18/2022 | EBA | Reviewed Chicago Print Plus invoices (.1); remitted to Trustee for payment (.1) | 0.20 hrs @ 235.00/hr | 47.00 |
| 07/21/2022 | KT | Call with N. Reid to discuss remaining case issues. | 0.30 hrs @ 390.00/hr | 117.00 |
| 07/21/2022 | NNR | email with Alan Lasko re: status of tax claim and objections | 0.10 hrs @ 525.00/hr | 52.50 |
| 07/25/2022 | KT | Call with Getty representative re: getting documents out of storage facilities. | 0.10 hrs @ 390.00/hr | 39.00 |
| 07/25/2022 | KT | Draff and revise email to EMO trustee and counsel requesting case update (.1);  Call and leave voicemail re: same  (.1). | 0.20 hrs @ 390.00/hr | 78.00 |
| 07/26/2022 | NNR | review emails re: tax spreadsheet and meeting | 0.10 hrs @ 525.00/hr | 52.50 |
| 07/27/2022 | NNR | discussion with KT and M. Fisher re: tax claims and Houston secured claim proceeds and general planning to end the case | 0.30 hrs @ 525.00/hr | 157.50 |
| 07/29/2022 | NNR | discussion with A. Boshardy re: JPC Tax Claim Objections and organize/ send documents to group in advance of August 2 call | 0.70 hrs @ 525.00/hr | 367.50 |
| 08/01/2022 | BMH | Review email from KMT and M. Kelly re inventory list of boxes at R4 storage facility (.10); respond to email re findings of inventory list (.10); draft filing documents for KMT review in preparation of filing Eleventh fee application (.20) | 0.40 hrs @ 245.00/hr | 98.00 |
| 08/01/2022 | SLV | Attend to Ashfords payment (.2). | 0.20 hrs @ 425.00/hr | 85.00 |
| 08/02/2022 | BMH | Meeting with KMT re discrepancy in inventory list re R4 storage facility(.40)  research re inventory list to find discrepancy of same (.40) | 0.80 hrs @ 245.00/hr | 196.00 |
| 08/02/2022 | NNR | prepare for, participate in conference call with team re: tax issues | 0.70 hrs @ 525.00/hr | 367.50 |
| 08/02/2022 | SLV | Review A. Lasko notes re tax claims (.5); attend zoom meeting with M. Stein (.8) attend call with M. Stein re rent motion (.1). | 1.40 hrs @ 425.00/hr | 595.00 |
| 08/03/2022 | BMH | Telephone conference with KMT re resolution of discrepancy of inventory list at R4 storage facility (.20); review/respond to email thread to R4 re payment for box retrieval(.20) | 0.40 hrs @ 245.00/hr | 98.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Fox Swibel Levin & Carroll LLP

General Case Administration

November 7, 2022

Invoice # 116619

Page # 3

| 08/03/2022 | SLV | Draft Motion to Authorize Expenses (2.0); draft e-mail to R. Podorovski re non-rent expenses and analyze response to same (.4). | 2.40 hrs @ 425.00/hr | 1,020.00 |
| 08/08/2022 | SLV | Revise Motion to Approve Payment of Rent Expenses | 0.30 hrs @ 425.00/hr | 127.50 |
| 08/09/2022 | BMH | Draft Notice of Motion for Omnibus Objection (.20), research addresses of taxing agencies who did not file proof of claim re service of Omnibus Objection (.60) | 0.80 hrs @ 245.00/hr | 196.00 |
| 08/09/2022 | KT | Call with Mark Fisher to discuss case update. | 0.10 hrs @ 390.00/hr | 39.00 |
| 08/09/2022 | SLV | Finalize Motion to Approve Payment of Administrative Expenses and Proposed Order (.5). | 0.50 hrs @ 425.00/hr | 212.50 |
| 08/10/2022 | BMH | Draft Notice of Motion for payment of landord expenses for filing (.60) file copy of same to Northern Illinois District Bankruptcy Court (.20) | 0.80 hrs @ 245.00/hr | 196.00 |
| 08/12/2022 | EBA | Drafted Affidavit for Kwik Kopy re service of notice of special tax bar date (.4); revisions thereto (.3); email exchange with KMT re affidavits from KK and WSJ (.2) | 0.90 hrs @ 235.00/hr | 211.50 |
| 08/16/2022 | BMH | Draft NOF in preparation of filing affidavits with the ILNB Court (.30) file same (.20) | 0.50 hrs @ 245.00/hr | 122.50 |
| 08/16/2022 | KT | Draft and revise email re: EMO case. | 0.10 hrs @ 390.00/hr | 39.00 |
| 08/17/2022 | BMH | Search for various taxing agent addresses for service of Omnibus Motion | 0.50 hrs @ 245.00/hr | 122.50 |
| 08/17/2022 | SLV | analyze draft objection on tax claims (.2). | 0.20 hrs @ 425.00/hr | 85.00 |
| 08/18/2022 | BMH | Locate various addresses for service re Omnibus motion | 1.80 hrs @ 245.00/hr | 441.00 |
| 08/22/2022 | BMH | Phone conference with M. Rivera from the ILNB court re instructions on filing the Omnibus Objection (.30); file same with court and docket same (.20); send instructions to Kwik Kopy to serve same (.10) | 0.70 hrs @ 245.00/hr | 171.50 |
| 08/23/2022 | SLV | Prepare for/attend hearing on Motion to Authorize Payment of Administrative Expenses (.5). | 0.50 hrs @ 425.00/hr | 212.50 |
| 08/24/2022 | KT | Call with N. Reid and M. Fisher to provide update on case. | 0.40 hrs @ 390.00/hr | 156.00 |
| 08/24/2022 | KT | Draft and revise email to EMO counsel re: update on case. | 0.30 hrs @ 390.00/hr | 117.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

General Case Administration

Invoice # 116619

Fox Swibel Levin & Carroll LLP

November 7, 2022

Page # 4

| 08/24/2022 | NNR | status call with Mark Fisher re: tax claims and pathway to closure of the case | 0.40 hrs @ 525.00/hr | 210.00 |
|---|---|---|---|---|
| 08/29/2022 | SLV | Prepare for Zoom re tax claims objection (.2); attend Zoom meeting re tax claims objections (.2). | 0.40 hrs @ 425.00/hr | 170.00 |
| 08/31/2022 | KT | Call with creditor re: case status and update. | 0.20 hrs @ 390.00/hr | 78.00 |
| 09/02/2022 | KT | Call with A. Boshardy re: tax claims objections. | 0.10 hrs @ 390.00/hr | 39.00 |
| 09/12/2022 | NNR | meeting with Anna B. re: tax objections | 0.10 hrs @ 525.00/hr | 52.50 |
| 09/12/2022 | SLV | Attend call with N. Reid re status on January 13, 2022 (.1) | 0.10 hrs @ 425.00/hr | 42.50 |
| 09/23/2022 | EBA | Investigation as to IDES refund request | 0.70 hrs @ 235.00/hr | 164.50 |
| 09/27/2022 | KT | Call with N. Reid and A. Boshardy re: tax objections (.5); Draft and revise emails re: tax refund (.1). | 0.60 hrs @ 390.00/hr | 234.00 |
| 09/28/2022 | EBA | Prepared U-28 IDES form (refund for overpayment of employee taxes) and transmitted to KMT for review (.2); telephone call with KMT (.1); revisions to form and transmitted to IDES (.1) | 0.40 hrs @ 235.00/hr | 94.00 |
| 09/28/2022 | KT | Call with E. Anderson re: tax refund (.2); Review draft refund request (.1). | 0.30 hrs @ 390.00/hr | 117.00 |
| 10/05/2022 | KT | Call re: tax objection. | 0.10 hrs @ 390.00/hr | 39.00 |
| 10/06/2022 | BMH | Draft notices in preparation of filing four objections to tax claims, send to KMT for review and approval (.90) | 0.90 hrs @ 245.00/hr | 220.50 |
| 10/06/2022 | KT | Draft and revise edits to tax objections. | 1.20 hrs @ 390.00/hr | 468.00 |
| 10/06/2022 | KT | Call with EMO Trustee's counsel re: claim (.9); Call with M. Fisher re: same (.1). | 1.00 hrs @ 390.00/hr | 390.00 |
| 10/07/2022 | BMH | Continue work on notices for tax objection claims; file pleadings with Bankruptcy Court ( .30); serve same via email (.10) | 3.40 hrs @ 245.00/hr | 833.00 |
| 10/07/2022 | KT | Draft and revise proposed orders for tax objections. | 0.70 hrs @ 390.00/hr | 273.00 |
| 10/12/2022 | BMH | Prepare for filing notice of hearing for tax claim objection, 113 | 0.20 hrs @ 245.00/hr | 49.00 |
| 10/12/2022 | EBA | Email to Trustee re payment of Chicago Print Plus Invoice #96087 | 0.10 hrs @ 235.00/hr | 23.50 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

General Case Administration

Invoice # 116619

Fox Swibel Levin & Carroll LLP

November 7, 2022

Page # 5

| | | | | |
|---|---|---|---|---|
| 10/17/2022 | KT | Call with N. Reid to discuss JPC tax claims (.2); Review and analyze claim objections (.2). | 0.40 hrs @ 390.00/hr | 156.00 |
| 10/19/2022 | KT | Review JPC tax objections and review bankruptcy code. | 2.00 hrs @ 390.00/hr | 780.00 |
| 10/26/2022 | KT | Review JPC tax objections and bankruptcy code. | 0.30 hrs @ 390.00/hr | 117.00 |

Total Professional Services: $12,027.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| NNR | Reid, Neville N | 2.80 | $1,470.00 |
| SLV | Vanderporten, Steve L | 6.80 | $2,890.00 |
| KT | Thomas, Kenneth | 8.70 | $3,393.00 |
| BMH | Henderson, Blair M | 13.30 | $3,258.50 |
| LLF | Follmer, Lydia | 0.50 | $122.50 |
| EBA | Anderson, Eric B | 3.80 | $893.00 |

## *DISBURSEMENTS*

| | | |
|---|---|---|
| 06/21/2022 | Capital One-165583334445930662<br>File online IL annual report (2022) for J Publication Company LLC per Neville Reid.<br>File online IL annual report (2022) for J Publication Company LLC per Neville Reid. | $76.69 |
| 06/28/2022 | (IST) Innovative Service Technology Management Services, Inc.-ED001075<br>Data Storage<br>Data Storage | $13.30 |
| 09/01/2022 | Capital One-846943825<br>Westlaw Charges 08/01/22 - 08/31/22 | $615.66 |
| 09/20/2022 | (IST) Innovative Service Technology Management Services, Inc.-ED002205<br>Data Storage<br>7094-2 Data Storage | $14.60 |
| 10/01/2022 | Capital One-847105380<br>Westlaw Charges 09/01/22 - 09/31/22 | $968.39 |

Total Disbursements: $1,688.64

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing          Fox Swibel Levin & Carroll LLP

General Case Administration                                                    November 7, 2022

Invoice # 116619                                                               Page # 6

## _**BILL SUMMARY**_

BALANCE DUE UPON RECEIPT                                                        $13,715.64

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

EXHIBIT
**B -3**

November 7, 2022

Miriam Stein

Invoice: 116620

File Number: 07094-006

Billed Through: 11/01/2022

## Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing/Fee Applications

### PROFESSIONAL SERVICES

| Date | ID | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/01/2022 | BMH | Finalize draft of FSLC Tenth Interim Fee app | 1.60 hrs @ 245.00/hr | 392.00 |
| 06/02/2022 | BMH | Complete draft of FSLC Tenth Fee App and send to NNR for review. | 2.60 hrs @ 245.00/hr | 637.00 |
| 06/03/2022 | BMH | Draft Cover sheet, Notice and Proposed Order for Lasko Ninth Fee App | 1.30 hrs @ 245.00/hr | 318.50 |
| 06/03/2022 | KT | Draft and revise motion to pay Trustee's commission. (1.2) Draft and revise proposed order. (.3) Review local rules re: commission. (.1) | 1.60 hrs @ 390.00/hr | 624.00 |
| 06/03/2022 | NNR | review, edit, revise fee apps for FSLC and other professionals | 1.30 hrs @ 525.00/hr | 682.50 |
| 06/06/2022 | BMH | Revise, edit and prepare FSLC Tenth Fee Application, Lasko Ninth Fee Application, Gutnicki LLP Third Interim Fee Application and Miriam Stein Trustee Fifth fee application and all relevant documents for filing (3.3) send copies to Kwik Kopy for service of same (.3); docket same (.2) | 3.80 hrs @ 245.00/hr | 931.00 |
| 06/06/2022 | NNR | review, edit, revise, supervise filing of fee apps | 2.00 hrs @ 525.00/hr | 1,050.00 |

Total Professional Services: $4,635.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| NNR | Reid, Neville N | 3.30 | $1,732.50 |
| KT | Thomas, Kenneth | 1.60 | $624.00 |

| Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing | | Fox Swibel Levin & Carroll LLP |
|---|---|---|
| Fee Applications | | November 7, 2022 |
| Invoice # 116620 | | Page # 2 |

| BMH | Henderson, Blair M | 9.30 | $2,278.50 |
|---|---|---|---|

## BILL SUMMARY

| BALANCE DUE UPON RECEIPT | $4,635.00 |
|---|---|

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

EXHIBIT
**B - 4**

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 7, 2022

Miriam Stein

Invoice: 116621

File Number: 07094-010

Billed Through: 11/01/2022

## Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing/Other Litigation - Litigation, Trials and Appeals

### PROFESSIONAL SERVICES

| 08/02/2022 | KT | Call with A. Boshardy, N. Reid, S. Vanderporten, Alan Lasko, and the Trustee re: tax claims. | 0.70 hrs @ 390.00/hr | 273.00 |
|---|---|---|---|---|
| 08/03/2022 | KT | Research and analyze case law re: informal proofs of claim. (.5). Research cases re: objecting to unfiled claims. (.5) Review Tax Bar Date Order. (.4). Calls with N. Reid to discuss tax objections. (.3) Draft and revise omnibus tax objection. (2.5) Draft and revise proposed order. (.2) Review bankruptcy code and bankruptcy rules re: omnibus objections. (.4). | 4.40 hrs @ 390.00/hr | 1,716.00 |
| 08/04/2022 | KT | Draft and revise email re: EMO bankruptcy case (.1); Review and analyze charts re: tax claims (.5). | 0.60 hrs @ 390.00/hr | 234.00 |
| 08/05/2022 | KT | Call with A. Boshardy re: analyzing claims chart and claims register (.4); Review tax claims information (.1). | 0.50 hrs @ 390.00/hr | 195.00 |
| 08/08/2022 | KT | Draft and revise omnibus tax objection (1.0); Draft and revise chart exhibit (.6); Draft and revise proposed order (.2). | 1.80 hrs @ 390.00/hr | 702.00 |
| 08/10/2022 | KT | Meeting with E. Anderson re: special tax bar date service. | 0.30 hrs @ 390.00/hr | 117.00 |
| 08/12/2022 | KT | Draft and revise edits to tax motion (.2); Call with A. Boshardy re: same. (.1). | 0.30 hrs @ 390.00/hr | 117.00 |
| 08/15/2022 | KT | Review and revise COS for Omnibus tax objection. | 0.30 hrs @ 390.00/hr | 117.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Fox Swibel Levin & Carroll LLP

Other Litigation - Litigation, Trials and Appeals

November 7, 2022

Invoice # 116621

Page # 2

| 08/16/2022 | KT | Draft and revise omnibus tax objection chart including confirming claims not filed and dates of letters (1.5); Draft and revise proposed order (.2); Review JPC tax notices. (.4) | 2.10 hrs @ 390.00/hr | 819.00 |
|---|---|---|---|---|
| 08/17/2022 | KT | Draft and revise omnibus tax objection (.2); Draft and revise chart for omnibus objection (.7); Draft and revise form tax objection (1.3); Review state laws to determine service pursuant to Bankruptcy Rule 7004 (1.9). | 4.10 hrs @ 390.00/hr | 1,599.00 |
| 08/18/2022 | KT | Revise NOM and COS to be consistent with official form for objections (.5); Review rules re: objections (.3); Draft and revise edits to form tax objection (.1); Draft email to team re: same (.1). | 1.00 hrs @ 390.00/hr | 390.00 |
| 08/19/2022 | KT | Draft and revise COS for first omnibus tax motion (.3); Draft and revise emails to B. Henderson re: filing (.2); Calls with B. Henderson re: filing (.4). | 0.90 hrs @ 390.00/hr | 351.00 |
| 08/22/2022 | KT | Draft and revise emails re: finalizing filing of omnibus objection re: taxes. | 0.20 hrs @ 390.00/hr | 78.00 |
| 08/29/2022 | KT | Draft and revise objection to IDOR tax claim (1.3); Draft and revise objection to IRS claim (.3); Call with A. Boshardy, N. Reid, and S. Vanderpoorten re: tax claims (.1). | 1.70 hrs @ 390.00/hr | 663.00 |
| 09/06/2022 | KT | Call with Illinois Attorney General's office about omnibus objection to IDES claim (.2); Draft and revise emails with IDES re: refund (.2); Draft and revise IRS tax objection (.5). | 0.90 hrs @ 390.00/hr | 351.00 |
| 09/27/2022 | KT | Review and analyze motion in preparation for hearing (.3); Call and speak with clerk (.1). | 0.40 hrs @ 390.00/hr | 156.00 |
| 10/03/2022 | KT | Call with A. Boshardy re: tax objection. | 0.10 hrs @ 390.00/hr | 39.00 |
| 10/10/2022 | KT | Draft and revise IRS tax objection (1.0); Call with S. Vanderporten to discuss JPC tax objection (.3). | 1.30 hrs @ 390.00/hr | 507.00 |
| 10/12/2022 | KT | Review and revise notices to be filed with IRS tax objection (.6); Call with M. Stein re: same (.2). | 0.80 hrs @ 390.00/hr | 312.00 |

Total Professional Services:   $8,736.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| KT | Thomas, Kenneth | 22.40 | $8,736.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing      Fox Swibel Levin & Carroll LLP
Other Litigation - Litigation, Trials and Appeals                                       November 7, 2022
Invoice # 116621                                                                                Page # 3

## BILL SUMMARY

BALANCE DUE UPON RECEIPT                                                              $8,736.00

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

EXHIBIT
B-5

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 7, 2022

Miriam Stein

Invoice: 116622

File Number: 07094-011

Billed Through: 11/01/2022

## Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing/Claims Analysis

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/03/2022 | SLV | Attend call with N. Reid re Kolmar settlement (.1); Prepare / finalize 9019 Motion re Kolmar (.4); | 0.50 hrs @ 425.00/hr | 212.50 |
| 06/21/2022 | SLV | Draft e-mail to M. Stein re Kolmar settlement agreement (.2) | 0.20 hrs @ 425.00/hr | 85.00 |
| 06/22/2022 | SLV | Attend to further revisions to settlement agreement at request of Braford, multiple correspondence and emails re same | 0.50 hrs @ 425.00/hr | 212.50 |
| 06/24/2022 | SLV | Attend to finalizing Settlement Agreement with Port Jervis (.4). | 0.40 hrs @ 425.00/hr | 170.00 |
| 06/28/2022 | SLV | Prepare/attend for hearing on Motion to Approve Settlement (Kolmar/Port Jervis) (.3); briefly attend hearing and draft e-mail to M. Stein, Kolmar's counsel, re disposition of Motion (granted) (.2). | 0.50 hrs @ 425.00/hr | 212.50 |
| 06/29/2022 | SLV | Draft e-mail to M. Stein re signature on Kolmar/Port Jervis settlement (.1). | 0.10 hrs @ 425.00/hr | 42.50 |
| 07/19/2022 | NNR | discussion with M. Stein re: close out meeting re: tax issues and email to A. Lasko re: same | 0.20 hrs @ 525.00/hr | 105.00 |
| 07/29/2022 | SLV | Analyze e-mails/materials re tax claims in advance of August 2, 2022 meeting (.5) | 0.50 hrs @ 425.00/hr | 212.50 |
| 08/03/2022 | NNR | prepare for, participate in conference call with Alan and Terry re: international tax issues | 0.60 hrs @ 525.00/hr | 315.00 |
| 08/03/2022 | NNR | call with KT re: tax claim issues | 0.20 hrs @ 525.00/hr | 105.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Fox Swibel Levin & Carroll LLP

Claims Analysis

November 7, 2022

Invoice # 116622

Page # 2

| | | | | |
|---|---|---|---|---|
| 08/10/2022 | NNR | discussion with Terry Stein re: use of Section 505 to clear up tax issues | 0.20 hrs @ 525.00/hr | 105.00 |
| 08/10/2022 | NNR | review, edit omnibus objection | 0.30 hrs @ 525.00/hr | 157.50 |
| 08/18/2022 | NNR | edit, revise form objection for tax claims | 0.20 hrs @ 525.00/hr | 105.00 |
| 08/29/2022 | NNR | confer with team re: status of tax objections | 0.30 hrs @ 525.00/hr | 157.50 |
| 08/29/2022 | SLV | Draft e-mail to M. Stein, F. McGowen re signed agreement (.2). | 0.20 hrs @ 425.00/hr | 85.00 |
| 08/31/2022 | SLV | Commence drafting Objection to Tax Claim (2.0) | 2.00 hrs @ 425.00/hr | 850.00 |
| 09/08/2022 | SLV | Draft objection to claims filed by the New York State Department of Taxation (2.2) | 2.20 hrs @ 425.00/hr | 935.00 |
| 09/12/2022 | SLV | Draft objection to New York Department of Labor, Division of Unemployment Insurance Claims | 1.10 hrs @ 425.00/hr | 467.50 |
| 09/21/2022 | SLV | Analyze A. Lasko additional comments to Objections (.2). | 0.20 hrs @ 425.00/hr | 85.00 |
| 09/27/2022 | NNR | analyze sale issue re: Kolmar property; call with R. Klein and Steve V. re: FF rights in the collateral (0.4); conference call with Anna B. and K. Thomas re: status of tax issues (0.5) | 0.90 hrs @ 525.00/hr | 472.50 |
| 09/27/2022 | SLV | Attend call with N. Reid and R. Klein re good in Kolmar's possession | 0.30 hrs @ 425.00/hr | 127.50 |
| 09/29/2022 | NNR | edit, revise tax objections | 2.00 hrs @ 525.00/hr | 1,050.00 |
| 09/30/2022 | NNR | edit, revise objections and discussion with client re: status of same | 1.40 hrs @ 525.00/hr | 735.00 |
| 09/30/2022 | SLV | Attend call with N. Reid re status of objection (.1). | 0.10 hrs @ 425.00/hr | 42.50 |
| 10/04/2022 | NNR | review draft orders and email to Anna re: comments on same | 0.40 hrs @ 525.00/hr | 210.00 |
| 10/07/2022 | NNR | review IRS objection and discussion with KT re: same | 0.30 hrs @ 525.00/hr | 157.50 |
| 10/07/2022 | SLV | Finalize objections (104-1, 107-1, 103-1, 103-2, 115-1) (2.5). | 2.50 hrs @ 425.00/hr | 1,062.50 |
| 10/10/2022 | NNR | edit, revise tax objections | 2.30 hrs @ 525.00/hr | 1,207.50 |
| 10/10/2022 | SLV | Revise objections to NY Taxing Entities claims (.6). | 0.60 hrs @ 425.00/hr | 255.00 |

Total Professional Services: $9,940.00

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Claims Analysis

Invoice # 116622

Fox Swibel Levin & Carroll LLP

November 7, 2022

Page # 3

| ID | Timekeeper Name | Hours | Total Fees |
|----|-----------------|-------|-----------|
| NNR | Reid, Neville N | 9.30 | $4,882.50 |
| SLV | Vanderporten, Steve L | 11.90 | $5,057.50 |

## DISBURSEMENTS

| | | |
|----|----|----|
| 05/01/2022 | Capital One-846281964<br>Westlaw Charges 04/01/2022 - 04/30/2022 | $69.20 |
| 06/01/2022 | Capital One-846447072<br>Westlaw Charges 05/01/2022 - 05/31/2022 | $65.31 |
| 10/01/2022 | Capital One-847105380<br>Westlaw Charges 09/01/22 - 09/31/22 | $30.06 |
| | Total Disbursements: | $164.57 |

## BILL SUMMARY

| | |
|----|----|
| BALANCE DUE UPON RECEIPT | $10,104.57 |

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

| EXHIBIT |
| --- |
| **B-6** |

November 7, 2022

Miriam Stein as Chapter 7 Trustee of the Estate
of Johnson Publishing

Invoice: 116623

File Number: 07094-015

Billed Through: 11/01/2022

## Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing/Asset Investigation - Archive Collection

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours/Rate | Amount |
| --- | --- | --- | --- | --- |
| 06/21/2022 | KT | Attend JPC hearing on archive assignment agreement (.3); call with N. Reid to discuss (.1). | 0.40 hrs @ 390.00/hr | 156.00 |
| 06/22/2022 | BMH | Review email re coordinating time for remaining boxes at Johnson Bldg. (.10), phone call with J. Roach re same (.30) | 0.40 hrs @ 245.00/hr | 98.00 |
| 06/22/2022 | KT | Call with M. Fisher to discuss assignment agreement. (.1) Draft and revise emails to R4 and other parties re: review of Fashion Fair Documents. (.6) Review and analyze invoices re: costs of review. (.8) | 1.50 hrs @ 390.00/hr | 585.00 |
| 06/23/2022 | KT | Call with K. Davis to discuss archive assignment agreement. | 0.30 hrs @ 390.00/hr | 117.00 |
| 06/24/2022 | KT | Draft and revise offer for consideration in assignment agreement (.8); Draft and revise assignment agreement amended and restated (1.5); Review proposed order (.4); Calls with K. Davis re: assignment agreement (.8); Draft and revise email to client re: status of agreement (.2). | 3.80 hrs @ 390.00/hr | 1,482.00 |
| 06/27/2022 | KT | Draft and revise emails re: assignment agreement (.3); Draft and revise emails re: scheduling review of fashion fair documents at R4 (.2). | 0.50 hrs @ 390.00/hr | 195.00 |
| 06/28/2022 | KT | Call with K. Davis re: assignment agreement (.1); Review emails re: same (.1). | 0.20 hrs @ 390.00/hr | 78.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Fox Swibel Levin & Carroll LLP

Asset Investigation - Archive Collection

November 7, 2022

Invoice # 116623

Page # 2

| Date | Timekeeper | Description | Rate | Amount |
|---|---|---|---|---|
| 06/29/2022 | KT | Call with Trustee to discuss agreement (.1); Call with N. Reid re: same (.3); Draft and revise assignment agreement (.4); Review spreadsheet for FF materials (.1). | 0.90 hrs @ 390.00/hr | 351.00 |
| 06/29/2022 | NNR | review assignment agreement and discuss same with KT | 0.80 hrs @ 525.00/hr | 420.00 |
| 06/30/2022 | KT | Draft and revise emails to counsel for LJ Rice re: FF materials (.2); Draft and revise emails re: assignment agreement.  (.3). | 0.50 hrs @ 390.00/hr | 195.00 |
| 07/01/2022 | KT | Call with B. Henderson to discuss notice of filing (.2); Draft and revise notice of filing (.2); Draft and revise proposed order.  (.1). | 0.50 hrs @ 390.00/hr | 195.00 |
| 07/05/2022 | KT | Attend court hearing re: assignment agreement (.3); call with K. Davis and M. Fisher re: same (.2). | 0.50 hrs @ 390.00/hr | 195.00 |
| 07/12/2022 | KT | Draft and revise emails re: assignment agreement. | 0.20 hrs @ 390.00/hr | 78.00 |
| 07/14/2022 | KT | Draft and revise emails re: wire payment from Archives. | 0.20 hrs @ 390.00/hr | 78.00 |
| 08/01/2022 | KT | Draft and revise emails re: box numbers, invoices and other information to transfer certain stored materials. | 2.10 hrs @ 390.00/hr | 819.00 |
| 08/02/2022 | KT | Draft and revise emails re: box numbers and other information related to transfer of stored materials at R4 and Pickens Kane. | 0.80 hrs @ 390.00/hr | 312.00 |
| 08/03/2022 | KT | Call with B. Henderson to discuss box numbers.  (.3)  Draft and revise box numbers for R4.  (.7)  Draft and revise box numbers for Pickens Kane.  (.5)  Draft and revise emails re: payment to R4. (.2) | 1.70 hrs @ 390.00/hr | 663.00 |

Total Professional Services: $6,017.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| NNR | Reid, Neville N | 0.80 | $420.00 |
| KT | Thomas, Kenneth | 14.10 | $5,499.00 |
| BMH | Henderson, Blair M | 0.40 | $98.00 |

Miriam Stein as Chapter 7 Trustee of the Estate of Johnson Publishing

Fox Swibel Levin & Carroll LLP

Asset Investigation - Archive Collection

November 7, 2022

Invoice # 116623

Page # 3

## BILL SUMMARY

BALANCE DUE UPON RECEIPT                                          $6,017.00

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER